B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Eastern District of California<br>Modesto Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**West Coast Fence Co. Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**South Y Fireplace, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **26-2263918** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2786 Aiello Drive**<br>**San Jose, CA**<br>ZIP CODE **95111** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara & San Joaquin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1017**<br>**Ripon, CA**<br>ZIP CODE **95366** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**2786 Aiello Drive, San Jose, CA** | ZIP CODE **95111** |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

2010-47419

FILED
October 14, 2010
4:03 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003001433

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**West Coast Fence Co. Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X **Not Applicable**

Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **West Coast Fence Co. Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _~~signature~~_
_____
Signature of Attorney for Debtor(s)

**Carl W. Collins  Bar No.  109282**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Carl W. Collins Attorney At Law**
_____
Firm Name

**P.O. Box 3291 Modesto, CA 95353**
_____
Address

**209-521-8100**               **209-524-8461**
_____
Telephone Number

_~~10-14-10~~_
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Wendy Dowhower_
_____
Signature of Authorized Individual

**Wendy Dowhower**
_____
Printed Name of Authorized Individual

**President / Owner**
_____
Title of Authorized Individual

_10 / 14 / 10_
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.: (if known) |
|---|---|

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 581,727.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 221,378.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 38 | | $ 357,563.44 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 48 | $ 581,727.00 | $ 578,941.44 | |

# United States Bankruptcy Court

## Eastern District of California

### Modesto Division

In re:

Case No. _____

Chapter **7**

West Coast Fence Co. Inc.

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Wendy Dowhower**, declare under penalty of perjury that I am the **President** of **West Coast Fence Co. Inc.,** a **California** Corporation and that on the following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Wendy Dowhower, President / Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Wendy Dowhower, President / Owner** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Wendy Dowhower, President / Owner** of this Corporation, is authorized and directed to employ **Carl W. Collins**, attorney and the law firm of **Carl W. Collins Attorney At Law** to represent the Corporation in such bankruptcy case."

Executed on: 10/14/10

Signed: _Wendy Dowhower_
**Wendy Dowhower**

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

Total ➤ | 0.00

(Report also on Summary of Schedules.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.: <br> (If known) |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of Stockton<br>P.O. Box 1110<br>Stockton, CA 95201<br>Business Checking Account<br>#1212 | | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with landlord | | 5,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | A/R<br>SEE ATTACHED AGING SUMMARY | | 459,662.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

# West Coast Fence Co., Inc.
## A/R Aging Summary
### As of October 14, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL | |
|---|---|---|---|---|---|---|---|
| Alpha Bay Builders, Inc. | | | | | | | |
| 406694-C Cleveland Elem School | 0.00 | 0.00 | 0.00 | 38,442.00 | 0.00 | 38,442.00 | Project Complete |
| Total Alpha Bay Builders, Inc | 0.00 | 0.00 | 0.00 | 38,442.00 | 0.00 | 38,442.00 | |
| Alten Construction | | | | | | | |
| 406650-C Dover Temp Fence | 0.00 | 0.00 | 725.00 | 0.00 | 379.20 | 1,104.20 | Retainer = 451.70 |
| Total Alten Construction | 0.00 | 0.00 | 725.00 | 0.00 | 379.20 | 1,104.20 | jobcomplete = 652.50 |
| CALSTATE Construction | | | | | | | |
| 12223-D Andrew HS-New Marquee&Streetscape | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total CALSTATE Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| County of Alameda | | | | | | | |
| 716704-D Fence Replacement,Zone 6 Line L | 0.00 | 0.00 | 0.00 | 4,448.99 | 0.00 | 4,448.99 | Job Complete |
| Total County of Alameda | 0.00 | 0.00 | 0.00 | 4,448.99 | 0.00 | 4,448.99 | |
| Don Chapin Company | | | | | | | |
| 12324-D Safeway | 0.00 | 0.00 | 0.00 | 0.00 | 865.80 | 865.80 | Retainer |
| Total Don Chapin Company | 0.00 | 0.00 | 0.00 | 0.00 | 865.80 | 865.80 | |
| J.A.Gonsalves & Son Construction, Inc | | | | | | | |
| 406646-C Centennial Drive Path | 0.00 | 0.00 | 0.00 | 0.00 | 978.60 | 978.60 | Retainer |
| Total J.A.Gonsalves & Son Construction, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 978.60 | 978.60 | |
| Jos. J. Albanese, Inc. | | | | | | | |
| 406520-D Third Street Promenade | 0.00 | 0.00 | 0.00 | 2,544.20 | 5,253.72 | 7,797.92 | Retainer |
| Total Jos. J. Albanese, Inc. | 0.00 | 0.00 | 0.00 | 2,544.20 | 5,253.72 | 7,797.92 | |
| Lathrop Construction Associates, Inc | | | | | | | |
| 406683-C Los Positas PE Complex | 0.00 | 0.00 | 9,532.00 | 0.00 | 75,300.00 | 84,832.00 | project 65% complet |
| Total Lathrop Construction Associates, Inc | 0.00 | 0.00 | 9,532.00 | 0.00 | 75,300.00 | 84,832.00 | |
| Morgan Hill Unified School Dist. | | | | | | | |
| 716702-D Central HS Ornamental Fencing | 0.00 | 0.00 | 0.00 | 0.00 | 3,631.60 | 3,631.60 | Retainer |
| Total Morgan Hill Unified School Dist. | 0.00 | 0.00 | 0.00 | 0.00 | 3,631.60 | 3,631.60 | |
| Newton Constr & Mgmt | | | | | | | |
| 406514-D Fairview Middle School | 0.00 | 0.00 | 0.00 | 0.00 | 963.00 | 963.00 | Retainer |
| Total Newton Constr & Mgmt | 0.00 | 0.00 | 0.00 | 0.00 | 963.00 | 963.00 | |
| O.C. Jones & Sons, Inc. | | | | | | | |
| 406693-D Dan Foley Park Renovations | 0.00 | 0.00 | 26,668.00 | 3,890.27 | 0.00 | 30,558.27 | project 95% complet |
| Total O.C. Jones & Sons, Inc. | 0.00 | 0.00 | 26,668.00 | 3,890.27 | 0.00 | 30,558.27 | |
| Perma-Green Hydroseeding, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 1,779.00 | 1,779.00 | Retainer |

# West Coast Fence Co., Inc.
## A/R Aging Summary
### As of October 14, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL | |
|---|---|---|---|---|---|---|---|
| **Radiant Electric, Inc** | | | | | | | |
| 12383-C EVC Generator Upgrade | 0.00 | 0.00 | 0.00 | 0.00 | 3,082.80 | 3,082.80 | Retainer |
| **Total Radiant Electric, Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 3,082.80 | 3,082.80 | |
| **Ralph Larsen & Son, Inc.** | | | | | | | |
| 716707-D Leyva,KR Smith,Evergreen Portabl | 0.00 | 0.00 | 43,110.00 | 0.00 | 0.00 | 43,110.00 | project 85% comple... |
| **Total Ralph Larsen & Son, Inc.** | 0.00 | 0.00 | 43,110.00 | 0.00 | 0.00 | 43,110.00 | |
| **Robert A. Bothman** | | | | | | | |
| 12058-D San Jose City College | 0.00 | 0.00 | 0.00 | 0.00 | 2,631.10 | 2,631.10 | Retainer |
| 406641-D Fremont HS Athletic | 0.00 | 0.00 | 5,500.00 | 980.00 | 37,098.00 | 43,578.00 | project 80% comple... |
| 406643-D Homestead HS | 0.00 | 0.00 | 0.00 | 389.20 | 9,581.40 | 9,970.60 | Retainer |
| 406660-D Burlingame & Franklin | 0.00 | 0.00 | 0.00 | 0.00 | 9,687.50 | 9,687.50 | Retainer |
| 716711-D Sequoia HS Baseball Field | 0.00 | 0.00 | 39,987.00 | 0.00 | 0.00 | 39,987.50 | complete 100% |
| **Total Robert A. Bothman** | 0.00 | 0.00 | 45,487.00 | 1,369.20 | 58,998.00 | 105,854.20 | |
| **Suarez & Munoz Constr. Inc.** | | | | | | | |
| 716714-D D-827 Soccer Field CCCCD | 0.00 | 0.00 | 9,790.00 | 0.00 | 0.00 | 9,790.00 | complete 95% |
| **Total Suarez & Munoz Constr. Inc.** | 0.00 | 0.00 | 9,790.00 | 0.00 | 0.00 | 9,790.00 | |
| **Valley Crest Landscape Development, Inc.** | | | | | | | |
| 716706-C Palo Alto H.S. | 0.00 | 0.00 | 111,138.00 | 5,500.00 | 0.00 | 116,638.00 | mid project 60% |
| **Total Valley Crest Landscape Development, Inc.** | 0.00 | 0.00 | 111,138.00 | 5,500.00 | 0.00 | 116,638.00 | complete |
| **Zolman Construction** | | | | | | | |
| 406610-D Fremont Fire Station #11 | 0.00 | 0.00 | 0.00 | 0.00 | 5,785.00 | 5,785.00 | Retainer |
| **Total Zolman Construction** | 0.00 | 0.00 | 0.00 | 0.00 | 5,785.00 | 5,785.00 | |
| **TOTAL** | 0.00 | 0.00 | 246,450.00 | 56,194.66 | 167,016.72 | 469,661.38 | |

P₁

Official Form B6B Cont'd (12/07)   UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.: (If known) |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1973 Ford Digger** **Mileage =** | | **4,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1976 Ford Bronco (parts truck)** | | **3,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1988 Ford FSD** **Mileage =** | | **1,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Ford Dump Truck** **Mileage =** | | **3,150.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Chevy FB** **Mileage =** | | **2,760.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Ford  FB** **Mileage =** | | **1,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Volvo S-70 T5SE** **Mileage =** | | **2,960.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford F-350** **Mileage =** | | **3,875.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Ford F-150** **Mileage =** | | **1,910.00** |

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.: |
| | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Cat 246 Skid Steer** | | **15,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Ford FB**<br>**Mileage =** | | **13,325.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Ford F-250**<br>**Mileage =** | | **16,795.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Chevy Silverado**<br>**Mileage =** | | **6,365.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Trailer Carson Carrier**<br>**Mileage =** | | **2,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Trailer for skid steer** | | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2 Computers**<br>**2 Laptops** | | **0.00** |
| Office equipment, furnishings, and supplies. | | **Furniture at office**<br>**desks, chairs, file cabinets, safe** | | **3,650.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Misc machinery and equipment** | | **32,675.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

___2___ continuation sheets attached          Total ➢ | **$ 581,727.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**West Coast Fence Inc.**<br>**660 Five Oaks Court**<br>**Hollister, CA 95023**<br><br><br>**Lynn Graziano & Keith Nye**<br>**c/o Rossi Hamerslough Reischl Chuck**<br>**1960 The Alameda Suite 200**<br>**San Jose, CA 95126**<br><br>**Robert A Bothman Inc.**<br>**650 Quinn Avenue**<br>**San Jose, CA 95112**<br><br>**Debra Van Tuyl**<br>**c/o William H Dunn Attorney at Law**<br>**1350 Dell Avenue Ste 204**<br>**Campbell, CA 95008** | | | **09/24/2008**<br>**Security Interest in**<br>**All assets of business**<br>**Promissory Note/Debt for**<br>**Business Purchase**<br><br>_____<br><br>**VALUE $496,000.00** | | | | 221,378.00 | 0.00 |

<u>0</u>    continuation sheets
      attached

Subtotal  ➤
(Total of this page)

| | $ 221,378.00 | $ | 0.00 |
|---|---|---|---|

Total  ➤
(Use only on last page)

| | $ 221,378.00 | $ | 0.00 |
|---|---|---|---|

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): | **West Coast Fence Co. Inc.** | Case No.: |
|---|---|---|
| | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION

| Debtor(s): West Coast Fence Co. Inc. | Case No.:<br>(If known) |
|---|---|

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Employment Development Department**<br>**Bankruptcy Special Procedures Group**<br>**P.O. Box 826880 MIC 92E**<br>**Sacramento, CA 94280-0001** | | | **Notice purposes only** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Franchise Tax Board**<br>**Bankruptcy Unit**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | | | **Notice purposes only** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114**<br><br>**United States Atty for Internal Revenue**<br>**2500 Tulare Street, Suite 4401**<br>**Fresno, CA 93721**<br><br>**United States Department of Justice**<br>**Civil Trial Section, Western Region**<br>**Box 683, Ben Franklin Station**<br>**Washington, DC 20044** | | | **Notice purposes only** | | | | 0.00 | 0.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➢<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ 0.00 |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aberle Concrete**<br>**42100 Boscell Road**<br>**Fremont, CA 94538** | | | | X | | | Unknown |
| ACCOUNT NO.<br>**ABSL Construction**<br>**29334 Pacific St**<br>**Hayward, CA 94544** | | | | X | | | Unknown |
| ACCOUNT NO.    **WES8844**<br>**Access Hardware Supply**<br>**14359 Catalina Street**<br>**San Leandro, CA 94577** | | | Vendor | | | | 7,563.00 |
| ACCOUNT NO.<br>**Alberto Lopez**<br>**658 Washington**<br>**Los Banos, CA 93635** | | | Employee | | | | Unknown |

<u>37</u>   Continuation sheets attached

|  | | |
|---|---|---|
| Subtotal  ➢ | $ | 7,563.00 |
| Total  ➢ | $ | |

(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical<br>Summary of Certain Liabilities and Related Data.)

Form B6F Cont'd (12/07)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **All American Equipment Sales**<br>**8136 Enterprise Drive**<br>**Newark, CA 94560** | | | Equipment rental | | | | |
| ACCOUNT NO. **W8844** | | | | | | | 3,191.00 |
| **All American Rentals-SJ**<br>**2700 Monterey Road**<br>**San Jose, CA 95110**<br><br>**All American Rentals**<br>**8136 Enterprise Drive**<br>**Newark, CA 94560** | | | Equipment rental | | | | |
| ACCOUNT NO. | | | | X | | | Unknown |
| **All Chemical Disposal Inc**<br>**21 Great Oaks Blvd**<br>**San Jose, CA 95119** | | | | | | | |
| ACCOUNT NO. | | | | X | | | Unknown |
| **Alpha Bay Builders Inc.**<br>**3314 Cesar Chavez Street**<br>**San Francisco, CA 94110** | | | | | | | |

Sheet no. 1 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 3,191.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alten Construction**<br>**720 12th Street**<br>**Richmond, CA 94801** | | | | X | | | Unknown |
| ACCOUNT NO.<br>**Apolonio Flores**<br>**64 Roxbury Apt #4**<br>**Santa Cruz, CA 95050** | | | Employee | X | | | Unknown |
| ACCOUNT NO.<br>**Arturo H Beltran**<br>**713 A Street**<br>**Union City, CA 94587** | | | Employee | | | | Unknown |
| ACCOUNT NO.    **595 1**<br>**AT&T**<br>**Payment Center**<br>**Sacramento, CA 95887-0001** | | | Vendor | | | | 592.00 |
| ACCOUNT NO.    **5448**<br>**AT&T Advertising Solutions**<br>**P.O. Box 989046**<br>**West Sacramento, CA 95798-9046** | | | Vendor | | | | 286.00 |

Sheet no. _2_ of _37_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 878.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **16-001**<br><br>**Atherton & Associates LLP**<br>**1140 Scenic Drive**<br>**P.O. Box 4339**<br>**Modesto, CA 95352-4339** | | | Vendor | | | | Unknown |
| ACCOUNT NO.<br><br>**Bascom Trim & Upholstery**<br>**852 Aldo Ave**<br>**Santa Clara, CA 95054** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Bay Cities Paving & Grading**<br>**5029 Forni Drive**<br>**Concord, CA 94520** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Bayshore Metals Inc.**<br>**P.O. Box 882003**<br>**San Francisco, CA 94188-2003** | | | Vendor | | | | 0.00 |
| ACCOUNT NO.<br><br>**Berry Swenson**<br>**777 N St 5th Floor**<br>**San Jose, CA 95112-6303** | | | | X | | | Unknown |

Sheet no.  3 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ 0.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BFGC**<br>**San Luis Obispo**<br>**4115 Brood Street Suite B-6**<br>**San Luis, Obispo, CA 93401** | | | | X | | | 0.00 |
| ACCOUNT NO.<br>**Blossom Valley Construction**<br>**P.O. Box 611537**<br>**San Jose, CA 95161** | | | | X | | | Unknown |
| ACCOUNT NO. 1735<br>**Break Away**<br>**2025 Stone Avenue**<br>**San Jose, CA 95125** | | | Vendor | | | | 2,400.00 |
| ACCOUNT NO.<br>**Burke Industries**<br>**2250 S 10th Street**<br>**San Jose, CA 95112** | | | | X | | | Unknown |
| ACCOUNT NO. 0001-3<br>**C. Aparicio Cement Contractor**<br>**506 Phelan Avenue**<br>**San Jose, CA 95112-2506** | | | Vendor | | | | 1,000.00 |

Sheet no. 4 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➢ | $ | 3,400.00 |
| Total ➢ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.: (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Cagwin & Dorward** <br> P.O. Box 1600 <br> Novato, CA 94948-1600 | | | | X | | | Unknown |
| ACCOUNT NO. <br><br> **Cali Financial Mgmt** <br> P.O. Box 1389 <br> Cupertino, CA 95015 | | | | X | | | Unknown |
| ACCOUNT NO. <br><br> **California Track** <br> 4668 N Sonora Ave Ste 101 <br> Fresno, CA 93722 | | | | X | | | Unknown |
| ACCOUNT NO. <br><br> **Calstate Construction** <br> 3680 Yale Way <br> Fremont, CA 94538 | | | | X | | | Unknown |
| ACCOUNT NO. <br><br> **Calvary Chapel** <br> 1175 Hillsdale Avenue <br> San Jose, CA 95118 | | | | X | | | Unknown |

Sheet no. 5 of 37 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➢ | $ | 0.00 |

| | | |
|---|---|---|
| Total ➢ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Camden Dowhower<br>568 Mohler Road<br>Ripon, CA 95366** | | | Employee | | | | Unknown |
| ACCOUNT NO.<br><br>**Campbell Union High School Dist<br>3235 Union Avenue<br>San Jose, CA 95124** | | | | X | | | Unknown |
| ACCOUNT NO.   **554000**<br><br>**Carboline Company<br>2150 Schuetz Road<br>St. Louis, MO 63146**<br><br><br>**Carboline-Richmond -170<br>c/o StonCor Distribution<br>1001 Canal Blvd<br>Section D<br>Richmond, CA 94804-9480** | | | Vendor | | | | 203.00 |
| ACCOUNT NO.<br><br>**Centerville American Little League<br>4854 Whitfield Avenue<br>Fremont, CA 94536** | | | | X | | | Unknown |

Sheet no.  6 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                203.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **0642**<br><br>**Central Concrete Supply Co Inc**<br>**P.O. Box 100592**<br>**Pasadena, CA 91189-0592**<br><br><br>**Central Concrete Supply Co Inc.**<br>**755 Stockton Avenue**<br>**San Jose, CA 95126** | | | Vendor | | | | 18,234.00 |
| ACCOUNT NO.<br><br>**Charles Pankow Builders**<br>**2101 Webster St Suite 1500**<br>**Oakland, CA 94612** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Cholestech**<br>**3347 Investment Blvd**<br>**Hayward, CA 94545-3808** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**City of Lathrop**<br>**390 Towne Center Drive**<br>**Lathrop, CA 95330** | | | | X | | | Unknown |

Sheet no. _7_ of _37_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | |
|---|---|
| Subtotal ➢ | $ 18,234.00 |
| Total ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
| --- | --- |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ACCOUNT NO.<br><br>**City of Milpitas**<br>**1265 N Milpitas Blvd**<br>**Milpitas, CA 95035** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**City of Mountain View**<br>**P.O. Box 7355**<br>**Mountain View, CA 94039-7355** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**City of San Jose Dept of Gen Serv**<br>**1661 Senter Road 2nd Floor**<br>**San Jose, CA 95112** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**City of San Jose Fire Dept**<br>**170 West SanCarlos St 4th Floor**<br>**San Jose, CA 95113** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**City of Saratoga**<br>**13777 Fruitvale Avenue**<br>**Saratoga, CA 95070** | | | | X | | | Unknown |

Sheet no. 8 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **16916**<br>CIWA, Inc.<br>P.O. Box 10126<br>San Jose, CA 95157 | | | Vendor | | | | 212.00 |
| ACCOUNT NO.<br>Costco<br>2201 Senter Road<br>San Jose, CA 95112 | | | | X | | | Unknown |
| ACCOUNT NO.<br>Coulter Construction<br>1961 Old Middlefield Way<br>Mountain View, CA 94043 | | | | X | | | Unknown |
| ACCOUNT NO.<br>County of Alameda Constr Division<br>951 Turner Court Room 100<br>Hayward, CA 94545-2698 | | | | X | | | Unknown |
| ACCOUNT NO.<br>Court Galvanizing, Inc.<br>4937 Allison Parkway<br>Vacaville, CA 95688-9346 | | | Vendor | | | | 0.00 |

Sheet no. <u>9</u> of <u>37</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 212.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cresco Equipment Rental**<br>**6300 Chestnut Street**<br>**Gilroy, CA 95020** | | | | X | | | Unknown |
| ACCOUNT NO. **3924**<br>**Crystal Springs Water Co.**<br>**2151 -B Delaware Avenue**<br>**Santa Cruz, CA 95060** | | | Vendor | | | | 49.00 |
| ACCOUNT NO.<br>**CSI Construction Services**<br>**P.O. Box 5354**<br>**Galt, CA 95632** | | | | X | | | Unknown |
| ACCOUNT NO.<br>**Cupertino Electric Inc**<br>**1132 North Seventh St**<br>**San Jose, CA 95112** | | | | X | | | Unknown |
| ACCOUNT NO.<br>**DAM MFG & Engineering**<br>**2720 Aiello Drive**<br>**San Jose, CA 95111** | | | | X | | | Unknown |

Sheet no. 10 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal > | $ | 49.00 |
|---|---|---|---|
| | Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David S Kline<br>309 Second St #7<br>Los Altos, CA 94022 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>Devcon Construction Inc<br>690 Gibraltar Drive<br>Milpitas, CA 95035 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>Diery Maldonado<br>8900 Rancho Hills Drive<br>Gilroy, CA 95020 | | | Employee | X | | | Unknown |
| ACCOUNT NO.<br><br>DL Falk Construction<br>3526 Investment Blvd<br>Hayward, CA 94545 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>DMV Renewal<br>P.O. Box 942894<br>Sacramento, CA 94294-0895 | | | 1999 Ford | | | | 289.00 |

Sheet no. _11_ of _37_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 289.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.: (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 73.00 |
| DMV Renewal P.O. Box 942894 Sacramento, CA 94294-0894 | | | 1973 Ford | | | | |
| ACCOUNT NO. | | | | X | | | Unknown |
| Don Chapin Company 560 Crazy Horse Canyon Rd Salinas, CA 93907-8402 | | | | | | | |
| ACCOUNT NO. Wescof | | | | | | | 3,750.00 |
| Economy Lumber Co. 720 Camden Avenue Campbell, CA 95008 | | | Vendor | | | | |
| ACCOUNT NO. | | | | X | | | Unknown |
| El Camino Hospital 2500 Grant Road Oak 210 Accounts Payable Mountain View, CA 94040 | | | | | | | |
| ACCOUNT NO. | | | | X | | | Unknown |
| El Camino Hospital 2500 Grant Rd MS Oak 210 Mountain View, CA 94040 | | | | | | | |

Sheet no. 12 of 37 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $        3,823.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 475.00 |
| **Elizondo Pump Truck** | | | Vendor | | | | |
| ACCOUNT NO. **WES 17** | | | | | | | 5,541.00 |
| **Encon Electronics**<br>P.O. Box 4851<br>Hayward, CA 94540 | | | Vendor | | | | |
| ACCOUNT NO. | | | | | | | Unknown |
| **Enrique Camacho**<br>14115 Candler Ave<br>San Jose, CA 95127 | | | Employee | | | | |
| ACCOUNT NO. | | | | X | | | Unknown |
| **Evergreen School District**<br>3188 Quimby Rd<br>San Jose, CA 95148 | | | | | | | |

Sheet no. 13 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      6,016.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **30029**<br><br>**Fastenal Company**<br>**P.O. Box 1286**<br>**Winona, MN 55987-1286**<br><br><br>**Fastenal Company**<br>**510 Parrott St Unit 3**<br>**San Jose, CA 95112** | | | Vendor | | | | 892.00 |
| ACCOUNT NO.<br><br>**Fenandes and Sons**<br>**2110 South Bascon Ave Ste 201**<br>**Campbell, CA 95008** | | | | X | | | Unknown |
| ACCOUNT NO. **wes002**<br><br>**Fence Specialties Inc.**<br>**2421 Industry Street**<br>**Oceanside, CA 92054** | | | Vendor | | | | 5,000.00 |
| ACCOUNT NO.<br><br>**Flagship Facility Services Inc**<br>**1050 N 5th Street**<br>**San Jose, CA 95112** | | | | X | | | Unknown |

Sheet no. _14_ of _37_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ | **5,892.00**

Total ➢ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Form B6F Cont'd (12/07)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Frank Lin Distillers**<br>P.O. Box 610877<br>San Jose, CA 95161 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Frank-Lin Distillers Products Ltd**<br>c/o Charles Horn & Matthew Wisinski<br>LeClairRyan LLP<br>44 Montgomery St 18th Floor<br>San Francisco, CA 94104-4705<br><br>**R S H LLP**<br>Attorneys at Law<br>1001 Marshall Street Suite 400<br>Redwood City, CA 94063 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Gabriel Solis**<br>494 Papaya Court<br>San Jose, CA 95111 | | | Employee | | | | Unknown |
| ACCOUNT NO.<br><br>**Gagliardi Brothers**<br>1060 Willow Suite 2<br>San Jose, CA 95125 | | | | X | | | Unknown |

Sheet no. 15 of 37 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 0.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **WE10**<br>**Gateway Acceptance Company**<br>P.O. Box 4053<br>Concord, CA 94524-4053 | | | Vendor's assignor | | | | 15,891.00 |
| ACCOUNT NO.<br>**Gilroy Medical Park**<br>7880 Wren Ave<br>Gilroy, CA 95020 | | | | X | | | Unknown |
| ACCOUNT NO.  **5770**<br>**Gilroy Steel & Supply Inc.**<br>220 Mayock Court<br>Gilroy, CA 95020<br><br>**Gilroy Steel & Supply Inc.**<br>c/o Gateway Acceptance Co<br>P.O. Box 4053<br>Concord, CA 94524 | | | Vendor | | | | 2,500.00 |
| ACCOUNT NO.<br>**Gilroy Unified School Dist**<br>7810 Arroyo Circle<br>Gilroy, CA 95020 | | | | X | | | Unknown |

Sheet no. 16 of 37 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 18,391.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s):  **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Glenn A Bothwell Construction Corp**<br>**1590 Industrial Ave**<br>**San Jose, CA 95112** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Good Samaritan Hospital**<br>**2425 Samaritan Drive**<br>**San Jose, CA 95124** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Gradetech Inc**<br>**P.O. Box 1728**<br>**San Ramon, CA 94583** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Granite Construction Company**<br>**P.O. Box 720**<br>**Watsonville, CA 95077** | | | | X | | | Unknown |
| ACCOUNT NO.    **4720**<br><br>**Graniterock**<br>**P.O. Box 50001**<br>**Watsonville, CA 95077-5001** | | | Vendor | | | | 1,105.00 |

Sheet no.  17  of 37  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                1,105.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Greg Opinski Construction Inc**<br>**P.O. Box 2065**<br>**145 Riggs Avenue**<br>**Merced, CA 95344** | | | | X | | | Unknown |
| ACCOUNT NO.    **6553**<br><br>**Guntert Steel**<br>**222 East Fourth Street**<br>**Ripon, CA 95366** | | | Vendor | | | | 9,500.00 |
| ACCOUNT NO.    **2926**<br><br>**Hilti Inc.**<br>**P.O. Box 21148**<br>**Tulsa, OK 74121-1148** | | | Vendor | | | | 578.00 |
| ACCOUNT NO.<br><br>**Holy Family School**<br>**4850 Pearl Avenue**<br>**San Jose, CA 95136** | | | | X | | | Unknown |
| ACCOUNT NO.    **3550**<br><br>**Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | | | Vendor | | | | 3,043.00 |

Sheet no. 18 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 13,121.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | | | Unknown |
| **Homeguard Inc**<br>**510 Madera**<br>**San Jose, CA 95112** | | | | | | | |
| ACCOUNT NO. | | | | X | | | Unknown |
| **HSR Inc**<br>**530 Aldo Ave**<br>**Santa Clara, CA 95054** | | | | | | | |
| ACCOUNT NO. | | | | X | | | Unknown |
| **IHI Environmental**<br>**640 East Wilmington Ave**<br>**Salt Lake City, UT 84106** | | | | | | | |
| ACCOUNT NO. | | | | X | | | Unknown |
| **Interstate Battery System**<br>**213 North Main Street**<br>**Salinas, CA 93901** | | | | | | | |
| ACCOUNT NO. | | | | X | | | Unknown |
| **JA Gonsalves & Son Construction**<br>**P.O. Box 6553**<br>**Napa, CA 94581-1553** | | | | | | | |

Sheet no. 19 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 0.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Jensen Landscape Services Inc<br>1983 Concourse Drive<br>San Jose, CA 95131** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Jos J Albanese Inc<br>986 Walsh Ave<br>Santa Clara, CA 95050** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**JT Wakimoto Management Inc<br>1855 Hamilton Ave Ste 200<br>San Jose, CA 95125** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Juan Rivas<br>3129 Kissell Court<br>San Jose, CA 95111** | | | **Employee** | | | | Unknown |
| ACCOUNT NO.<br><br>**Kingpin Hot Rods<br>696 Quinn Avenue<br>San Jose, CA 94401** | | | | X | | | Unknown |

Sheet no. <u>20</u> of <u>37</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.: (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Kitchell** <br> **650 N Delaware St** <br> **San Mateo, CA 94401** | | | | X | | | Unknown |
| ACCOUNT NO. **6096** <br> **Landscape Forms Inc.** <br> **P.O. Box 78000** <br> **Detroit, Michigan 48278-0073** | | | Vendor | | | | 2,048.44 |
| ACCOUNT NO. <br> **Lathrop Construction Assc** <br> **4001 Park Road** <br> **Benicia, CA 94510** | | | | X | | | Unknown |
| ACCOUNT NO. **las positas PE project** <br> **Lathrop Construction Assc** <br> **4001 Park Road** <br> **P.O. Box 2005** <br> **Benicia, CA 94510-0819** | | | Customer <br> Re: Las Positas PE Project | | | | 0.00 |
| ACCOUNT NO. **westc-2** <br> **Leavitt Pacific Ins Brokers** <br> **695 Campbell Technology Pkwy ste250** <br> **Campbell, CA 95008** | | | Vendor | | | | 486.00 |

Sheet no. _21_ of _37_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,534.44

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Loma Prieta Union School Dist**<br>23800 Summit Rd<br>Los Gatos, CA 95033 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Lord & Sons Inc**<br>430 E Trimble Rd<br>San Jose, CA 95131 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Maruichi American Corp**<br>11529 Greenstone Avenue<br>Santa Fe Springs, CA | | | | X | | | 0.00 |
| ACCOUNT NO.<br><br>**Master Halco**<br>3135 Diablo Avenue<br>Hayward, CA 94545 | | | Vendor | | | | 0.00 |

Sheet no. 22 of 37 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8421**<br><br>**Merchants Metals**<br>P.O. Box 404259<br>Atlanta, GA 30384-4259<br><br><br>**Merchants Metals**<br>**1580 W Winton Avenue**<br>**Hayward, CA 94545** | | | Vendor | | | | 114,250.00 |
| ACCOUNT NO.<br><br>**Michael McMillian**<br>**1114 El Abra Way**<br>**San Jose, CA 95125** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Milpitas Materials Company**<br>**1125 N Milpitas Blvd**<br>**Milpitas, CA 95035** | | | Vendor | | | | 11,174.00 |
| ACCOUNT NO.<br><br>**MJ Avila Company**<br>**13833 W California Ave**<br>**Kerman, CA 93630** | | | | X | | | Unknown |

Sheet no. _23_ of _37_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ | $ | 125,424.00

Total ➢ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Morgan Hill Unified School Dist**<br>**15600 Concord Circle**<br>**Morgan Hill, CA 95037-5451** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Mt Pleasant School District**<br>**3434 Martin Ave**<br>**San Jose, CA 95148** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Native Hunt Enterprise**<br>**9516 Meg Court**<br>**Gilroy, CA 95020** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Newton Construction & Mgmt**<br>**P.O. Box 3260**<br>**San Luis Obispo, CA 93403** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Normandin Chrysler Jeep**<br>**900 Capitol Expressway Auto Mall**<br>**San Jose, CA 95136** | | | | X | | | Unknown |

Sheet no. 24 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Form B6F Cont'd (12/07)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**O.C. Jones & Sons Inc**<br>**1520 Fourth Street**<br>**Berkeley, CA 94710** | | | Customer | | | | 0.00 |
| ACCOUNT NO.<br><br>**OC Jones and Sons Inc**<br>**1520 Fourth Street**<br>**Berkeley, CA 94710** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**O'Connor Company**<br>**312 Fileds Dr**<br>**Aberdeen, NC 28315** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**OES Equipment**<br>**8145 Enterprise Dr**<br>**Newark, CA 94560** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**O'Grady Paving Inc**<br>**2513 Wyandotte St**<br>**Mountain View, CA 94043** | | | | X | | | Unknown |

Sheet no. _25_ of _37_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                  0.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Parola Construction Co**<br>4605 San Felipe Rd<br>San Jose, CA 95135 | | | | X | | | Unknown |
| ACCOUNT NO. 9705<br>**PDM Steel Service Centers Inc.**<br>3500 Bassett Street<br>P.O. Box 329<br>Santa Clara, CA 95052 | | | Vendor | | | | 213.00 |
| ACCOUNT NO.<br>**Perma Green Hydroseeding Inc**<br>7096 Holsclaw Road<br>Gilroy, CA 95020 | | | | X | | | Unknown |
| ACCOUNT NO. 552-8<br>**PGE**<br>Box 997300<br>Sacramento, CA 95899-7300 | | | Vendor | | | | 517.00 |
| ACCOUNT NO. I822<br>**Praxair**<br>Dept LA 21511<br>Pasadena, CA 91185-1511 | | | Vendor | | | | 239.00 |

Sheet no. 26 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 969.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Protection 1**<br>6866 Santa Tereasa Blvd<br>San Jose, CA 95119 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Radiant Electric Inc**<br>1805 Little Orchard Street Ste 120<br>San Jose, CA 95125 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Raging Waters**<br>2333 South White Rd<br>San Jose, CA 95148 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Ralph Larson & Son Inc**<br>300 8th Ave<br>San Mateo, CA 94401-4221 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**RJ Dailey Construction Co**<br>401 First Street<br>Los Altos, CA 94022 | | | | X | | | Unknown |

Sheet no. _27_ of _37_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 0.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Robert Bothman<br>650 Quinn Ave<br>San Jose, CA 95112** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Rodan Builders Inc<br>859 Cowan Rd<br>Burlingame, CA 94010** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Rolling Green Homeowners<br>c/o Shoreline Prooperty Mgmt<br>1100 Water Street Suite 1A<br>Santa Cruz, CA 95062** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Rosendin Electric<br>880 N Mabury Road<br>San Jose, CA 95133** | | | Customer<br>Re: Montezuma Hills Substation Fencing | | | | 0.00 |
| ACCOUNT NO.<br><br>**Rosendin Electric Inc<br>880 Mabury Road<br>San Jose, CA 95123** | | | | X | | | Unknown |

Sheet no. __28__ of __37__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rudolph and Sletten**<br>**1600 Seaport Blvd Suite 350**<br>**Redwood City, CA 94063-5575** | | | | X | | | Unknown |
| ACCOUNT NO.<br>**Rusciano Construction Inc**<br>**2828 Aiello Drive**<br>**San Jose, CA 95111** | | | | X | | | Unknown |
| ACCOUNT NO. **5287**<br>**Safe Security**<br>**P.O. Box 660826**<br>**Dallas, TX 75266-0826** | | | Vendor | | | | 120.00 |
| ACCOUNT NO.<br>**San Jose Unified School Dist**<br>**855 Lenzen Ave**<br>**San Jose, CA 95126** | | | | X | | | Unknown |
| ACCOUNT NO.<br>**San Jose Water Co**<br>**1251 S Bascom Ave**<br>**San Jose, CA 95128** | | | | X | | | Unknown |

Sheet no. <u>29</u> of <u>37</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 120.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
| --- | --- |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ACCOUNT NO. **020-6**<br>San Jose Water Company<br>P.O. Box 229<br>San Jose, CA 95103-0229 | | | Vendor | | | | 167.00 |
| ACCOUNT NO.<br>Sandeep Sidhu<br>c/o David Draheim Esq.<br>Hildebrand, McLeod & Nelson Inc.<br>350 Frank H. Ogawa Plaza 4th Floor<br>Oakland, CA 94612 | | | | X | | | 0.00 |
| ACCOUNT NO. **westcoast**<br>Sandman Inc. dba Star Concrete<br>1404 South 7th Street<br>San Jose, CA 95112 | | | Vendor | | | | 499.00 |
| ACCOUNT NO.<br>Santa Clara County Office<br>MC 242 1290 Ridder Park Drive<br>San Jose, CA 95131 | | | | X | | | Unknown |
| ACCOUNT NO.<br>Santa Clara Unified School Dist<br>1889 Lawrence Rd<br>Santa Clara, CA 95051 | | | | X | | | Unknown |

Sheet no. 30 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 666.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT<br>OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   3793<br><br>**Security Contractor Services Inc.**<br>**170 N 28th Street**<br>**San Jose, CA 95116** | | | Vendor | | | | 62,454.00 |
| ACCOUNT NO.<br><br>**Selden & Son**<br>**P.O. Box 327**<br>**Watsonville, CA 95077** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Service Staion Systems Inc**<br>**680 Quinn Ave**<br>**San Jose, CA 95112** | | | | X | | | Unknown |
| ACCOUNT NO.   21750<br><br>**Sierra Lumber & Fence-S Jose**<br>**1711 Senter Road**<br>**San Jose, CA 95112-2515** | | | Vendor | | | | 1,080.00 |
| ACCOUNT NO.<br><br>**Sims Metal**<br>**1900 Monterey Hwy**<br>**San Jose, CA 95112** | | | | X | | | Unknown |

Sheet no. 31 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 63,534.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SJ Ammoroso Const Co**<br>**390 Bridge Parkway**<br>**Redwood Shores, CA 94065** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Soquel UESD**<br>**620 Monterey Ave**<br>**Capitola, CA 95010** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Stanford University**<br>**P.O. Box 20410**<br>**Stanford, CA 94309** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Star Concrete/ Sandman Inc.**<br>**San Jose Plant**<br>**1404 South 7th Street**<br>**San Jose, CA 95112** | | | Vendor | | | | 3,425.00 |
| ACCOUNT NO.<br><br>**Suarez & Munoz Construction**<br>**P.O. Box 20975 Cabot Blvd**<br>**Hayward, CA 94545-1155** | | | | X | | | Unknown |

Sheet no. 32 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 3,425.00 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Susan/ Josephine Ruscigno**<br>**1351 Weaver Drive**<br>**San Jose, CA 95125** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**SVTC Technologies LLC**<br>**P.O. Box 6555**<br>**Santa Clara, CA 95056-6555** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Swenson & Assc**<br>**581 Division Street Ste A**<br>**Campbell, CA 95008** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Syar Concrete LLC**<br>**P.O. Box 2700**<br>**Napa, CA 94558** | | | **Vendor** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Teodoro Chavez**<br>**6570 Fairview Road**<br>**Hollister, CA 95023** | | | **Employee** | | | | Unknown |

Sheet no. <u>33</u> of <u>37</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ | $ | 0.00

Total ➢ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Form B6F Cont'd (12/07)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Tilton Pacific Construction**<br>**4150 Citris Ave**<br>**Rocklin, CA 95677** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Tombleson Inc**<br>**P.O. Box 1388**<br>**Salinas, CA 93902** | | | | X | | | Unknown |
| ACCOUNT NO.    **4307**<br><br>**Tractor Equipment Sales**<br>**705 Tully Road**<br>**San Jose, CA 95111** | | | Vendor | | | | 19.00 |
| ACCOUNT NO.    **6284**<br><br>**United Rentals**<br>**Location #545**<br>**1865 Tanen Street**<br>**Napa, CA 94559** | | | Vendor | | | | 1,144.00 |
| ACCOUNT NO.<br><br>**University California Santa Cruz**<br>**1156 High Street**<br>**Santa Cruz, CA 95064** | | | | X | | | Unknown |

Sheet no. <u>34</u> of <u>37</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 1,163.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**US Santa Clara Synaptics Corp Office**<br>3120 Scott Blvd Ste 130<br>Santa Clara, CA 95054 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Valhalla Builders**<br>6985 Via Del Oro Ste A-5<br>San Jose, CA 95119 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Valley Crest Landscape Develop**<br>7039 Commerce Circle Ste A<br>Pleasanton, CA 94588 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Vance Brown Builders**<br>3197 Park Blvd<br>Palo Alto, CA 94306 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Vasona Construction**<br>4120 Business Center Drive<br>Fremont, CA 94538 | | | | X | | | Unknown |

Sheet no. _35_ of _37_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Victor Solih**<br>**36242 Carnation Way**<br>**Fremont, CA 94536** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Wattis Construction**<br>**964 Stockton Ave**<br>**San Jose, CA 95110** | | | | X | | | Unknown |
| ACCOUNT NO.   **3722**<br><br>**West Coast Cranes Inc.**<br>**136 Wendell Street**<br>**Santa Cruz, CA 95060** | | | Vendor | | | | 7,935.00 |
| ACCOUNT NO.<br><br>**West Coast Fence Inc.**<br>**c/o Law Office of Todd Rothbard**<br>**4261 Norwalk Drive #107**<br>**San Jose, CA 95129** | | | **Cause of action unlawful detainer Santa Clara Superior Court Case No. 11OCV183542** | X | | X | 54,000.00 |
| ACCOUNT NO.   **6812**<br><br>**West Coast Netting Inc.**<br>**5075 Flightline Drive**<br>**Kingman, AZ 86401-6776** | | | Vendor | | | | 15,925.00 |

Sheet no. 36 of 37 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 77,860.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.<br>IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**West Valley College**<br>**1400 Fruitvale Ave**<br>**Saratoga, CA 95070** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**West Valley Construction**<br>**580 E McGlincey Lane**<br>**Campbell, CA 95008** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Winterbourne Properties**<br>**16125 Greenwood Lane**<br>**Monte Sereno, CA 95030** | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>**Zachary Dowhower**<br>**2615 Mario Drive**<br>**Tracy, CA 95376** | | | **Employee** | | | | Unknown |
| ACCOUNT NO.<br><br>**Zolman Construction**<br>**565B Bragato Way**<br>**San Carlos, CA 94070** | | | | X | | | Unknown |

Sheet no. _37_ of _37_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | |
|---|---|
| Subtotal ➢ | $ 0.00 |
| Total ➢ | $ 358,062.44 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Alliance Welding Supplies**<br>**1224 Sixth Street**<br>**Berkely, CA 94710** | **Cylinder rentals** |
| **AT&T Yellow Pages**<br>**P.O. Box 989046**<br>**West Sacramento, CA 95798-9046** | **Internet yellow pages** |
| **Avaya Business Partner**<br>**P.O. Box 93000**<br>**Chicago, IL 60673-3000**<br><br>**CIT Communications Finance Corp**<br>**P.O. Box 550599**<br>**Jacksonville, FL 32255-0599** | **Phone system** |
| **Hilti Inc.**<br>**P.O. Box 382002**<br>**Pittsburgh, PA 15250-8002** | **Core driller** |
| **Pitney Bowes**<br>**P.O. Box 371896**<br>**Pittsburgh, PA 15250-7896**<br><br>**Pitney Bowes**<br>**Neenah, WI 54956-1005** | **Lease of postage machine** |
| **Praxair**<br>**197 Praxair Dist Inc.**<br>**Dept LA 21511**<br>**Pasadena, CA 91185-1511** | **Cylinder rentals** |
| **Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** | **Cell phone- 2 year contract** |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **The Swenson Group**<br>**207 Boeing Court**<br>**Livermore, CA 94511** | service on copier |
| **Wells Fargo Financial Leasing**<br>**P.O. Box 6434**<br>**Carol Stream, IL 60197-6434** | Copier usage lease<br>konica minolta |
| **West Coast Fence Inc.**<br>**660 Five Oaks Court**<br>**Hollister, CA 95023** | Lease of office, shop and yard located at 2786 Aiello Drive, San Jose, CA 95111 |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
| --- | --- |

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

In re:   **West Coast Fence Co. Inc.**                                          Case No. _____

Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:                $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                                 $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ _____ **0.00** |
| 4. Payroll Taxes | **0.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **0.00** |
| 7. Other Taxes | **0.00** |
| 8. Inventory Purchases (Including raw materials) | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **0.00** |
| 11. Utilities | **0.00** |
| 12. Office Expenses and Supplies | **0.00** |
| 13. Repairs and Maintenance | **0.00** |
| 14. Vehicle Expenses | **0.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **0.00** |
| 18. Insurance | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

    20. Payments to Be Made Directly By Debtor to Secured Creditors For
           Pre-Petition Business Debts (Specify):
           **None**                                                                       _____

    21. Other (Specify):

           **None**                                                                       _____

    22. Total Monthly Expenses (Add items 3 - 21)                               $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $ _____ **0.00**

SEE ATTACHED BALANCE SHEET AND P&L

# West Coast Fence Co., Inc.
## Balance Sheet
### As of October 14, 2010

|  | Oct 14, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 105 · Bank of Stockton, checking | 167.92 |
| 110 · Joint Check | 1.98 |
| **Total Checking/Savings** | 169.90 |
| **Other Current Assets** | |
| 118 · Inventory | 7,500.00 |
| 122 · Deposits/Prepaid Expenses | 5,000.00 |
| **Total Other Current Assets** | 12,500.00 |
| **Total Current Assets** | 12,669.90 |
| **Fixed Assets** | |
| 130 · Furniture and Fixtures | 3,650.00 |
| 132 · Equipment | 32,675.00 |
| 134 · Vehicles | 96,085.00 |
| 150 · Accumulated Depreciation | -6,155.97 |
| **Total Fixed Assets** | 126,254.03 |
| **Other Assets** | |
| 192 · Goodwill | 137,975.00 |
| 194 · Covenant Not To Compete | 10,000.00 |
| 195 · Accumulative Amortization | -666.67 |
| 196 · Work in Progress | 24,088.00 |
| **Total Other Assets** | 171,396.33 |
| **TOTAL ASSETS** | **310,320.26** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200 · Accounts Payable | 18,597.34 |
| **Total Accounts Payable** | 18,597.34 |
| **Other Current Liabilities** | |
| 216 · Union Benefits Payable | 3,894.36 |
| 217 · Health Insurance Payable | 13,001.68 |
| 219 · Salaries Payable - Shareholder | 98,000.00 |
| 220 · Loan from Shareholder | |
| 225 · Short Term Loan | 2,300.00 |
| **Total 220 · Loan from Shareholder** | 2,300.00 |
| 240 · Current Portion  Long Term Debt | 24,042.10 |
| **Total Other Current Liabilities** | 141,238.14 |
| **Total Current Liabilities** | 159,835.48 |
| **Long Term Liabilities** | |
| 255 · Note Payable WCF | 183,335.69 |
| **Total Long Term Liabilities** | 183,335.69 |
| **Total Liabilities** | 343,171.17 |
| **Equity** | |
| 305 · Capital Stock | 204,602.18 |
| 315 · Retained Earnings | -124,150.65 |
| Net Income | -113,302.44 |
| **Total Equity** | -32,850.91 |
| **TOTAL LIABILITIES & EQUITY** | **310,320.26** |

# West Coast Fence Co., Inc.
# Profit & Loss
### January 1 through October 14, 2010

|  | Jan 1 - Oct 14, 10 |
|---|---|
| **Income** | |
| 400 · Sales | 1,613,682.08 |
| 405 · Sales Other | 875.50 |
| **Total Income** | 1,614,557.58 |
| **Cost of Goods Sold** | |
| 502 · Materials | 903,350.17 |
| 504 · Direct Labor | 241,478.37 |
| 506 · Payroll Taxes | 30,796.44 |
| 508 · Union Benefits | 73,672.39 |
| 510 · Worker's Compensation Insurance | 15,982.01 |
| 512 · Shop Supplies | 6,502.31 |
| 514 · Other CGS | 31,681.63 |
| **Total COGS** | 1,303,463.32 |
| **Gross Profit** | 311,094.26 |
| **Expense** | |
| 601 · Advertising | 1,020.76 |
| 605 · Auto and Truck Fuel | 30,383.08 |
| 606 · Auto and Truck Repair & Maint | 7,173.18 |
| 610 · Bank Fees | 1.49 |
| 618 · Computer,Internet,Copy | 3,887.15 |
| 625 · Dues & Subscriptions | 1,182.00 |
| 628 · Employee Health Insur | 20,158.24 |
| 640 · Insurance Expense | |
| 641 · Liability Insurance | 17,061.58 |
| 642 · Vehicle Insurance | 8,618.75 |
| 643 · Life Insurance | 411.00 |
| 644 · Workers Compensation | 594.32 |
| **Total 640 · Insurance Expense** | 26,685.65 |
| 645 · Interest Expense | 5,917.99 |
| 650 · Legal and Professional Fees | 19,582.28 |
| 655 · Licenses and Permits | 3,516.84 |
| 660 · Meals and Entertainment | 7,388.76 |
| 665 · Office Supplies | 2,883.18 |
| 670 · Payroll Tax Expenses | 9,051.60 |
| 675 · Postage | 856.77 |
| 678 · Rent or Lease Expense | 6,000.00 |
| 679 · Deferred Salaries | 98,000.00 |
| 680 · Salaries Officer | 51,756.90 |
| 682 · Salaries Staff | 114,823.63 |
| 685 · Telephone Expense | |
| 687 · Cellular | 2,580.18 |
| 688 · Office | 3,208.70 |
| 685 · Telephone Expense - Other | 2,176.53 |
| **Total 685 · Telephone Expense** | 7,965.41 |
| 694 · Utilities | 5,035.54 |
| 695 · Tax - Unsecured Property | 326.25 |
| 696 · FTB - Corp Estimated Tax | 800.00 |
| **Total Expense** | 424,396.70 |
| **Net Income** | -113,302.44 |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): | **West Coast Fence Co. Inc.** | Case No.: |
| | | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

_____
Signature of Debtor

Date _____

_____
Signature of Joint Debtor, if any

[If joint case, both spouses must sign]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____ _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition      Social Security No.
Preparer      (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____      _____

Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Wendy Dowhower**, the **President / Owner** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **38**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date 10/14/10

Signature: _Wendy Dowhower_
**Wendy Dowhower President / Owner**
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# United States Bankruptcy Court
## Eastern District of California
### Modesto Division

In re:  **West Coast Fence Co. Inc.**                                      Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **SEE ATTACHED** | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Wendy Dowhower, President / Owner** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: _10/14/10_                              _Wendy Dowhower_

**Wendy Dowhower, President / Owner, West Coast Fence Co. Inc.**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# STOCK TRANSFER LEDGER*

| DATE | NAME OF SHAREHOLDER | SHAREHOLDER ADDRESS | CERT. NUMBER | NUMBER OF SHARES | TO WHOM TRANSFERRED | FROM WHOM TRANSFERRED | AMOUNT PAID |
|------|---------------------|---------------------|--------------|------------------|---------------------|-----------------------|-------------|
| 8-28-08 | Curt Dowhower | 568 South Mohler Road Ripon, CA 95366 | 1 | 3,834 | Initial Issue | N/A | 38345 |
| 8-28-08 | Wendy Dowhower | 568 South Mohler Road Ripon, CA 95366 | 2 | 9,413 | Initial Issue | N/A | 94130 |
| 8-28-08 | South Y Fireplace Inc. 401(k) Plan F/B/O Curt Dowhower | 568 South Mohler Road Ripon, CA 95366 | 3 | 6,053 | Initial Issue | N/A | 60532 |
| 8-28-08 | South Y Fireplace Inc. 401(k) Plan F/B/O Wendy Dowhower | 568 South Mohler Road Ripon, CA 95366 | 4 | 1,160 | Initial Issue | N/A | 11595 |
| | Curt Dowhower | 568 South Mohler Road Ripon, CA 95366 | 5 | | Initial Issue | N/A | |
| | Wendy Dowhower | 568 South Mohler Road Ripon, CA 95366 | 6 | | Initial Issue | N/A | |
| | | | | | | | |
| | | | | | | | |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known) |
|---|---|

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None<br>❑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 223,160.00 | **Business** | **2008** |
| 2,101,416.00 | **Business** | **2009** |
| 1,561,992.00 | **Business** | **2010-ytd** |

## 2. Income other than from employment or operation of business

None<br>☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None<br>☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED** | | | |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None
☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **West Coast Fence, Inc. a California Corporation vs. South Y Fireplace, Inc.dba West Coast Fence**    **110CV183542** | **Complaint for unlawful detainer** | **Superior Court Santa Clara District 191 North First Street San Jose, CA 95113** | **Pending** |

None
☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

# West Coast Fence Co., Inc.
## Checks for All Vendors
### July through September 2010

South Y Fireplace Inc DBA
West Coast Fence Co Inc
Vendors Paid over $5,850 in last 90 days
July 1 thru Sept 30, 2010

| Name | Address | Date | Amount Paid | Total Paid | Balance still owe |
|---|---|---|---|---|---|
| All American Rentals | 85 Old Tully Rd | 07/09/2010 | 1,361.65 | | |
| All American Rentals | San Jose, CA 95111 | 07/19/2010 | 2,089.45 | | |
| All American Rentals | | 08/09/2010 | 1,361.65 | | |
| All American Rentals | | 08/09/2010 | 49.88 | | |
| All American Rentals | | 09/07/2010 | 1,484.65 | 6,347.28 | 190.00 |
| | | | | | |
| Blue Shield of California | Cash Receiving | 09/28/2010 | 2,270.00 | | |
| Blue Shield of California | File 55331 | 07/30/2010 | 2,923.00 | | |
| Blue Shield of California | Los Angeles, CA 90074-53 | 08/31/2010 | 2,923.00 | 8,116.00 | 0.00 |
| | | | | | |
| Guntert Steel | 222 E. Fourth Str. | 07/09/2010 | 1,399.62 | | |
| Guntert Steel | Ripon, CA 95366-2761 | 08/09/2010 | 5,882.95 | | |
| Guntert Steel | | 08/09/2010 | 279.69 | 7,562.26 | 6,583.16 |
| | | | | | |
| Jubitz Fleet Services | PO Box 11251 | 07/15/2010 | 1,385.02 | | |
| Jubitz Fleet Services | Portland, OR 97211-1251 | 07/26/2010 | 2,218.88 | | |
| Jubitz Fleet Services | | 08/11/2010 | 1,807.61 | | |
| Jubitz Fleet Services | | 08/23/2010 | 1,645.43 | 7,056.94 | 6,813.12 |
| | | | | | |
| Laborers Trust Funds for Northern C | PO Box 882913 | 07/20/2010 | 6,872.50 | | |
| Laborers Trust Funds for Northern C | San Francisco, CA 94188 | 08/24/2010 | 10,289.25 | | |
| Laborers Trust Funds for Northern Calif. | | 09/15/2010 | 1,422.96 | 18,584.71 | |
| | | | | | |
| Merchants Metals | PO Box 404259 | 07/09/2010 | 8,434.41 | | |
| Merchants Metals | Atlanta, GA 30384-4259 | 07/09/2010 | 478.24 | | |
| Merchants Metals | | 07/15/2010 | 2,255.56 | | |
| Merchants Metals | | 07/15/2010 | 6,076.71 | | |
| Merchants Metals | | 09/07/2010 | 458.94 | | |
| Merchants Metals | | 09/20/2010 | 32,660.37 | | |
| Merchants Metals | | 09/21/2010 | 22,207.85 | 72,572.08 | 114,250.08 |
| | | | | | |
| Patelco Credit Union | 156 Second Street | 09/21/2010 | 5,950.00 | 5,950.00 | 0.00 |
| | San Francisco, CA 94105 | | | | |
| | | | | | |
| SCS | 170 N. 28th St | 07/12/2010 | 805.03 | | |
| SCS | San Jose, CA 95116 | 07/19/2010 | 1,996.57 | | |
| SCS | | 07/26/2010 | 317.17 | | |
| SCS | | 07/26/2010 | 2,335.43 | | |
| SCS | | 07/26/2010 | 20,000.00 | | |
| SCS | | 08/31/2010 | 20,000.00 | 45,454.20 | 62,454.36 |
| | | | | | |
| West Coast Netting Inc | 5075 Flightline Dr | 08/03/2010 | 12,694.30 | 12,694.30 | |
| | Kingman, AZ 86401-6776 | | **184,337.77** | **184,337.77** | |

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐     consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
    **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Carl W Collins, Attorney at Law<br>1127 12th Street Suite 202<br>Modesto, CA 95353** | | **$5,000.00** |

## 10. Other transfers

None     a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☐     debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
    (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
    petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **Zachary Dowhower<br>2615 Mario Drive<br>Tracy, CA 95376<br>   Son** | 03/15/2010 | **1991 Jeep Cherokee<br>FMV Exchange $600.00** |

None     b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑     self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY OR DEBTOR'<br>INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☐     sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
    savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
    credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
    filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both
    spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND<br>DATE OF SALE<br>OR CLOSING |
|---|---|---|
| **Bank of Stockton<br>P.O. Box 1110<br>Stockton, CA 95201** | **South Y Fireplace Inc 401K<br>Plan<br>Acct # 1220<br>$73,206.27** | **$73,206.27<br>8/28/2008** |

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
❑      and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| South Y Fireplace Inc. dba West Coast Fence | 26-2263918 | 2786 Aiello Drive San Jose, CA 95111 | Fencing Contractor | 03/19/2008 10/01/2010 |

None    b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑      U.S.C. § 101.

NAME                  ADDRESS

## 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
❑      supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Wendy Dowhower (Owner) 568 Mohler Road Ripon, CA 95366** | **9/25/2008 to current** |

None    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the
❑      books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Atherton & Associates 1935 G Street Modesto, CA 95353** | | **9/25/2008 to present** |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
❑      and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Wendy Dowhower** | **568 Mohler Road Ripon, CA 95366** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **International Fidelity Insurance**<br>**1575 Treat Blvd #208**<br>**Walnut Creek, CA 94598** | 06/23/2010 |
| **Leavitt Pacific**<br>**695 Campbell Technology**<br>**Pkwy #250**<br>**Campbell, CA 95008** | 06/23/2010 |

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other<br>basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Curt Dowhower**<br>**568 Mohler Road**<br>**Ripon, CA 95366** | **Secretary** | **Shareholder 49%** |
| **Wendy Dowhower**<br>**568 Mohler Road**<br>**Ripon, CA 95366** | **President** | **Shareholder 51%** |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Curt Dowhower<br>568 Mohler Road<br>Ripon, CA<br>  Secretary** | **Gross Salary** | **$65,000.00** |
| **Wendy Dowhower<br>568 Mohler Road<br>Ripon, CA<br>  President** | **Gross Salary** | **$61,815.00** |

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)
**South Y Fireplace Inc. 401 K Plan**         **26-2264066**

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  10/14/10                    Signature  *Wendy Dowl*

**Wendy Dowhower, President / Owner**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION

| Debtor(s): **West Coast Fence Co. Inc.** | Case No.:<br>(If known)<br>Chapter: **7** |
|---|---|

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  0.00 |
| Student Loan Obligations (from Schedule F) | $  0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $  0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $  0.00 |
| TOTAL | $  0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  0.00 |
| Average Expenses (from Schedule J, Line 18) | $  0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  0.00 |
| 4. Total from Schedule F | | $  358,062.44 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  358,062.44 |

<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**MODESTO DIVISION**
</td></tr>
<tr><td>

In re

**West Coast Fence Co. Inc.**



Debtor.
</td><td>

Case No.:

**DISCLOSURE OF COMPENSATION**
**OF ATTORNEY FOR DEBTOR**
</td></tr>
</table>

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ _____ |
| Prior to the filing of this statement I have received | $ **5,000.00** |
| Balance Due | $ _____ |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)  [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Representation in an adversary proceeding**

| In re   **West Coast Fence Co. Inc.** | Case No.: |
|---|---|
| Debtor. | (If known) |

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_10 - 14 - 10_
Date

_[signature]_
Signature of Attorney

**Carl W. Collins Attorney At Law**
Name of Law Firm

# United States Bankruptcy Court
## Eastern District of California
### Modesto Division

In re   **West Coast Fence Co. Inc.**                           Case No.

    Debtor.                                              Chapter   **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **West Coast Fence Co. Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                    **% of Shares Owned**

**None**

OR,

   **X**  There are no entities to report.

By: _____

    **Carl W. Collins**
    Signature of Attorney

    Counsel for   **West Coast Fence Co. Inc.**
    Bar no.:       **109282**
    Address.:     **Carl W. Collins Attorney At Law**
                 **P.O. Box 3291**
                 **Modesto, CA 95353**
    Telephone No.: **209-521-8100**
    Fax No.:       **209-524-8461**
    E-mail address: