FILED
October 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003037434

# RELIEF FROM STAY INFORMATION SHEET
\* \*  SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST  \* \*
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

**DEBTOR:** West Coast Fence Co., Inc.   **CASE NO.** 10-58737

**MOVANT:** West Coast Fence, Inc.   **DC NO.** _____

**HEARING DATE/TIME:** _____

**RELIEF IS SOUGHT AS TO** ( ) REAL PROPERTY  ( ) PERSONAL PROPERTY  (✔) STATE COURT LITIGATION

1. Address OR description of property or state court action  2786 Aiello, San Jose

2. Movant's trust deed is a ( ) 1st  ( ) 2nd  ( ) 3rd  (✔) Other: _____
   OR
   Leased property is ( ) Residential  (✔) Non-residential  Term: (✔) Month-to-Month  ( ) Other

3. Verified appraisal filed? n/a   Movant's valuation of property   $ n/a

4. The following amounts are presently owing to movant for:

   | PRINCIPAL | INTEREST | COSTS | TOTAL |
   |---|---|---|---|
   | $ 54,000 | $ 2,700 | $ reserved | $ _____ |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.
   n/a _____  $ _____
   n/a _____  $ _____
   n/a _____  $ _____

   TOTAL ALL LIENS  $ _____
   DEBTOR'S EQUITY  $ _____

   **FOR COURT USE ONLY**
   Note date: _____
   Note amount: _____
   Note payment: _____

   **FOR COURT USE ONLY**
   _____

6. Monthly payment is $ 6000.00 , of which $ n/a is for impound account. Monthly late charge is $ 5%/$300 .
7. The last payment by debtor was received on January 5, 2010  and was applied to the payment due January 2010 .
8. Number of payments past due and amount: (a) Pre-petition  9  $ 54,000.00  (b) Post-petition  1  $ 6000/partial .
9. Notice of Default was recorded on n/a _____ .  Notice of sale was published on n/a _____ .
10. If a chapter 13 case, in what class is this claim?  n/a
11. Grounds for seeking relief (check as applicable):
    (✔) Cause  (✔) Inadequate protection  (✔) Lack of equity  (✔) Lack of insurance  ( ) Bad faith
    (✔) Other  Debtor is tenant and not operating, not paying rent, and not providing insurance. .
12. For each ground checked above furnish a brief supporting statement in the space below.
    Debtor is tenant, lease terminated, was occupant on month to month, not operating, not paying rent, and not providing insurance.

EDC 3-468 (Rev. 6/8/05)