**FILED**

October 29, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003037435

CAMPEAU GOODSELL SMITH, L.C.   Case Name:  In re: West Coast Fence Co., Inc.
SCOTT L. GOODSELL, #122223   Case No.:10-47419-A-7
WILLIAM J. HEALY #146158
440 North 1st Street, Suite 100
San Jose, CA 95112
TEL. (408) 295-9555
FAX. (408)295-6606

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100 San Jose, California 95112.

On <u>October 29, 2010</u> I served a copy of:

**1. NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ORDER DIRECTING THE DEBTOR TO SURRENDER REAL PROPERTY**;
**2. MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ORDER DIRECTING THE DEBTOR TO SURRENDER REAL PROPERTY**;
**3. DECLARATION RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ORDER DIRECTING THE DEBTOR TO SURRENDER REAL PROPERTY**;

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

See attached
Service List

I am familiar with the firm's practice for collecting and processing of correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on <u>October 29, 2010</u>, at San Jose, California.

<u>   /s/ William J. Healy   </u>
William J. Healy

## Court Service List

| | |
|---|---|
| **Carl W. Collins**<br>**PO Box 3291**<br>**Modesto, CA 95353-3291** | Via ECF and U.S. Mail |
| **Gary Farrar**<br>**PO Box 576097**<br>**Modesto, CA 95357-6097** | Via ECF |
| **Office of the U.S. Trustee**<br>**Robert T Matsui United States**<br>**Courthouse**<br>**501 I Street, Room 7-500**<br>**Sacramento, CA 95814-7304** | Via ECF |
| **Dana A. Suntag, Esq.**<br>**20 N Sutter St., 4th Floor**<br>**Stockton, CA 95202** | Via ECF and U.S. Mail |
| | |

AT T Advertising Solutions
P O Box 989046
West Sacramento CA 95798-9046

Access Hardware Supply
14359 Catalina Street
San Leandro CA 94577-5513

All American Rentals
8136 Enterprise Drive
Newark CA 94560-3304

Alliance Welding Supplies
1224 Sixth Street
Berkely CA 94710-1481

Apolonio Flores
64 Roxbury Apt 4
Santa Cruz CA 95050-5847

Avaya Business Partner
P O Box 93000
Chicago IL 60673-3000

Bay Cities Paving Grading
5029 Forni Drive
Concord CA 94520-1224

```
1    Blossom Valley Construction
2    P O Box 611537
     San Jose CA 95161-1537

3    ABSL Construction
     29334 Pacific St
4    Hayward CA 94544-6018

5    AT T Yellow Pages
     P O Box 989046
6    West Sacramento CA 95798-9046

7    Alberto Lopez
     658 Washington
8    Los Banos CA 93635-4739

9    All American Rentals-SJ
     2700 Monterey Road
10   San Jose CA 95111-3120

11   Alpha Bay Builders Inc
     3314 Cesar Chavez Street
12   San Francisco CA 94110-4607

13   Arturo H Beltran
     713 A Street
14   Union City CA 94587-2119

15   BFGC
     San Luis Obispo
16   4115 Brood Street Suite B-6
     San Luis Obispo CA 93401-7992

17   Bayshore Metals Inc
     P O Box 882003
18   San Francisco CA 94188-2003

19   Break Away
     2025 Stone Avenue
20   San Jose CA 95125-1447

21   AT T
     Payment Center
22   Sacramento CA 95887-0001

23   Aberle Concrete
     42100 Boscell Road
24   Fremont CA 94538-3107

25   All American Equipment Sales
     8136 Enterprise Drive
26   Newark CA 94560-3304

27   All Chemical Disposal Inc
     21 Great Oaks Blvd
28   San Jose CA 95119-1359
```

```
 1   Alten Construction
 2   720 12th Street
     Richmond CA 94801-2365

 3   Atherton Associates LLP
 4   1140 Scenic Drive
     P O Box 4339
 5   Modesto CA 95352-4339

 6   Bascom Trim Upholstery
     852 Aldo Ave
 7   Santa Clara CA 95054-2213

 8   Berry Swenson
     777 N St 5th Floor
 9   San Jose CA 95126

10   Burke Industries
     2250 S 10th Street
11   San Jose CA 95112-4197

12   California Track
     4668 N Sonora Ave Ste 101
13   Fresno CA 93722-3970

14   Camden Dowhower
     568 Mohler Road
15   Ripon CA 95366-9599

16   Carboline-Richmond -170
     c o StonCor Distribution
17   1001 Canal Blvd
     Section D
18   Richmond CA 94804-3533

19   Central Concrete Supply Co Inc
     P O Box 100592
20   Pasadena CA 91189-0003

21   City of Lathrop
     390 Towne Center Drive
22   Lathrop CA 95330-9358

23   City of San Jose Dept of Gen Serv
     1661 Senter Road 2nd Floor
24   San Jose CA 95112-2522

25   Carl W. Collins
     PO Box 3291
26   Modesto, CA 95353-3291

27   County of Alameda Constr Division
     951 Turner Court Room 100
28   Hayward CA 94545-2651

     Calstate Construction
     3680 Yale Way
     Fremont CA 94538-6182
```

```
 1   Campbell Union High School Dist
 2   3235 Union Avenue
     San Jose CA 95124-2096

 3   Centerville American Little League
 4   4854 Whitfield Avenue
     Fremont CA 94536-7158

 5   Charles Pankow Builders
 6   2101 Webster St Suite 1500
     Oakland CA 94612-3056

 7   City of Milpitas
 8   1265 N Milpitas Blvd
     Milpitas CA 95035-3153

 9   City of San Jose Fire Dept
10   170 West SanCarlos St 4th Floor
     San Jose CA 95113-2005

11   Costco
12   2201 Senter Road
     San Jose CA 95112-2627

13   Court Galvanizing Inc
14   4937 Allison Parkway
     Vacaville CA 95688-9346

15   Calvary Chapel
16   1175 Hillsdale Avenue
     San Jose CA 95118-1223

17   Carboline Company
18   2150 Schuetz Road
     St Louis MO 63146-3538

19   Central Concrete Supply Co Inc
20   755 Stockton Avenue
     San Jose CA 95126-1839

21   Cholestech
22   3347 Investment Blvd
     Hayward CA 94545-3808

23   City of Mountain View
24   P O Box 7355
     Mountain View CA 94039-7355

25   City of Saratoga
26   13777 Fruitvale Avenue
     Saratoga CA 95070-5199

27   Coulter Construction
28   1961 Old Middlefield Way
     Mountain View CA 94043-2543
```

```
 1   Cresco Equipment Rental
 2   6300 Chestnut Street
     Gilroy CA 95020-6618
 3
     DL Falk Construction
 4   3526 Investment Blvd
     Hayward CA 94545-3707
 5
     Debra Van Tuyl
 6   c o William H Dunn Attorney at Law
     1350 Dell Avenue Ste 204
 7   Campbell CA 95008-6619

 8   Don Chapin Company
     560 Crazy Horse Canyon Rd
 9   Salinas CA 93907-8434

10   El Camino Hospital
     2500 Grant Road
11   Oak 210 Accounts Payable
     Mountain View CA 94040-4302
12
     Enrique Camacho
13   14115 Candler Ave
     San Jose CA 95127-4109
14
     Fastenal Company
15   510 Parrott St Unit 3
     San Jose CA 95112-4117
16
     Fence Specialties Inc
17   2421 Industry Street
     Oceanside CA 92054-4805
18
     Franchise Tax Board
     Bankruptcy Unit
19   P O Box 2952
     Sacramento CA 95812-2952
20
     Gabriel Solis
21   494 Papaya Court
     San Jose CA 95111-2350
22
     Gilroy Medical Park
23   7880 Wren Ave
     Gilroy CA 95020-4943
24
     DMV Renewal
25   P O Box 942894
     Sacramento CA 94294-0894
26
     Devcon Construction Inc
     690 Gibraltar Drive
27   Milpitas CA 95035-6317

28
```

```
Economy Lumber Co
720 Camden Avenue
Campbell CA 95008-4149

Employment Development Department
Bankruptcy Special Procedures Group
P O Box 826880 MIC 92E
Sacramento CA 94280-0001

Evergreen School District
3188 Quimby Rd
San Jose CA 95148-3099

Fastenal Company
P O Box 1286
Winona MN 55987-7286

Flagship Facility Services Inc
1050 N 5th Street
San Jose CA 95112-4400

Frank Lin Distillers
P O Box 610877
San Jose CA 95161-0877

Gagliardi Brothers
1060 Willow Suite 2
San Jose CA 95125-2350

Gilroy Steel Supply Inc
220 Mayock Court
Gilroy CA 95020-7029

David S Kline
309 Second St 7
Los Altos CA 94022-3623

Diery Maldonado
8900 Rancho Hills Drive
Gilroy CA 95020-7400

El Camino Hospital
2500 Grant Rd MS Oak 210
Mountain View CA 94040-4378

Encon Electronics
P O Box 4851
Hayward CA 94540-4851

Fenandes and Sons
2110 South Bascon Ave Ste 201
Campbell CA 95008-3205

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952
```

```
 1   Frank-Lin Distillers Products Ltd
     c o Charles Matthew Wisinski
 2   LeClairRyan LLP
     44 Montgomery St 18th Floor
 3   San Francisco CA 94104-4705

 4   Gateway Acceptance Company
     P O Box 4053
 5   Concord CA 94524-4053

 6   Gilroy Steel Supply Inc
     c o Gateway Acceptance Co
 7   P O Box 4053
     Concord CA 94524-4053
 8
     Gradetech Inc
 9   P O Box 1728
     San Ramon CA 94583-6728
10
     Greg Opinski Construction Inc
11   P O Box 2065
     145 Riggs Avenue
12   Merced CA 95341-6465

13   William J. Healy
     440 N 1s St., #100
14   San Jose, CA 95112-4024

15   Holy Family School
     4850 Pearl Avenue
16   San Jose CA 95136-2701

17   IHI Environmental
     640 East Wilmington Ave
18   Salt Lake City UT 84106-1421

19   JA Gonsalves Son Construction
     P O Box 6553
20   Napa CA 94581-1553

21   Jos J Albanese Inc
     986 Walsh Ave
22   Santa Clara CA 95050-2649

23   Kitchell
     650 N Delaware St
24   San Mateo CA 94401-1732

25   Granite Construction Company
     P O Box 720
     Watsonville CA 95077-0720
26
     Guntert Steel
27   222 East Fourth Street
     Ripon CA 95366-2761
28
```

```
Hilti Inc
P O Box 21148
Tulsa OK 74121-1148

Home Depot Credit Services
P O Box 6029
The Lakes NV 88901-6029

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JT Wakimoto Management Inc
1855 Hamilton Ave Ste 200
San Jose CA 95125-5672

Juan Rivas
3129 Kissell Court
San Jose CA 95111-2242

Landscape Forms Inc
P O Box 78000
Detroit Michigan 48278-0073

Graniterock
P O Box 50001
Watsonville CA 95077-5001

HSR Inc
530 Aldo Ave
Santa Clara CA 95054-2204

Hilti Inc
P O Box 382002
Pittsburgh PA 15250-8002

Homeguard Inc
510 Madera
San Jose CA 95112-2918

Interstate Battery System
213 North Main Street
Salinas CA 93901-2815

Jensen Landscape Services Inc
1983 Concourse Drive
San Jose CA 95131-1708

Kingpin Hot Rods
696 Quinn Avenue
San Jose CA 95112-2635

Lathrop Construction Assc
4001 Park Road
Benicia CA 94510-1172
```

```
 1   Lord Sons Inc
 2   430 E Trimble Rd
     San Jose CA 95131-1220

 3   Maruichi American Corp
     11529 Greenstone Avenue
 4   Santa Fe Springs CA 90670-4697

 5   Merchants Metals
     1580 W Winton Avenue
 6   Hayward CA 94545-1311

 7   Milpitas Materials Company
     1125 N Milpitas Blvd
 8   Milpitas CA 95035-3152

 9   Native Hunt Enterprise
     9516 Meg Court
10   Gilroy CA 95020-9173

11   O C Jones Sons Inc
     1520 Fourth Street
12   Berkeley CA 94710-1748

13   OC Jones and Sons Inc
     1520 Fourth Street
14   Berkeley CA 94710-1774

15   PDM Steel Service Centers Inc
     3500 Bassett Street
     P O Box 329
16   Santa Clara CA 95052-0329

17   Perma Green Hydroseeding Inc
     7096 Holsclaw Road
18   Gilroy CA 95020-8026

19   Praxair
     197 Praxair Dist Inc
20   Dept LA 21511
     Pasadena CA 91185-1511
21
     Lynn Graziano Keith Nye
22   c o Rossi Hamerslough Reischl Chuck
     1960 The Alameda Suite 200
23   San Jose CA 95126-1451

24   Master Halco
     3135 Diablo Avenue
25   Hayward CA 94545-2701

26   Merchants Metals
     P O Box 404259
27   Atlanta GA 30384-4259

28   Morgan Hill Unified School Dist
     15600 Concord Circle
     Morgan Hill CA 95037-7118
```

```
Newton Construction Mgmt
P O Box 3260
San Luis Obispo CA 93403-3260

O Connor Company
312 Fileds Dr
Aberdeen NC 28315-8610

OES Equipment
8145 Enterprise Dr
Newark CA 94560-3302

PGE
Box 997300
Sacramento CA 95899-7300

Pitney Bowes
Neenah WI 54956-1005

Praxair
Dept LA 21511
Pasadena CA 91185-1511

MJ Avila Company
13833 W California Ave
Kerman CA 93630-9206

Michael McMillian
1114 El Abra Way
San Jose CA 95125-3109

Mt Pleasant School District
3434 Martin Ave
San Jose CA 95148-1300

Normandin Chrysler Jeep
900 Capitol Expressway Auto Mall
San Jose CA 95136-1198

O Grady Paving Inc
2513 Wyandotte St
Mountain View CA 94043-2314

Parola Construction Co
4605 San Felipe Rd
San Jose CA 95135-1509

Pitney Bowes
P O Box 371896
Pittsburgh PA 15250-7896

Protection 1
6866 Santa Tereasa Blvd
San Jose CA 95119-1205
```

```
R S H LLP
Attorneys at Law
1001 Marshall Street Suite 400
Redwood City CA 94063-2054

Raging Waters
2333 South White Rd
San Jose CA 95148-1518

Robert Bothman
650 Quinn Ave
San Jose CA 95112-2604

Rosendin Electric
880 N Mabury Road
San Jose CA 95133-1021

Rusciano Construction Inc
2828 Aiello Drive
San Jose CA 95111-2189

Safe Security
P O Box 660826
Dallas TX 75266-0826

San Jose Water Company
P O Box 229
San Jose CA 95103-0229

Santa Clara County Office
MC 242 1290 Ridder Park Drive
San Jose CA 95131-2304

Selden Son
P O Box 327
Watsonville CA 95077-0327

Sims Metal
1900 Monterey Hwy
San Jose CA 95112-6100

RJ Dailey Construction Co
401 First Street
Los Altos CA 94022-3607

Ralph Larson Son Inc
300 8th Ave
San Mateo CA 94401-4221

Rodan Builders Inc
859 Cowan Rd
Burlingame CA 94010-1204

Rosendin Electric Inc
880 Mabury Road
San Jose CA 95133-1021
```

```
 1   SJ Ammoroso Const Co
     390 Bridge Parkway
 2   Redwood Shores CA 94065-1061

 3   San Jose Unified School Dist
     855 Lenzen Ave
 4   San Jose CA 95126-2736

 5   Sandeep Sidhu
     c o David Draheim Esq
 6   Hildebrand McLeod Nelson Inc
     350 Frank H Ogawa Plaza 4th Floor
 7   Oakland CA 94612-2050

 8   Santa Clara Unified School Dist
     1889 Lawrence Rd
 9   Santa Clara CA 95051-2166

10   Service Staion Systems Inc
     680 Quinn Ave
11   San Jose CA 95112-2635

12   Soquel UESD
     620 Monterey Ave
13   Capitola CA 95010-3618

14   Radiant Electric Inc
     1805 Little Orchard Street Ste 120
15   San Jose CA 95125-1015

16   Robert A Bothman Inc
     650 Quinn Avenue
17   San Jose CA 95112-2604

18   Rolling Green Homeowners
     c o Shoreline Prooperty Mgmt
     1100 Water Street Suite 1A
19   Santa Cruz CA 95062-1546

20   Rudolph and Sletten
     1600 Seaport Blvd Suite 350
21   Redwood City CA 94063-5575

22   SVTC Technologies LLC
     P O Box 6555
23   Santa Clara CA 95056-6555

24   San Jose Water Co
     1251 S Bascom Ave
25   San Jose CA 95128-3514

26   Sandman Inc dba Star Concrete
     1404 South 7th Street
27   San Jose CA 95112-5927

28
```

```
 1   Security Contractor Services Inc
 2   170 N 28th Street
     San Jose CA 95116-1122

 3   Sierra Lumber Fence-S Jose
     1711 Senter Road
 4   San Jose CA 95112-2598

 5   Sprint
     P O Box 4181
 6   Carol Stream IL 60197-4181

 7   Stanford University
     P O Box 20410
 8   Stanford CA 94309-0410

 9
     Suarez Munoz Construction
10   P O Box 20975
11   Cabot Blvd
     Hayward CA 94546-8975
12

13   Dana A. Suntag

14   20 N Sutter St 4th Fl

15   Stockton, CA 95202-2911

     Susan Josephine Ruscigno
16   1351 Weaver Drive
     San Jose CA 95125-3730
17
     Teodoro Chavez
18   6570 Fairview Road
     Hollister CA 95023-9344
19
     Tombleson Inc
20   P O Box 1388
     Salinas CA 93902-1388
21
     United Rentals
22   Location 545
     1865 Tanen Street
23   Napa CA 94559-1307

24   University California Santa Cruz
     1156 High Street
25   Santa Cruz CA 95064-1099

26   Vance Brown Builders
     3197 Park Blvd
27   Palo Alto CA 94306-2233

28
```

```
Wattis Construction
964 Stockton Ave
San Jose CA 95110-1592

West Coast Fence Co. Inc.
PO Box 1017
Ripon, CA 95366-1017

Swenson Assc
581 Division Street Ste A
Campbell CA 95008-6935

The Swenson Group
207 Boeing Court
Livermore CA 94551-9258

Tractor Equipment Sales
705 Tully Road
San Jose CA 95111-1097

United States Atty for Internal Revenue
2500 Tulare Street Suite 4401
Fresno CA 93721-1331

Valhalla Builders
6985 Via Del Oro Ste A-5
San Jose CA 95119-1336

Vasona Construction
4120 Business Center Drive
Fremont CA 94538-6354

Wells Fargo Financial Leasing
P O Box 6434
Carol Stream IL 60197-6434

Syar Concrete LLC
P O Box 2700
Napa CA 94558-0531

Tilton Pacific Construction
4150 Citris Ave
Rocklin CA 95677-4000

US Santa Clara Synaptics Corp Office
3120 Scott Blvd Ste 130
Santa Clara CA 95054-3326

United States Department of Justice
Civil Trial Section Western Region
Box 683 Ben Franklin Station
Washington DC 20044-0683

Valley Crest Landscape Develop
7039 Commerce Circle Ste A
Pleasanton CA 94588-8006
```

```
Victor Solih
36242 Carnation Way
Fremont CA 94536-2644

West Coast Cranes Inc
136 Wendell Street
Santa Cruz CA 95060-1946

(c)WEST COAST FENCE INC
C O LAW OFFICE OF TODD ROTHBARD
4261 NORWALK DR STE Y107
SAN JOSE CA 95129-1796

West Coast Netting Inc

5075 Flightline Drive

Kingman AZ 86401-6776


West Valley College 1400

Fruitvale Ave

Saratoga CA 95070

West Valley Construction

580 E McGlincey Lane

Campbell CA 95008-4999


Winterbourne Properties

16125 Greenwood Lane

Monte Sereno CA 95030-3012


Zachary Dowhower

2615 Mario Drive

Tracy CA 95376-7759

Zolman Construction
565B Bragato Way
San Carlos CA 94070-6312

Internal Revenue Service
P O Box 21126
Philadelphia PA 19114

West Coast Fence Inc
c o Law Office of Todd Rothbard
4261 Norwalk Drive 107
San Jose CA 95129
```