Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 202
P.O. Box 3291
Modesto, California 95353
(209) 521-8100 Telephone
(209) 524-8461 Facsimile
E-mail: carl@cwcollinslaw.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

In re: ) Case No: 10-47419
)
WEST COAST FENCE CO. INC. ) Chapter 7 Case
)
P.O. Box 1017
Ripon, CA 95366

TAX ID: 26-2263918

Debtor.

Date: No hearing set
Time:
Place:

**NOTICE OF TRANSMITTAL OF INCOME TAX RETURN**

Debtor, West Coast Fence Co. Inc., has transmitted the Federal Income Tax Return for 2009 to the Chapter 7 Trustee, Gary Farrar.

Dated: 11-2-10

Law Office of Carl W. Collins

Carl W. Collins
Attorney for Debtor