FILED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D36

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | |
|---|---|
| Case Title : West Coast Fence Co. Inc. | Case No : 10-47419 - A - 7<br>Date : 11/15/10<br>Time : 09:00 |
| Matter : | [19] - Motion/Application for Relief from Stay Filed by Creditor West Coast Fence, Inc. (Fee Paid $0.00) (pdes)<br>[19] - Motion/Application Directing the Debtor to Surrender Real Property Filed by Creditor West Coast Fence, Inc. (pdes) |
| Judge : | Michael S. McManus |
| Courtroom Deputy : | Sarah Head |
| Reporter : | NOT RECORDED |
| Department : | A |

APPEARANCES for :
Movant(s) :
None
Respondent(s) :
None

CIVIL MINUTE ORDER

The motion is ORDERED DISMISSED without prejudice.

Dated: November 17, 2010

By the Court

Michael S. McManus
United States Bankruptcy Judge