FILED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D38

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | West Coast Fence Co. Inc. |
| **Case No :** | 10-47419 - A - 7 |
| **Date :** | 11/15/10 |
| **Time :** | 09:00 |

**Matter :** [24] - Motion/Application for Relief from Stay Filed by Creditor West Coast Fence, Inc. (Fee Paid $0.00) (pdes)
[24] - Motion/Application to Turnover Collateral Filed by Creditor West Coast Fence, Inc. (pdes)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** NOT RECORDED
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

The motion is ORDERED DISMISSED without prejudice.

Dated: November 17, 2010

By the Court

Michael S. McManus
United States Bankruptcy Judge