2010-47419

FILED

December 14, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003138615

1 CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
2 440 N. 1st Street, Suite 100
San Jose, California 95112
3 Telephone: (408) 295-9555
Facsimile: (408) 295-6606
4
ATTORNEYS FOR
5 West Coast Fence, Inc.

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         (San Jose Division)

11 In re:                              )   Case No. 10-47419 A-7
                                       )
12 WEST COAST FENCE CO., INC.,         )   CHAPTER 7
                                       )
13                                     )   **DCN: CGS-003**
                          Debtors.     )
14                                     )   Date: December 13, 2010
                                       )   Time: 9:00 a.m.
15                                     )   Judge: Honorable Michael McManus
                                       )
16                                     )
                                       )
17 _____)

18 **ORDER GRANTING CREDITOR WEST COAST FENCE, INC. RELIEF FROM THE
AUTOMATIC STAY**
19
       The Court, having reviewed and considered the Motion For Relief From The Automatic
20
Stay And For Order Directing The Debtor To Surrender Real Property ("Motion") of
21
creditor West Coast Fence, Inc., read and considered the statement of non-opposition filed by
22
the Trustee Gary Farrar, considered the oral statement of non-opposition of Debtor through
23
counsel, conducted a hearing, and good cause appearing, does hereby grant the Motion and
24
therefore:
25
**IT IS HEREBY ORDERED, DECREED, and ADJUDGED:**
26
1.     The Motion is granted as indicated hereinafter;
27
2.     West Coast Fence, Inc. is granted relief from the automatic stay to proceed with its
28

_____

ORDER GRANTING CREDITOR WEST COAST FENCE, INC. RELIEF FROM THE AUTOMATIC STAY

RECEIVED
December 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003138615

1   eviction action against the Debtor in state court to recover possession of the real property

2   located at 2786 Aiello Dr., San Jose, CA 95111 (the "Real Property"), secure and recover

3   exclusive possession of the Property, and exercise rights pursuant to California Civil Code

4   Section 1980, et seq and California law relative thereto; and

5   3.    The provisions of Federal Rule of Bankruptcy Procedure 4001 (a)(3) are waived.

6   Dated: December 14, 2010           By the Court

7

8

9                                 Michael S. McManus
                                United States Bankruptcy Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Court Service List

```
Carl W. Collins
PO Box 3291
Modesto, CA 95353-3291
```

**West Coast Fence Co., Inc.**
**P.O. Box 1017**
**Ripon, CA 95366**

```
Gary Farrar
PO Box 576097
Modesto, CA 95357-6097

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814-7304
```

**Dana A. Suntag, Esq.**
**20 N. Sutter St., 4th Floor**
**Stockton, CA 95202**