2010-47419
FILED
December 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003138625

CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR
West Coast Fence, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re:

WEST COAST FENCE CO., INC.,

Debtors.

Case No. 10-47419 A-7

CHAPTER 7

**DCN: CGS-004**

Date: December 13, 2010
Time: 9:00 a.m.
Judge: Honorable Michael McManus

**ORDER GRANTING CREDITOR WEST COAST FENCE, INC. RELIEF FROM THE AUTOMATIC STAY**

The Court, having reviewed and considered the Motion For Relief From The Automatic Stay And Directing The Debtor And Trustee To Turnover Collateral ("Motion") of creditor West Coast Fence, Inc., read and considered the statement of non-opposition filed by the Trustee Gary Farrar, considered the oral statement of non-opposition of Debtor through counsel, conducted a hearing, and good cause appearing does hereby grant the Motion, and therefore:

**IT IS HEREBY ORDERED, DECREED, and ADJUDGED:**

1. The Motion is granted as indicated hereinafter;

2. West Coast Fence, Inc. is granted relief from the automatic stay to exercise all of its

RECEIVED
December 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003138625

state law rights and remedies with respect to a Non-Negotiable Promissory Note and Security Agreement, including to repossess its collateral, dispose of its pursuant to applicable law, and to use the proceeds from its disposition to satisfy its claim. No other relief is awarded; and

3. The provisions of Federal Rule of Bankruptcy Procedure 4001 (a)(3) are waived.

Dated: December 14, 2010

By the Court

Michael S. McManus
United States Bankruptcy Judge

Court Service List

Carl W. Collins
PO Box 3291
Modesto, CA 95353-3291

**West Coast Fence Co., Inc.**
**P.O. Box 1017**
**Ripon, CA 95366**

Gary Farrar
PO Box 576097
Modesto, CA 95357-6097

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814-7304

**Dana A. Suntag, Esq.**
**20 N. Sutter St., 4th Floor**
**Stockton, CA 95202**