\\

THE SUNTAG LAW FIRM
A Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
LORIS L. BAKKEN (California State Bar No. 215033)
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905

Attorneys for Chapter 7 Trustee
GARY R. FARRAR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

WEST COAST FENCE CO.INC,

Debtor.

Case No.: 10-47419-A-7

DC No.: SLF-3

PROOF OF SERVICE OF MOTION FOR AUTHORIZATION TO SELL THE ESTATE'S INTEREST IN VEHICLES

Date: February 7, 2011
Time: 10:00 a.m.
Place: Department A
Honorable Michael S. McManus

I, AUDREY DUTRA, declare:

I am employed in the City of Stockton, California. I am over the age of eighteen years and not a party to this action. My address is 20 North Sutter Street, Fourth Floor, Stockton, California 95202. On January 4, 2011, I served:

1. NOTICE OF MOTION FOR AUTHORIZATION TO SELL THE ESTATE'S INTEREST IN VEHICLES;

2. MOTION FOR AUTHORIZATION TO SELL THE ESTATE'S INTEREST IN VEHICLES;

3. DECLARATION OF GARY R. FARRAR IN SUPPORT OF MOTION FOR AUTHORIZATION TO SELL THE ESTATE'S INTEREST IN VEHICLES;

4. **EXHIBITS TO DECLARATION OF GARY R. FARRAR IN SUPPORT OF MOTION FOR AUTHORIZATION TO SELL THE ESTATE'S INTEREST IN VEHICLES;**

on the following person(s) in this action by placing true and correct copies of the document(s) in sealed envelopes with first class postage prepaid in the United States mail at Stockton, California addressed as follows:

| | |
|---|---|
| West Coast Fence Co. Inc.<br>PO Box 1017<br>Ripon, California 95366 | Carl W. Collins, Esq.<br>PO Box 3291<br>Modesto, California 95353 |
| Gary R. Farrar<br>PO Box 576097<br>Modesto, California 95357 | Office of the US Trustee<br>501 "I" Street, Suite 7-500<br>Sacramento, California 95814 |
| Employment Development Department<br>Bankruptcy Special Procedures Group<br>PO Box 826880 MIC 92E<br>Sacramento, California 94280-0001 | Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento, California 95812-2952 |
| United States Attorney<br>(For IRS)<br>501 I Street, Suite 10-100<br>Sacramento, California 95814 | United States Department of Justice<br>Civil Trial Section, Western Region<br>Box 683, Ben Franklin Station<br>Washington, D.C. 20044 |
| IRS<br>PO Box 21126<br>Philadelphia, Pennsylvania 19114 | Regional Counsel<br>US Dept of Veterans Affairs<br>1301 Clay Street, Suite 1300N<br>Oakland, California 94612-5209 |

I am readily familiar with the regular mail collection and processing practices of the business, that the mail would be deposited with the US Postal Service that same day in the ordinary course of business, and that the envelope was sealed and deposited for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Stockton, California, January 4, 2011.

                                                                           _/s/ Audrey Dutra_<br>
                                                                           AUDREY DUTRA

Label Matrix for local noticing
0972-2
Case 10-47419
Eastern District of California
Sacramento
Mon Jan  3 16:31:35 PST 2011

ABSL Construction
29334 Pacific St
Hayward CA 94544-6018

AT T
Payment Center
Sacramento CA 95887-0001

AT T Advertising Solutions
P O Box 989046
West Sacramento CA 95798-9046

AT T Yellow Pages
P O Box 989046
West Sacramento CA 95798-9046

Aberle Concrete
42100 Boscell Road
Fremont CA 94538-3107

Access Hardware Supply
14359 Catalina Street
San Leandro CA 94577-5513

Alberto Lopez
658 Washington
Los Banos CA 93635-4739

All American Equipment Sales
8136 Enterprise Drive
Newark CA 94560-3304

All American Rentals
8136 Enterprise Drive
Newark CA 94560-3304

All American Rentals-SJ
2700 Monterey Road
San Jose CA 95111-3120

All Chemical Disposal Inc
21 Great Oaks Blvd
San Jose CA 95119-1359

Allergen Inc
503 Vandell Way
Campbell CA 95008-6924

Alliance Welding Supplies
1224 Sixth Street
Berkely CA 94710-1481

Alpha Bay Builders Inc
3314 Cesar Chavez Street
San Francisco CA 94110-4607

Alten Construction
720 12th Street
Richmond CA 94801-2365

Apolonio Flores
64 Roxbury Apt 4
Santa Cruz CA 95050-5847

Arturo H Beltran
713 A Street
Union City CA 94587-2119

Atherton Associates LLP
1140 Scenic Drive
P O Box 4339
Modesto CA 95352-4339

Avaya Business Partner
P O Box 93000
Chicago IL 60673-3000

BFGC
San Luis Obispo
4115 Brood Street Suite B-6
San Luis Obispo CA 93401-7992

Bascom Trim Upholstery
852 Aldo Ave
Santa Clara CA 95054-2213

Bay Cities Paving Grading
5029 Forni Drive
Concord CA 94520-1224

Bayshore Metals Inc
P O Box 882003
San Francisco CA 94188-2003

Berkeley Unified School District
1720 Oregon Street
Berkeley CA 94703-2116

Berry Swenson
777 N St 5th Floor
San Jose CA 95126

Blossom Valley Construction
P O Box 611537
San Jose CA 95161-1537

Break Away
2025 Stone Avenue
San Jose CA 95125-1447

Burke Industries
2250 S 10th Street
San Jose CA 95112-4197

C Aparicio Cement Contractor
506 Phelan Avenue
San Jose CA 95112-2597

| | | |
|---|---|---|
| CIT Communication Finance Corporation<br>c/o Raymond F. Moats, III<br>175 S 3rd St #900<br>Columbus OH 43215-5166 | CIT Communications Finance Corp<br>P O Box 550599<br>Jacksonville FL 32255-0599 | CIWA Inc<br>P O Box 10126<br>San Jose CA 95157-1126 |
| CSI Construction Services<br>P O Box 5354<br>Galt CA 95632-5354 | Cagwin Dorward<br>P O Box 1600<br>Novato CA 94948-1600 | Cali Financial Mgmt<br>P O Box 1389<br>Cupertino CA 95015-1389 |
| California Track<br>4668 N Sonora Ave Ste 101<br>Fresno CA 93722-3970 | Calstate Construction<br>3680 Yale Way<br>Fremont CA 94538-6182 | Calvary Chapel<br>1175 Hillsdale Avenue<br>San Jose CA 95118-1223 |
| Camden Dowhower<br>568 Mohler Road<br>Ripon CA 95366-9599 | Campbell Union High School Dist<br>3235 Union Avenue<br>San Jose CA 95124-2096 | Carboline Company<br>2150 Schuetz Road<br>St Louis MO 63146-3538 |
| Carboline-Richmond -170<br>c o StonCor Distribution<br>1001 Canal Blvd<br>Section D<br>Richmond CA 94804-3533 | Centerville American Little League<br>4854 Whitfield Avenue<br>Fremont CA 94536-7158 | Central Concrete Supply Co Inc<br>755 Stockton Avenue<br>San Jose CA 95126-1839 |
| Central Concrete Supply Co Inc<br>P O Box 100592<br>Pasadena CA 91189-0003 | Charles Pankow Builders<br>2101 Webster St Suite 1500<br>Oakland CA 94612-3056 | Cholestech<br>3347 Investment Blvd<br>Hayward CA 94545-3808 |
| Citibank South Dakota, NA<br>4740 121st St<br>Urbandale IA 50323-2402 | City of Lathrop<br>390 Towne Center Drive<br>Lathrop CA 95330-9358 | City of Milpitas<br>1265 N Milpitas Blvd<br>Milpitas CA 95035-3153 |
| City of Morgan Hill<br>100 Edes Court<br>Morgan Hill CA 95037-5301 | City of Mountain View<br>P O Box 7355<br>Mountain View CA 94039-7355 | City of Richmond<br>450 Civic Center Plaza<br>Richmond CA 94804-1661 |
| City of San Jose Dept of Gen Serv<br>1661 Senter Road 2nd Floor<br>San Jose CA 95112-2522 | City of San Jose Fire Dept<br>170 West SanCarlos St 4th Floor<br>San Jose CA 95113-2005 | City of Saratoga<br>13777 Fruitvale Avenue<br>Saratoga CA 95070-5199 |
| Carl W. Collins<br>PO Box 3291<br>Modesto, CA 95353-3291 | Costco<br>2201 Senter Road<br>San Jose CA 95112-2627 | Coulter Construction<br>1961 Old Middlefield Way<br>Mountain View CA 94043-2543 |

| | | |
|---|---|---|
| County of Alameda Constr Division<br>951 Turner Court Room 100<br>Hayward CA 94545-2651 | County of Monterey<br>1270 Natividad Road<br>Salinas CA 93906-3122 | County of San Mateo<br>555 County Center<br>Redwood City CA 94063-1665 |
| County of Santa Clara<br>70 West Hedding Street<br>San Jose CA 95110-1768 | County of Santa Cruz<br>701 Ocean Street Suite 330<br>Santa Cruz CA 95060-4027 | Court Galvanizing Inc<br>4937 Allison Parkway<br>Vacaville CA 95688-9346 |
| Cresco Equipment Rental<br>6300 Chestnut Street<br>Gilroy CA 95020-6618 | Crystal Springs Water Co<br>2151 -B Delaware Avenue<br>Santa Cruz CA 95060-5788 | Cupertino Electric Inc<br>1132 North Seventh St<br>San Jose CA 95112-4438 |
| DAM MFG Engineering<br>2720 Aiello Drive<br>San Jose CA 95111-2186 | DL Falk Construction<br>3526 Investment Blvd<br>Hayward CA 94545-3707 | DMV Renewal<br>P O Box 942894<br>Sacramento CA 94294-0894 |
| David S Kline<br>309 Second St 7<br>Los Altos CA 94022-3623 | Debra Van Tuyl<br>c o William H Dunn Attorney at Law<br>1350 Dell Avenue Ste 204<br>Campbell CA 95008-6619 | Dept of Veterans Affairs<br>811 Vermont Ave NW<br>Washington DC 20420-0001 |
| Devcon Construction Inc<br>690 Gibraltar Drive<br>Milpitas CA 95035-6317 | Diery Maldonado<br>8900 Rancho Hills Drive<br>Gilroy CA 95020-7400 | Don Chapin Company<br>560 Crazy Horse Canyon Rd<br>Salinas CA 93907-8434 |
| East Side Union High School District<br>830 North Capitol Avenue<br>San Jose CA 95133-1398 | Economy Lumber Co<br>720 Camden Avenue<br>Campbell CA 95008-4149 | El Camino Hospital<br>2500 Grant Rd MS Oak 210<br>Mountain View CA 94040-4378 |
| El Camino Hospital<br>2500 Grant Road<br>Oak 210 Accounts Payable<br>Mountain View CA 94040-4302 | Employment Development Department<br>Bankruptcy Special Procedures Group<br>P O Box 826880 MIC 92E<br>Sacramento CA 94280-0001 | Encon Electronics<br>P O Box 4851<br>Hayward CA 94540-4851 |
| Enrique Camacho<br>14115 Candler Ave<br>San Jose CA 95127-4109 | Evergreen School District<br>3188 Quimby Rd<br>San Jose CA 95148-3099 | Gary Farrar<br>PO Box 576097<br>Modesto, CA 95357-6097 |
| Fastenal Company<br>510 Parrott St Unit 3<br>San Jose CA 95112-4117 | Fastenal Company<br>P O Box 1286<br>Winona MN 55987-7286 | Fenandes and Sons<br>2110 South Bascon Ave Ste 201<br>Campbell CA 95008-3205 |

Fence Specialties Inc
2421 Industry Street
Oceanside CA 92054-4805

Flagship Facility Services Inc
1050 N 5th Street
San Jose CA 95112-4400

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Bankruptcy Unit
P O Box 2952
Sacramento CA 95812-2952

Frank Lin Distillers
P O Box 610877
San Jose CA 95161-0877

Frank-Lin Distillers Products Ltd
c o Charles Horn Matthew Wisinski
LeClairRyan LLP
44 Montgomery St 18th Floor
San Francisco CA 94104-4705

Gabriel Solis
494 Papaya Court
San Jose CA 95111-2350

Gagliardi Brothers
1060 Willow Suite 2
San Jose CA 95125-2350

Gateway Acceptance Company
P O Box 4053
Concord CA 94524-4053

Gilroy Medical Park
7880 Wren Ave
Gilroy CA 95020-4943

Gilroy Steel Supply Inc
220 Mayock Court
Gilroy CA 95020-7029

Gilroy Steel Supply Inc
c o Gateway Acceptance Co
P O Box 4053
Concord CA 94524-4053

Gilroy Unified School Dist
7810 Arroyo Circle
Gilroy CA 95020-7309

Glenn A Bothwell Construction Corp
1590 Industrial Ave
San Jose CA 95112-2718

Good Samaritan Hospital
2425 Samaritan Drive
San Jose CA 95124-3997

Gradetech Inc
P O Box 1728
San Ramon CA 94583-6728

Granite Construction Company
P O Box 720
Watsonville CA 95077-0720

Graniterock
P O Box 50001
Watsonville CA 95077-5001

Greg Opinski Construction Inc
P O Box 2065
145 Riggs Avenue
Merced CA 95341-6465

Guntert Steel
222 East Fourth Street
Ripon CA 95366-2761

HSR Inc
530 Aldo Ave
Santa Clara CA 95054-2204

William J. Healy
440 N 1s St., #100
San Jose, CA 95112-4024

Hilti Inc
P O Box 21148
Tulsa OK 74121-1148

Hilti Inc
P O Box 382002
Pittsburgh PA 15250-8002

Holy Family School
4850 Pearl Avenue
San Jose CA 95136-2701

Home Depot Credit Services
P O Box 6029
The Lakes NV 88901-6029

Homeguard Inc
510 Madera
San Jose CA 95112-2918

IHI Environmental
640 East Wilmington Ave
Salt Lake City UT 84106-1421

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

International Fidelity Insurance Co
1055 NW Maple Street Suite 102
Issaquah WA 98027-8910

| | | |
|---|---|---|
| Interstate Battery System<br>213 North Main Street<br>Salinas CA 93901-2815 | JA Gonsalves Son Construction<br>P O Box 6553<br>Napa CA 94581-1553 | JT Wakimoto Management Inc<br>1855 Hamilton Ave Ste 200<br>San Jose CA 95125-5672 |
| Jensen Landscape Services Inc<br>1983 Concourse Drive<br>San Jose CA 95131-1708 | Jos J Albanese Inc<br>986 Walsh Ave<br>Santa Clara CA 95050-2649 | Juan Rivas<br>3129 Kissell Court<br>San Jose CA 95111-2242 |
| Kaiser Foundation Health Plan Inc<br>250 Hospital Parkway<br>San Jose CA 95119-1103 | Kingpin Hot Rods<br>696 Quinn Avenue<br>San Jose CA 95112-2635 | Kitchell<br>650 N Delaware St<br>San Mateo CA 94401-1732 |
| Landscape Forms Inc<br>P O Box 78000<br>Detroit Michigan 48278-0073 | Lathrop Construction Assc<br>4001 Park Road<br>Benicia CA 94510-1172 | Lathrop Construction Assc<br>4001 Park Road<br>P O Box 2005<br>Benicia CA 94510-0819 |
| Leavitt Pacific Ins Brokers<br>695 Campbell Technology Pkwy ste250<br>Campbell CA 95008-5084 | Loma Prieta Union School Dist<br>23800 Summit Rd<br>Los Gatos CA 95033-9312 | Lord Sons Inc<br>430 E Trimble Rd<br>San Jose CA 95131-1220 |
| Los Gatos Saratoga Union HS District<br>17421 Farley Road<br>Los Gatos CA 95030-3308 | Los Medanos College<br>2700 E Leland Road<br>Pittsburg CA 94565-5197 | Lynn Graziano Keith Nye<br>c o Rossi Hamerslough Reischl Chuck<br>1960 The Alameda Suite 200<br>San Jose CA 95126-1451 |
| MJ Avila Company<br>13833 W California Ave<br>Kerman CA 93630-9206 | Maruichi American Corp<br>11529 Greenstone Avenue<br>Santa Fe Springs CA 90670-4697 | Master Halco<br>3135 Diablo Avenue<br>Hayward CA 94545-2701 |
| Michael S. McManus<br>Sacramento Division<br>U.S. Bankruptcy Court<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814-7303 | Merchants Metals<br>1580 W Winton Avenue<br>Hayward CA 94545-1311 | Merchants Metals<br>P O Box 404259<br>Atlanta GA 30384-4259 |
| Merchants Metals<br>W. Jason Walker<br>3900 Essex Ln #800<br>Houston TX 77027-5198 | Merchants Metals<br>c o Andrews Myers Coulter Hayes PC<br>3900 Essex Lane Suite 800<br>Houston TX 77027-5198 | Michael McMillian<br>1114 El Abra Way<br>San Jose CA 95125-3109 |
| Milpitas Materials Company<br>1125 N Milpitas Blvd<br>Milpitas CA 95035-3152 | Morgan Hill Unified School Dist<br>15600 Concord Circle<br>Morgan Hill CA 95037-7118 | Mt Pleasant School District<br>3434 Martin Ave<br>San Jose CA 95148-1300 |

NACM Oregon Collection Dept
7931 NE Halsey St 200
Portland OR 97213-6755

Native Hunt Enterprise
9516 Meg Court
Gilroy CA 95020-9173

Newton Construction Mgmt
P O Box 3260
San Luis Obispo CA 93403-3260

Normandin Chrysler Jeep
900 Capitol Expressway Auto Mall
San Jose CA 95136-1198

Northern California Laborers
200 Campus Lane
Fairfield CA 94534

O C Jones Sons Inc
1520 Fourth Street
Berkeley CA 94710-1748

O Connor Company
312 Fileds Dr
Aberdeen NC 28315-8610

O Grady Paving Inc
2513 Wyandotte St
Mountain View CA 94043-2314

OC Jones and Sons Inc
1520 Fourth Street
Berkeley CA 94710-1774

OES Equipment
8145 Enterprise Dr
Newark CA 94560-3302

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814-7304

PDM Steel Service Centers Inc
3500 Bassett Street
P O Box 329
Santa Clara CA 95052-0329

PGE
Box 997300
Sacramento CA 95899-7300

Parola Construction Co
4605 San Felipe Rd
San Jose CA 95135-1509

Perma Green Hydroseeding Inc
7096 Holsclaw Road
Gilroy CA 95020-8026

Pitney Bowes
Neenah WI 54956-1005

Pitney Bowes
P O Box 371896
Pittsburgh PA 15250-7896

Praxair
197 Praxair Dist Inc
Dept LA 21511
Pasadena CA 91185-1511

Praxair
Dept LA 21511
Pasadena CA 91185-1511

Protection 1
6866 Santa Tereasa Blvd
San Jose CA 95119-1205

R S H LLP
Attorneys at Law
1001 Marshall Street Suite 400
Redwood City CA 94063-2054

RJ Dailey Construction Co
401 First Street
Los Altos CA 94022-3607

Radiant Electric Inc
1805 Little Orchard Street Ste 120
San Jose CA 95125-1015

Raging Waters
2333 South White Rd
San Jose CA 95148-1518

Ralph Larson Son Inc
300 8th Ave
San Mateo CA 94401-4221

Robert A Bothman Inc
650 Quinn Avenue
San Jose CA 95112-2604

Robert Bothman
650 Quinn Ave
San Jose CA 95112-2604

Rodan Builders Inc
859 Cowan Rd
Burlingame CA 94010-1204

Rolling Green Homeowners
c o Shoreline Prooperty Mgmt
1100 Water Street Suite 1A
Santa Cruz CA 95062-1546

Rosendin Electric
880 N Mabury Road
San Jose CA 95133-1021

Rosendin Electric Inc
880 Mabury Road
San Jose CA 95133-1021

Rudolph and Sletten
1600 Seaport Blvd Suite 350
Redwood City CA 94063-5575

Rusciano Construction Inc
2828 Aiello Drive
San Jose CA 95111-2189

SJ Ammoroso Const Co
390 Bridge Parkway
Redwood Shores CA 94065-1061

SVTC Technologies LLC
P O Box 6555
Santa Clara CA 95056-6555

Safe Security
P O Box 660826
Dallas TX 75266-0826

Safeway Inc
2111 Mission Street
Santa Cruz CA 95060-5219

Safeway Inc
895 Almar Avenue
Santa Cruz CA 95060

San Francisco Unified School District
1550 Bryant Street Suite 555
San Francisco CA 94103-4873

San Jose Unified School Dist
855 Lenzen Ave
San Jose CA 95126-2736

San Jose Water Co
1251 S Bascom Ave
San Jose CA 95128-3514

San Jose Water Company
P O Box 229
San Jose CA 95103-0229

Sandeep Sidhu
c o David Draheim Esq
Hildebrand McLeod Nelson Inc
350 Frank H Ogawa Plaza 4th Floor
Oakland CA 94612-2050

Sandman Inc dba Star Concrete
1404 South 7th Street
San Jose CA 95112-5927

Santa Clara County Office
MC 242 1290 Ridder Park Drive
San Jose CA 95131-2304

Santa Clara Unified School Dist
1889 Lawrence Rd
Santa Clara CA 95051-2166

Security Contractor Services Inc
170 N 28th Street
San Jose CA 95116-1122

Security Contractor Services Inc
c o Glassberg Pollak Associates
425 California Street Suite 850
San Francisco CA 94104-2110

Selden Son
P O Box 327
Watsonville CA 95077-0327

Service Staion Systems Inc
680 Quinn Ave
San Jose CA 95112-2635

Sierra Lumber Fence-S Jose
1711 Senter Road
San Jose CA 95112-2598

Sims Metal
1900 Monterey Hwy
San Jose CA 95112-6100

Soquel UESD
620 Monterey Ave
Capitola CA 95010-3618

South Bay Reprographics
1370 Tully Rd Suite 504
San Jose CA 95122-3056

South Y Fireplace, Inc.
PO Box 1017
Ripon, CA 95366-1017

Sprint
P O Box 4181
Carol Stream IL 60197-4181

Stanford University
P O Box 20410
Stanford CA 94309-0410

Suarez Munoz Construction
P O Box 20975 Cabot Blvd
Hayward CA 94546-8975

Summerwood Apartments
444 Saratoga Blvd
Santa Clara CA 95050-6200

Sunflower Housing LLC
P O Box 3222
Monterey CA 93942-3222

Dana A. Suitag
20 N Sutter St 4th Fl
Stockton, CA 95202-2911

Susan Josephine Ruscigno
1351 Weaver Drive
San Jose CA 95125-3730

Swenson Assc
581 Division Street Ste A
Campbell CA 95008-6935

Syar Concrete LLC
P O Box 2700
Napa CA 94558-0531

Teodoro Chavez
6570 Fairview Road
Hollister CA 95023-9344

The Swenson Group
207 Boeing Court
Livermore CA 94551-9258

Tilton Pacific Construction
4150 Citris Ave
Rocklin CA 95677-4000

Tombleson Inc
P O Box 1388
Salinas CA 93902-1388

Town of Los Altos Hills
26379 Fremont Rd
Los Altos Hills CA 94022-2698

Tractor Equipment Sales
705 Tully Road
San Jose CA 95111-1097

Travelers Casualty Surety Co
770 Pennsylvania Drive Suite 110
Exton PA 19341-1186

Travelers Casualty and Surety Company of Ame
Shannon M. Reilly
770 Pennsylvania Dr #100
Exton PA 19341-1186

US Santa Clara Synaptics Corp Office
3120 Scott Blvd Ste 130
Santa Clara CA 95054-3326

Union Sanitary District
5072 Benson Road
Union City CA 94587-2508

United Rentals
Location 545
1865 Tanen Street
Napa CA 94559-1307

United States Atty for Internal Revenue
2500 Tulare Street Suite 4401
Fresno CA 93721-1331

United States Department of Justice
Civil Trial Section Western Region
Box 683 Ben Franklin Station
Washington DC 20044-0683

University California Santa Cruz
1156 High Street
Santa Cruz CA 95064-1099

Valhalla Builders
6985 Via Del Oro Ste A-5
San Jose CA 95119-1336

Valley Crest Landscape Develop
7039 Commerce Circle Ste A
Pleasanton CA 94588-8006

Vance Brown Builders
3197 Park Blvd
Palo Alto CA 94306-2233

Vasona Construction
4120 Business Center Drive
Fremont CA 94538-6354

Victor Solih
36242 Carnation Way
Fremont CA 94536-2644

Wattis Construction
964 Stockton Ave
San Jose CA 95110-1592

Wells Fargo Financial Leasing
P O Box 6434
Carol Stream IL 60197-6434

Wells Fargo Financial Leasing Inc.
800 Walnut St MAC F4031-050
Des Moines IA 50309-3891

West Coast Cranes Inc
136 Wendell Street
Santa Cruz CA 95060-1946

West Coast Fence Co., Inc.
Campeau Goodsell Smith
440 N 1st St #100
San Jose CA 95112-4024

West Coast Fence Inc
660 Five Oaks Court
Hollister CA 95023-9461

(c)WEST COAST FENCE INC
C O LAW OFFICE OF TODD ROTHBARD
4261 NORWALK DR STE Y107
SAN JOSE CA 95129-1796

| | | |
|---|---|---|
| West Coast Fence, Inc.<br>c/o William J. Healy<br>440 N I St #100<br>San Jose, CA 95112 | West Coast Netting Inc<br>5075 Flightline Drive<br>Kingman AZ 86401-6776 | West Valley College<br>1400 Fruitvale Ave<br>Saratoga CA 95070 |
| West Valley Construction<br>580 E McGlincey Lane<br>Campbell CA 95008-4999 | Winterbourne Properties<br>16125 Greenwood Lane<br>Monte Sereno CA 95030-3012 | Zachary Dowhower<br>2615 Mario Drive<br>Tracy CA 95376-7759 |
| Zolman Construction<br>565B Bragato Way<br>San Carlos CA 94070-6312 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P O Box 21126
Philadelphia PA 19114

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

West Coast Fence Inc
c o Law Office of Todd Rothbard
4261 Norwalk Drive 107
San Jose CA 95129

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)DMV Renewal<br>P O Box 942894<br>Sacramento CA 94294-0895 | (u)Elizondo Pump Truck | (d)Evergreen School District<br>3188 Quimby Road<br>San Jose CA 95148-3099 |
| (u)Paul E. Quinn | End of Label Matrix<br>Mailable recipients  246<br>Bypassed recipients    4<br>Total               250 | |