FILED
April 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003416487

ERNST & ASSOCIATES
ROGER ERNST
P.O. BOX 3251
MODESTO, CA 95353
(209) 527-7399

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of: )
)
)  CASE No: 10-47419-A-7
)
WEST COAST FENCE CO INC. )
)
)  DC No. GRF-1
)

**RETURN ON SALE**

ROGER ERNST, auctioneer herein, respectfully represents to this court that under and pursuant to the order of this court therefore made and entered, has sold the following described assets belonging to said estate: **See Attachment "A" hereto.**

Notice of sale of debtor assets was mailed to all creditors and to all parties requesting special notice. Said property was sold to the highest and best bidder for said property, and said sum was the highest and best bid received therefore, and that is in the market value thereof. Auctioneer believes that it is in the best interest of said estate that said sale be confirmed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Modesto, Stanislaus County, California on April 7TH 2011.

_____
Roger Ernst, Auctioneer

1