FILED
April 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003416441

14

Gary R. Farrar Trustee
P.O. Box 576097
Modesto, Ca   95357

Telephone (209) 551-1962
Fax:       (209) 551-2336

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ) | Case No. 10-47419-A-7 | |
| ) | Chapter 7 | |
| ) | | |
| WEST COAST FENCE CO. ) | DC NO. GRF-1 | |
| ) | | |
| ) | | |
| ) | EXHIBIT RETURN OF SALE | |
| ) | | |
| ) | | |
| _____) | | |

EXHIBIT A- SALE

Exhibit -A- 14 pages total

Ernst & Associates
P.O. Box 3251
Modesto, CA  95353
(209) 527-7399  Fax (209) 545-1458

"WHSE #541 03/05/11"                                               Page:    3
Consignment Sales - Detail       Mon Mar 14 14:01:05 2011

Consignment: 5016
Consignor:    BANKRUPTCY TTEE - STAN CO            Claim#: WEST COAST
ATTN: GARY FARRAR
PO BOX 576097
MODESTO, CA  95357-6097

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|---|---|---|---|---|---|---|
| 17 | 1995 FORD F-SUPER DUTY DUMP TRK WHITE DIESEL Odom: 71155 Vin: 1FDLF47F9SEA44819 Plate: 4Z66948 | 1 | 804 | | | 4900.00 |
| 18 | 1999 FORD F350 XL FLATBED PU WHITE Odom: 147580 Vin: 1FDWF36S8XEE78906 Plate: 6D38071 Smog APPROX. $502 DMV DUE FOR 10/11 REG. | 1 | 1870 | | | 4500.00 |
| 19 | 1997 CHEVROLET 3500 FLATBED PU WHITE Odom: 220653 Vin: 1GBJC34J6VF021704 Plate: 5L42423 Expires: 05/11 | 1 | 999 | | | 0.00 |
| 20 | 2003 FORD F450 XL FLATBED PU WHITE DIESEL Odom: 95756 Vin: 1FDXF46P13ED39958 Plate: 7G78786 Expires: 07/11 Smog ACTUAL MILEAGE | 1 | 1870 | | | 6000.00 |
| 21 | 2005 CHEVROLET 1500 EXT CAB PU WHITE Odom: 153563 Vin: 1GCEC19X45Z295903 Plate: 7V29638 Smog ACTUAL MILEAGE | 1 | 999 | | | 0.00 |
| 22 | 2001 FORD F150 XL PU WHITE Odom: 186462 Vin: 1FTZF17271NB02306 Plate: 6S84858 Expires: 08/11 Smog | 1 | 599 | | | 2400.00 |
| 23 | 2004 FORD F250 SUPER CREW 4X4 PU BLACK DIESEL Odom: 204220 Vin: 1FTNW21P94EC40393 Plate: 7M70827 Expires: 06/11 Smog ACTUAL MILEAGE | 1 | 187 | | | 7000.00 |

"Exhibit A"

```
                       Ernst & Associates
                         P.O. Box 3251
                        Modesto, CA  95353
                  (209) 527-7399  Fax (209) 545-1458

                     "WHSE #541 03/05/11"                          Page:    4
                   Consignment Sales - Detail   Mon Mar 14 14:01:05 2011
Consignment: 5016
Consignor:   BANKRUPTCY TTEE - STAN CO              Claim#: WEST COAST

 Lot#         Description            Quan Bid#    Comm.    Unit Price     Price
 ----      ---------------           ---- ----    -----    ----------     -----

  24       1998 VOLVO S70 4DR BLACK    1  999                               0.00
          Odom: 223843
          Vin: YV1LS5341W2450296
          Plate: 4YZD785 Expires: 08/11
          No Smog

                                                                        ------------
                                        Total for this Consignment       24800.00


                           15.0 % Rate
                           LESS: Commissions              3720.00
                           DEDUCTIONS                      721.16
                                                        ----------
                                                          4441.16

                               Total Auction Charges                     4441.16
                                                                        ------------
                           Net Amount                                   20358.84
```

CONSIGNOR # _____

**THE AUCTION PARK MODESTO**

P.O. Box 3251
Modesto, CA 95353
(209)527-7399

LOT # _____

Sale Date: _____

MAKE _____ VIN # _____

# COMMON REPAIRS - APPROXIMATE PARTS & LABOR COSTS
## Hourly Mechanics Labor Rate $75.00/Hour

| REPAIR ITEM | APPROX. PARTS COST | APPROX. LABOR HOURS | TOTAL COST PARTS & LABOR |
|---|---|---|---|
| Replace Battery | 45.00 | 1/2 | $ _____ |
| Smog(Invoice) | | | $ _____ |
| Check Fluid Levels (add if needed) | 1.00 - 10.00 | 1/2 | $ _____ |
| Small repairs and adjustments, as needed | 25.00 - 100.00 | 1/2 - 1 | $ _____ |
| Take to Smog | | | $ _____ |
| Transportation Fee | | | $ _____ |
| Gas | _____ | _____/gallon | $ _____ |
| Computerized Vehicle Registration Fee | _____ | _____ | $ _____ |
| Autochecks | _____ | _____ | $ _____ |
| DMV Fees/Penalties _____ | _____ | _____ | $ _____ |
| Reset Monitors _____ | _____ | _____ | $ _____ |
| Battery Charge _____ | _____ | _____ | $ _____ |
| Other _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |

**Total $ _____**

CONSIGNOR # _____

**THE AUCTION PARK MODESTO**

P.O. Box 3251
Modesto, CA 95353
(209)527-7399

LOT # _____

Sale Date: _____

MAKE _____ VIN # _____

# COMMON REPAIRS - APPROXIMATE PARTS & LABOR COSTS
## Hourly Mechanics Labor Rate $75.00/Hour

| REPAIR ITEM | APPROX. PARTS COST | APPROX. LABOR HOURS | TOTAL COST PARTS & LABOR |
|---|---|---|---|
| Replace Battery | 45.00 | 1/2 | $ |
| Smog(Invoice) | | | $ |
| Check Fluid Levels (add if needed) | 1.00 - 10.00 | 1/2 | $ |
| Small repairs and adjustments, as needed | 25.00 - 100.00 | 1/2 - 1 | $ |
| Take to Smog | | | $ |
| Transportation Fee | | | $ |
| Gas | | _____/gallon | $ |
| Computerized Vehicle Registration Fee | | | $ |
| Autochecks | | | $ |
| DMV Fees/Penalties | | | $ |
| Reset Monitors | | | $ |
| Battery Charge | | | $ |
| Other | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

**Total $** _____

# Smog Check Vehicle Inspection Report (VIR)

## Vehicle Information

5016
18/34

Test Date/Time: 03/03/2011 @ 12:31 PM

| | | | | | |
|---|---|---|---|---|---|
| Model-Year: | 1999 | Make: | FORD | Model: | F350 SUPER DUTY |
| License: | 6D38071 | State: | California | VIN: | 1FDWF36S8XEE78906 |
| Engine Size: | 6.80 L | Type: | Truck | Transmission: | Automatic |
| GVWR: | 11000 | Test Weight: | 5337 | Cylinders: | 10 |
| Odometer: | 147634 | Certification: | California | VLT Record #: | 28738 |
| Fuel Type: | Gasoline | Exhaust: | Single | Inspection Reason: | Change of Ownership |
| | | | | Engine Year: | 0000 |

## Overall Test Results

Congratulations! Your vehicle passed the enhanced Smog Check inspection, which helps California reach its daily goal of removing an extra 100 tons of smog-forming emissions from the air. Thank you for keeping your vehicle well maintained.

Comprehensive Visual Inspection: **PASS**      Functional Check: **PASS**      Emissions Test: **PASS**

Smog Check Certificate Number: **OA833491C**
DMV ID Number: **0282A698O016**

Your Smog Check certificate will be electronically transmitted to DMV
Please keep this copy for your records

### Emission Control Systems Visual Inspection/Functional Check Results

(Visual/Functional tests are used to assist in the identification of oxides of nitrogen, crankcase and cold start emission which are not measured during the idle tests.)

| RESULT | ECS | RESULT | ECS | RESULT | ECS |
|---|---|---|---|---|---|
| PASS- | PCV | N/A- | Thermostatic Air Cleaner | PASS- | Fuel Evaporative Controls |
| PASS- | Catalytic Converter | N/A- | Air Injection System | PASS- | Fuel Tank Cap Visual |
| PASS- | Visual EGR | PASS- | Ignition Spark Controls | N/A- | Carburetor |
| PASS- | Fuel Injection | PASS- | O2 Sensors and Connectors | PASS- | Wiring of Other |
| PASS- | Vacuum Line Connections | PASS- | Other Emission Related | | Sensors or Switches |
| | | N/A- | Functional EGR | N/A- | Ignition Timing: TDC |
| PASS- | MIL | N/A- | Fill Pipe Restrictor | PASS- | Liquid Fuel Leaks |
| N/A- | Fuel Evap Test | | | | |

### Idle Emission Test Results

| | | CO2 (%) | O2 (%) | HC (PPM) | | | CO(%) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test | RPM | MEAS | MEAS | MAX | AVE | MEAS | MAX | AVE | MEAS | Results |
| Idle | 805 | 10.80 | 5.40 | 150 | 39 | 24 | 1.20 | 0.10 | 0.01 | PASS |
| 2500 RPM | 2506 | 11.20 | 4.80 | 150 | 20 | 140 | 1.50 | 0.20 | 0.27 | PASS |

MAX = Maximum Allowable Emissions      AVE = Average Emissions For Passing Vehicles      MEAS = Amount Measured

*EAA*

### Smog Check Inspection Station Information

SMOGS CHECK UNLIMITED
325-B MOTOR CITY CT
MODESTO 95356
(209)575-9900
Station Number: RC252119

Technician Name/Number:   TRUJILLO, JOHNNY/EA137880
Repair Tech. Name/Number:   N/A

Software Version/EIS Number:   1008/WP391681

I certify, under penalty of perjury under the laws of the State of California, that I inspected the vehicle described above, that I performed the inspection in accordance with all bureau requirements, and that the information listed on the vehicle inspection report is true and correct.

_3/3_
Date

_JA_
Technician's Signature

**Certificates are valid for 90 days from date of issuance**

CONSIGNOR # _____

**THE AUCTION PARK MODESTO**

P.O. Box 3251
Modesto, CA 95353
(209)527-7399

LOT # _____

Sale Date: _____

MAKE _____ VIN # _____

# COMMON REPAIRS - APPROXIMATE PARTS & LABOR COSTS
## Hourly Mechanics Labor Rate $75.00/Hour

| REPAIR ITEM | APPROX. PARTS COST | APPROX. LABOR HOURS | TOTAL COST PARTS & LABOR |
|---|---|---|---|
| Replace Battery | 45.00 | 1/2 | $ _____ |
| Smog(Invoice) | | | $ _____ |
| Check Fluid Levels (add if needed) | 1.00 - 10.00 | 1/2 | $ _____ |
| Small repairs and adjustments, as needed | 25.00 - 100.00 | 1/2 - 1 | $ _____ |
| Take to Smog | | | $ _____ |
| Transportation Fee | | | $ _____ |
| Gas | | _____/gallon | $ _____ |
| Computerized Vehicle Registration Fee | | | $ _____ |
| Autochecks | | | $ _____ |
| DMV Fees/Penalties _____ | | | $ _____ |
| Reset Monitors _____ | | | $ _____ |
| Battery Charge _____ | | | $ _____ |
| Other _____ | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |

**Total $** _____

# Smog Check Vehicle Inspection Report (VIR)

## Vehicle Information

5016
20|3A

Test Date/Time: 03/02/2011 @ 01:36 PM

| | | | | | |
|---|---|---|---|---|---|
| Model-Year: | 2003 | Make: | FORD | Model: | F450SD |
| License: | 7G78786 | State: | California | VIN: | 1FDXF46P13ED39958 |
| Engine Size: | 6.00 L | Type: | Truck | Transmission: | Automatic |
| GVWR: | 15000 | Test Weight: | 0 | Cylinders: | 8 |
| Odometer: | 95758 | Certification: | California | VLT Record #: | 50022 |
| Fuel Type: | Diesel | Exhaust: | Single | Inspection Reason: | Change of Ownership |

### Overall Test Results

Congratulations! Your vehicle passed the enhanced Smog Check inspection, which helps California reach its daily goal of removing an extra 100 tons of smog-forming emissions from the air. Thank you for keeping your vehicle well maintained.

Comprehensive Visual Inspection: **PASS**       Functional Check: **PASS**       Emissions Test: **NA**

Smog Check Certificate Number: **OA833481C**

DMV ID Number: **5286A697O918**

Your Smog Check certificate will be electronically transmitted to DMV
Please keep this copy for your records

### Emission Control Systems Visual Inspection/Functional Check Results

(Visual/Functional tests are used to assist in the identification of oxides of nitrogen, crankcase and cold start emission which are not measured during the ASM tests.)

| RESULT | ECS | RESULT | ECS | RESULT | ECS |
|---|---|---|---|---|---|
| PASS- | PCV | N/A- | Thermostatic Air Cleaner | N/A- | Fuel Evaporative Controls |
| PASS- | Catalytic Converter | N/A- | Air Injection System | | |
| PASS- | Visual EGR | N/A- | Ignition Spark Controls | N/A- | Carburetor |
| PASS- | Fuel Injection | N/A- | O2 Sensors and Connectors | PASS- | Wiring of Other |
| PASS- | Vacuum Line Connections | PASS- | Other Emission Related | | Sensors or Switches |
| N/A- | Fuel Cap Functional | N/A- | Functional EGR | N/A- | Ignition Timing: TDC |
| PASS- | MIL | N/A- | Fill Pipe Restrictor | N/A- | Liquid Fuel Leaks |
| N/A- | Fuel Evap Test | | | | |

*West Coast Fence* (handwritten)

### Smog Check Inspection Station Information

SMOGS CHECK UNLIMITED
325-B MOTOR CITY CT
MODESTO 95356
(209)575-9900
Station Number: RC252119

Technician Name/Number: GIL, PEDRO/EA631448
Repair Tech. Name/Number: N/A

Software Version/EIS Number: 1008/WP391681

I certify, under penalty of perjury under the laws of the State of California, that I inspected the vehicle described above, that I performed the inspection in accordance with all bureau requirements, and that the information listed on the vehicle inspection report is true and correct.

_____       _____
Date                              Technician's Signature

**Certificates are valid for 90 days from date of issuance**

CONSIGNOR # _____

**THE AUCTION PARK MODESTO**

P.O. Box 3251
Modesto, CA 95353
(209)527-7399

LOT # _____

Sale Date: _____

MAKE _____  VIN # _____

# COMMON REPAIRS - APPROXIMATE PARTS & LABOR COSTS
## Hourly Mechanics Labor Rate $75.00/Hour

| REPAIR ITEM | APPROX. PARTS COST | APPROX. LABOR HOURS | TOTAL COST PARTS & LABOR |
|---|---|---|---|
| Replace Battery | 45.00 | $1/2$ | $ _____ |
| Smog(Invoice) | | | $ _____ |
| Check Fluid Levels (add if needed) | 1.00 - 10.00 | $1/2$ | $ _____ |
| Small repairs and adjustments, as needed | 25.00 - 100.00 | $1/2 - 1$ | $ _____ |
| Take to Smog | | | $ _____ |
| Transportation Fee | | | $ _____ |
| Gas | | _____/gallon | $ _____ |
| Computerized Vehicle Registration Fee | _____ | _____ | $ _____ |
| Autochecks | _____ | _____ | $ _____ |
| DMV Fees/Penalties _____ | _____ | _____ | $ _____ |
| Reset Monitors_____ | _____ | _____ | $ _____ |
| Battery Charge_____ | _____ | _____ | $ _____ |
| Other_____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |

**Total $ _____**

## Smog Check Vehicle Inspection Report (VIR)
### Vehicle Information

5016
22/31

Test Date/Time: 03/04/2011 @ 12:05 PM

| | | | | | |
|---|---|---|---|---|---|
| Model-Year: | 2001 | Make: | FORD | Model: | F150 REG CAB SHORT |
| License: | 6S84858 | State: | California | VIN: | 1FTZF17271NB02306 |
| Engine Size: | 4.20 L | Type: | Truck | Transmission: | Automatic |
| GVWR: | 5600 | Test Weight: | 4500 | Cylinders: | 6 |
| Odometer: | 186464 | Certification: | California | VLT Record #: | 30005 |
| Fuel Type: | Gasoline | Exhaust: | Single | Inspection Reason: | Change of Ownership |
| | | | | Engine Year: | 0000 |

### Overall Test Results

Congratulations! Your vehicle passed the enhanced Smog Check inspection, which helps California reach its daily goal of removing an extra 100 tons of smog-forming emissions from the air. Thank you for keeping your vehicle well maintained.

Comprehensive Visual Inspection: **PASS**    Functional Check: **PASS**    Emissions Test: **PASS**

Smog Check Certificate Number: **OA839751C**
DMV ID Number: **0480A631O016**

Your Smog Check certificate will be electronically transmitted to DMV
Please keep this copy for your records

### Emission Control Systems Visual Inspection/Functional Check Results
(Visual/Functional tests are used to assist in the identification of oxides of nitrogen, crankcase and cold start emission which are not measured during the ASM tests.)

| RESULT | ECS | RESULT | ECS | RESULT | ECS |
|---|---|---|---|---|---|
| PASS- | PCV | N/A- | Thermostatic Air Cleaner | PASS- | Fuel Evaporative Controls |
| PASS- | Catalytic Converter | N/A- | Air Injection System | PASS- | Fuel Tank Cap Visual |
| PASS- | Visual EGR | PASS- | Ignition Spark Controls | N/A- | Carburetor |
| PASS- | Fuel Injection | PASS- | O2 Sensors and Connectors | PASS- | Wiring of Other |
| PASS- | Vacuum Line Connections | PASS- | Other Emission Related | | Sensors or Switches |
| | | N/A- | Functional EGR | N/A- | Ignition Timing: TDC |
| PASS- | MIL | N/A- | Fill Pipe Restrictor | PASS- | Liquid Fuel Leaks |
| N/A- | Fuel Evap Test | | | | |

### ASM Emission Test Results

| Test | RPM | CO2 (%) MEAS | O2 (%) MEAS | HC (PPM) MAX | HC (PPM) AVE | HC (PPM) MEAS | CO(%) MAX | CO(%) AVE | CO(%) MEAS | NO (PPM) MAX | NO (PPM) AVE | NO (PPM) MEAS | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 mph | 1468 | 12.95 | 2.73 | 47 | 4 | 33 | 0.60 | 0.00 | 0.03 | 494 | 18 | 0 | PASS |
| 25 mph | 1738 | 12.62 | 3.04 | 31 | 4 | 21 | 0.73 | 0.01 | 0.01 | 747 | 16 | 0 | PASS |

MAX = Maximum Allowable Emissions    AVE = Average Emissions For Passing Vehicles    MEAS = Amount Measured

EAA #22

### Smog Check Inspection Station Information

SMOGS CHECK UNLIMITED
325-B MOTOR CITY CT
MODESTO 95356
209)575-9900
Station Number: RC252119

Technician Name/Number: HATCHER, JEFFREY/EA005059
Repair Tech. Name/Number: N/A

Software Version/EIS Number: 1008/WP391681

I certify, under penalty of perjury under the laws of the State of California, that I inspected the vehicle described above, that I performed the inspection in accordance with all bureau requirements, and that the information listed on the vehicle inspection report is true and correct.

3/4                                JH
_____                    _____
Date                               Technician's Signature

**Certificates are valid for 90 days from date of issuance**

**BEST KEY SERVICE**
P.O. BOX 577183
MODESTO, CALIF. 95357
PHONE: 527-0802
CONTRACTORS LIC. #544662
FED. ID # 95 3343877

**F**ull **S**ervice **M**obile **L**ocksmith

A FINANCE CHARGE OF 2% A MONTH (24% ANNUAL)
WILL BE CHARGED ON ALL 30 DAY PAST DUE ACCOUNTS.



Customer's Order No. _____
Date: 3-3-11
Name: The Auction Park
Address: _____

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | SC |
|---|---|---|---|---|---|---|---|
| W | | | ✓ | | | | |

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Orig key & prog vehicle | | 175.00 |
| 5016 | | | |
| | or $150 - $22 | | 3A |
| 1 | Orig key | | 50.00 |
| 5016 | 97 | | |
| 21/3A | | | 175.00 |

Resale

SALES TAX
TOTAL

All claims and returned goods **MUST** be accompanied by this bill.

23112    REC'D BY _____

Case 10-47419   Doc 110   Page 12 of 14



**FIRST CALL** — *Auto Parts For Professionals*

STORE PHONE # 209 527-1480
REMIT TO: PO BOX 790098
ST LOUIS MO 63179-0098

5016
22/3A

BILL TO: .079005

ERNST AUCTION ROGER
124 KERNAN
MODESTO    CA 95356

1922-110728
CHG. CARD SALE
3/04/11

COUNTER NO. 34486    SHIP VIA: DELIVER    TIME OF ORDER: 09:54:40

| TAX | QTY | LINE | ITEM NUMBER | UNIT MEAS. | CO. | DESCRIPTION | LIST PRICE | NET PRICE | DISC % | CORE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 1 | | AIX E2237S | EA | | ELECT F/PUMP | 294.90 | 166.16 | | | 166.16 |
| N | 1 | | AIX E2237S | EA | P | ELECT F/PUMP | 294.90 | 166.16 | | | 166.16 |

CREDIT CARD-VISA 5226    EXPIRATION DATE XX/XX    AUTHORIZATION-214983

*handwritten:* 3A 22 PARTS BK → to DO-EXH Install
3A 25 MAGNA

TOTALS: 2    CUSTOMER COPY  "We appreciate your business"
589.80    332.32    SUB-TOTAL  332.32
CASH TEND           MISC.
CHANGE              TAX/FEES  .00
                    TOTAL  332.32

CUSTOMER SIGNATURE _____

CONSIGNOR # _____

**THE AUCTION PARK MODESTO**

P.O. Box 3251
Modesto, CA 95353
(209)527-7399

LOT # _____

Sale Date: _____

MAKE _____ VIN # _____

# COMMON REPAIRS - APPROXIMATE PARTS & LABOR COSTS
## Hourly Mechanics Labor Rate $75.00/Hour

| REPAIR ITEM | APPROX. PARTS COST | APPROX. LABOR HOURS | TOTAL COST PARTS & LABOR |
|---|---|---|---|
| Replace Battery | 45.00 | 1/2 | $ _____ |
| Smog(Invoice) | | | $ _____ |
| Check Fluid Levels (add if needed) | 1.00 - 10.00 | 1/2 | $ _____ |
| Small repairs and adjustments, as needed | 25.00 - 100.00 | 1/2 - 1 | $ _____ |
| Take to Smog | | | $ _____ |
| Transportation Fee | | | $ _____ |
| Gas | _____ | _____/gallon | $ _____ |
| Computerized Vehicle Registration Fee | _____ | _____ | $ _____ |
| Autochecks | _____ | _____ | $ _____ |
| DMV Fees/Penalties _____ | _____ | _____ | $ _____ |
| Reset Monitors _____ | _____ | _____ | $ _____ |
| Battery Charge _____ | _____ | _____ | $ _____ |
| Other _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |

**Total $ _____**

# Smog Check Vehicle Inspection Report (VIR)

## Vehicle Information

Test Date/Time: 03/02/2011 @ 11:28 AM

| | | | | | |
|---|---|---|---|---|---|
| Model-Year: | 2004 | Make: | FORD | Model: | F250 SRW SUPER DUTY |
| License: | 7M70827 | State: | California | VIN: | 1FTNW21P94EC40393 |
| Engine Size: | 6.00 L | Type: | Truck | Transmission: | Automatic |
| GVWR: | 8800 | Test Weight: | 0 | Cylinders: | 8 |
| Odometer: | 204222 | Certification: | California | VLT Record #: | 52361 |
| Fuel Type: | Diesel | Exhaust: | Single | Inspection Reason: | Change of Ownership |

### Overall Test Results

Congratulations! Your vehicle passed the enhanced Smog Check inspection, which helps California reach its daily goal of removing an extra 100 tons of smog-forming emissions from the air. Thank you for keeping your vehicle well maintained.

Comprehensive Visual Inspection: **PASS**    Functional Check: **PASS**    Emissions Test: **NA**

Smog Check Certificate Number: **OA774580C**

DMV ID Number: **9455A437O583**

Your Smog Check certificate will be electronically transmitted to DMV
Please keep this copy for your records

### Emission Control Systems Visual Inspection/Functional Check Results

(Visual/Functional tests are used to assist in the identification of oxides of nitrogen, crankcase and cold start emission which are not measured during the ASM tests.)

| RESULT | ECS | RESULT | ECS | RESULT | ECS |
|---|---|---|---|---|---|
| PASS- | PCV | N/A- | Thermostatic Air Cleaner | N/A- | Fuel Evaporative Controls |
| PASS- | Catalytic Converter | N/A- | Air Injection System | | |
| PASS- | Visual EGR | N/A- | Ignition Spark Controls | N/A- | Carburetor |
| PASS- | Fuel Injection | N/A- | O2 Sensors and Connectors | PASS- | Wiring of Other |
| PASS- | Vacuum Line Connections | PASS- | Other Emission Related | | Sensors or Switches |
| N/A- | Fuel Cap Functional | N/A- | Functional EGR | N/A- | Ignition Timing: TDC |
| PASS- | MIL | N/A- | Fill Pipe Restrictor | N/A- | Liquid Fuel Leaks |
| N/A- | Fuel Evap Test | | | | |



LAST SIX OF VIN # C40393

### Smog Check Inspection Station Information

SMOG CHECK UNLIMITED
325-B MOTOR CITY CT
MODESTO 95356
(209)575-9900
Station Number: RC252119

Technician Name/Number: TRUJILLO, JOHNNY/EA137880
Repair Tech. Name/Number: N/A

Software Version/EIS Number: 1008/WP391458

I certify, under penalty of perjury under the laws of the State of California, that I inspected the vehicle described above, that I performed the inspection in accordance with all bureau requirements, and that the information listed on the vehicle inspection report is true and correct.

_____    _____
Date                    Technician's Signature

**Certificates are valid for 90 days from date of issuance**