Gary R. Farrar Trustee
P.O. Box 576097
Modesto, Ca 95357

Telephone (209) 551-1962
Fax:      (209) 551-2336

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 10-47419-A-7 |
| | ) | Chapter 7 |
| WEST COAST FENCE CO. | ) | DC NO. GRF-1 |
| | ) | |
| | ) | EXHIBIT RETURN OF SALE |

EXHIBIT A- SALE

Exhibit -A- 7 pages total

FILED
April 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003416513

Ernst & Associates
P.O. Box 3251
Modesto, CA 95353
(209) 527-7399 Fax (209) 545-1458

"WHSE #542 03/12/11"                                    Page:    3
Consignment Sales - Detail    Wed Mar 23 08:08:22 2011

Consignment: 6003
Consignor:  BANKRUPTCY TTEE - STAN CO           Claim#: WEST COAST
ATTN: GARY FARRAR
PO BOX 576097
MODESTO, CA  95357-6097

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|---|---|---|---|---|---|---|
| 10 | 1997 CHEVROLET 3500 FLATBED PU<br>WHITE Odom: 220658<br>Vin: 1GBJC34J6VF021704<br>Plate: 5L53573 Expires: 05/11<br>Smog<br>WITH LINCOLN RANGER WELDER | 1 | 999 | | | 0.00 |
| 13 | 1998 VOLVO S70 4DR BLACK<br>Odom: 223843<br>Vin: YV1LS5341W2450296<br>Plate: 4YZD785 Expires: 08/11<br>No Smog | 1 | 180 | | | 1300.00 |
| 14 | 2005 CHEVROLET 1500 EXT CAB PU<br>WHITE Odom: 153563<br>Vin: 1GCEC19X45Z295903<br>Plate: 7V29638 Smog<br>ACTUAL MILEAGE | 1 | 209 | | | 5600.00 |

```
                          Total for this Consignment        6900.00

              15.0 % Rate
              LESS: Commissions            1035.00
                    DEDUCTIONS              141.00
                                           1176.00

                          Total Auction Charges             1176.00

                          Net Amount                        5724.00
```

"Exhibit A"

CONSIGNOR # _____



P.O. Box 3251
Modesto, CA 95353
(209)527-7399

LOT # _____

Sale Date: _____

MAKE _____ VIN # _____

# COMMON REPAIRS - APPROXIMATE PARTS & LABOR COSTS
## Hourly Mechanics Labor Rate $75.00/Hour

| REPAIR ITEM | APPROX. PARTS COST | APPROX. LABOR HOURS | TOTAL COST PARTS & LABOR |
|---|---|---|---|
| Replace Battery | 45.00 | ½ | $ _____ |
| Smog(Invoice) | | | $ _____ |
| Check Fluid Levels (add if needed) | 1.00 - 10.00 | ½ | $ _____ |
| Small repairs and adjustments, as needed | 25.00 - 100.00 | ½ - 1 | $ _____ |
| Take to Smog | | | $ _____ |
| Transportation Fee | | | $ _____ |
| Gas | _____ | _____/gallon | $ _____ |
| Computerized Vehicle Registration Fee | _____ | _____ | $ _____ |
| Autochecks | _____ | _____ | $ _____ |
| DMV Fees/Penalties _____ | _____ | _____ | $ _____ |
| Reset Monitors _____ | _____ | | $ _____ |
| Battery Charge _____ | _____ | _____ | $ _____ |
| Other _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | | | $ _____ |

**Total $ _____**

CONSIGNOR # _____



P.O. Box 3251
Modesto, CA 95353
(209)527-7399

LOT # _____

Sale Date: _____

MAKE _____ VIN # _____

# COMMON REPAIRS - APPROXIMATE PARTS & LABOR COSTS
## Hourly Mechanics Labor Rate $75.00/Hour

| REPAIR ITEM | APPROX. PARTS COST | APPROX. LABOR HOURS | TOTAL COST PARTS & LABOR |
|---|---|---|---|
| Replace Battery | 45.00 | ½ | $ _____ |
| Smog(Invoice) | | | $ _____ |
| Check Fluid Levels (add if needed) | 1.00 - 10.00 | ½ | $ _____ |
| Small repairs and adjustments, as needed | 25.00 - 100.00 | ½ - 1 | $ _____ |
| Take to Smog | | | $ _____ |
| Transportation Fee | | | $ _____ |
| Gas | _____ | _____ /gallon | $ _____ |
| Computerized Vehicle Registration Fee | _____ | _____ | $ _____ |
| Autochecks | _____ | _____ | $ _____ |
| DMV Fees/Penalties _____ | _____ | _____ | $ _____ |
| Reset Monitors _____ | _____ | _____ | $ _____ |
| Battery Charge _____ | _____ | _____ | $ _____ |
| Other _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| | | | $ _____ |

**Total $ _____**

**Full Service Mobile Locksmith**

**BEST KEY SERVICE**
P.O. BOX 577183
MODESTO, CALIF. 95357
PHONE: 527-0802
CONTRACTORS LIC. #544662
FED. ID # 95 3343877

A FINANCE CHARGE OF 2% A MONTH (24% ANNUAL)
WILL BE CHARGED ON ALL 30 DAY PAST DUE ACCOUNTS.



| Customer's Order No. | | | | | | Date 3-3-11 | |
|---|---|---|---|---|---|---|---|
| Name | The Auction Park | | | | | | |
| Address | | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | SC |
|---|---|---|---|---|---|---|---|
| W | | | ✓ | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Orig key & prog vehicle | | 125 00 |
| 5016 22/3A | | | 3A |
| 1 | Orig key | | 50 00 |
| 5016 21/3A | 97 Chrysler | 3A | 175 00 |

Resale

SALES TAX
TOTAL

All claims and returned goods MUST be accompanied by this bill.

23112    REC'D BY

# Smog Check Vehicle Inspection Report (VIR)
## Vehicle Information

5016
21/3A

Test Date/Time: 03/02/2011 @ 02:06 PM

| | | | | | |
|---|---|---|---|---|---|
| Model-Year: | 2005 | Make: | CHEVROLET | Model: | SILVERADO 1500 2WD |
| License: | 7V29638 | State: | California | VIN: | 1GCEC19X45Z295903 |
| Engine Size: | 4.30 L | Type: | Truck | Transmission: | Automatic |
| GVWR: | 6200 | Test Weight: | 4500 | Cylinders: | 6 |
| Odometer: | 153566 | Certification: | California | VLT Record #: | 32749 |
| Fuel Type: | Gasoline | Exhaust: | Single | Inspection Reason: | Change of Ownership |

## Overall Test Results

Congratulations! Your vehicle passed the enhanced Smog Check inspection, which helps California reach its daily goal of removing an extra 100 tons of smog-forming emissions from the air. Thank you for keeping your vehicle well maintained.

Comprehensive Visual Inspection: **PASS**   Functional Check: **PASS**   Emissions Test: **PASS**

Smog Check Certificate Number: **OA833482C**
DMV ID Number: **0381A691O013**

Your Smog Check certificate will be electronically transmitted to DMV
Please keep this copy for your records

## Emission Control Systems Visual Inspection/Functional Check Results

(Visual/Functional tests are used to assist in the identification of oxides of nitrogen, crankcase and cold start emission which are not measured during the ASM tests.)

| RESULT | ECS | RESULT | ECS | RESULT | ECS |
|---|---|---|---|---|---|
| PASS- | PCV | N/A- | Thermostatic Air Cleaner | PASS- | Fuel Evaporative Controls |
| PASS- | Catalytic Converter | N/A- | Air Injection System | PASS- | Fuel Tank Cap Visual |

# Smog Check Vehicle Inspection Report (VIR)
## Vehicle Information

501k
2/3

Test Date/Time: 03/02/2011 @ 02:06 PM

| | | | | | |
|---|---|---|---|---|---|
| Model-Year: | 2005 | Make: | CHEVROLET | Model: | SILVERADO 1500 2WD |
| License: | 7V29638 | State: | California | VIN: | 1GCEC19X45Z295903 |
| Engine Size: | 4.30 L | Type: | Truck | Transmission: | Automatic |
| GVWR: | 6200 | Test Weight: | 4500 | Cylinders: | 6 |
| Odometer: | 153566 | Certification: | California | VLT Record #: | 32749 |
| Fuel Type: | Gasoline | Exhaust: | Single | Inspection Reason: | Change of Ownership |

## Overall Test Results

Congratulations! Your vehicle passed the enhanced Smog Check inspection, which helps California reach its daily goal of removing an extra 100 tons of smog-forming emissions from the air. Thank you for keeping your vehicle well maintained.

Comprehensive Visual Inspection: **PASS**        Functional Check: **PASS**        Emissions Test: **PASS**

Smog Check Certificate Number: **OA833482C**
DMV ID Number: **0381A691O013**

Your Smog Check certificate will be electronically transmitted to DMV
Please keep this copy for your records

### Emission Control Systems Visual Inspection/Functional Check Results
(Visual/Functional tests are used to assist in the identification of oxides of nitrogen, crankcase and cold start emission which are not measured during the ASM tests.)

| RESULT | ECS | RESULT | ECS | RESULT | ECS |
|---|---|---|---|---|---|
| PASS- | PCV | N/A- | Thermostatic Air Cleaner | PASS- | Fuel Evaporative Controls |
| PASS- | Catalytic Converter | N/A- | Air Injection System | PASS- | Fuel Tank Cap Visual |
| N/A- | Visual EGR | PASS- | Ignition Spark Controls | N/A- | Carburetor |
| PASS- | Fuel Injection | PASS- | O2 Sensors and Connectors | PASS- | Wiring of Other |
| PASS- | Vacuum Line Connections | PASS- | Other Emission Related | | Sensors or Switches |
| | | N/A- | Functional EGR | N/A- | Ignition Timing: TDC |
| PASS- | MIL | N/A- | Fill Pipe Restrictor | PASS- | Liquid Fuel Leaks |
| N/A- | Fuel Evap Test | | | | |

### ASM Emission Test Results

| Test | RPM | CO2 (%) MEAS | O2 (%) MEAS | HC (PPM) MAX | HC (PPM) AVE | HC (PPM) MEAS | CO(%) MAX | CO(%) AVE | CO(%) MEAS | NO (PPM) MAX | NO (PPM) AVE | NO (PPM) MEAS | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 mph | 1422 | 13.38 | 1.67 | 105 | 5 | 8 | 0.60 | 0.01 | 0.02 | 992 | 29 | 106 | PASS |
| 25 mph | 1370 | 13.40 | 1.67 | 93 | 5 | 2 | 1.03 | 0.01 | 0.00 | 852 | 25 | 52 | PASS |

MAX = Maximum Allowable Emissions        AVE = Average Emissions For Passing Vehicles        MEAS = Amount Measur

*West Coast Fence*

### Smog Check Inspection Station Information

SMOGS CHECK UNLIMITED
325-B MOTOR CITY CT
MODESTO 95356
(209)575-9900
Station Number: RC252119

Technician Name/Number: GIL, PEDRO/EA631448
Repair Tech. Name/Number: N/A
Software Version/EIS Number: 1008/WP391681

I certify, under penalty of perjury under the laws of the State of California, that I inspected the vehicle described above, that I performed the inspection in accordance with all bureau requirements, and that the information listed on the vehicle inspection report is true and correct.

_____        _____
Date                    Technician's Signature

**Certificates are valid for 90 days from date of issuance**