FILED
October 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003845439

CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR
West Coast Fence, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN NORTHERN DISTRICT OF CALIFORNIA

(Modesto Division)

In re:  ) Case No. 10-47419-A-7
)
WEST COAST FENCE CO., INC., )
)
)
Debtors. )
)
)
)
)
)

**AMENDED PROOF OF ADMINISTRATIVE CLAIM AND REQUEST FOR PAYMENT**

To Debtor South Y. Fireplace, Inc. (erroneously and initially named as West Coast Fence Co., Inc.) ("Debtor"), Chapter 7 Trustee Gary Farrar ("Trustee"), the Office of the United States Trustee, and all interested parties:

West Coast Fence, Inc. ("WCF"), not to be confused with the Debtor[1], hereby submits the following Amended Proof of Administrative Claim and Request For Payment as follows:

1. On November 1, 2010, WCF filed a Proof of Administrative Claim and Request For Payment (Docket #28) pursuant to the California Commercial Lease Agreement (attached thereto), between WCF, as landlord, and Debtor, as tenant, for the monthly amount of $6,000.00 (Section

---

[1] Debtor is not West Coast Fence Co., Inc., but rather South Y Fireplace, Inc. dba West Coast Fence, a matter subsequently corrected by the debtor.

AMENDED PROOF OF ADMINISTRATIVE CLAIM AND REQUEST FOR PAYMENT

2)(daily approximately $200.00), plus any repairs in the amount to be determined (Section 5) and utilities (Section 9).

2. The basis of the initial claim was obligations due under a lease of non-residential real property between Debtor and WCF for real property located at 2786 Aielo Drive, San Jose, CA 95111 ("Premises") which, as of the date of the initial claim, was still in the exclusive possession and control of the Debtor and the Trustee, was used by the Debtor and the Trustee, and which the Debtor and the Trustee failed and refused to surrender to WCF at the time of its initial request of October 15, 2010.

3. The Trustee had exclusive possession and control of the Premises from October 15, 2010 through and including November 29, 2010 at which time the Trustee advised WCF's counsel that he no longer required access to or possession of the Premises. As a result WCF is owed post-petition rent of $9,200 ($200/day x 46 days).

Dated: October 18, 2011             CAMPEAU GOODSELL SMITH

/s/ William J. Healy
William J. Healy