FILED
October 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003847343

CAMPEAU GOODSELL SMITH, L.C.  
SCOTT L. GOODSELL, #122223  
WILLIAM J. HEALY #146158  
440 North 1st Street, Suite 100  
San Jose, CA 95112  
TEL. (408) 295-9555  
FAX. (408)295-6606  

Case Name: In re: West Coast Fence Co., Inc.  
Case No.:10-47419-A-7  
DCN: CGS-005  

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF CALIFORNIA  

### CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100 San Jose, California 95112.

On October 20, 2011 I served a copy of:

**1. AMENDED NOTICE OF HEARING ON MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE BASED ON UNPAID POST-PETITION RENT**

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

> See attached Service List

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on October 20, 2011, at San Jose, California.

/s/ William J. Healy  
William J. Healy

| | | |
|---|---|---|
| 1 | **Court Service List** | |
| 2 | **Carl W. Collins**<br>**PO Box 3291**<br>**Modesto, CA 95353-3291** | Via ECF and U.S. Mail |
| 3 | | |
| 4 | **Gary Farrar**<br>**PO Box 576097**<br>**Modesto, CA 95357-6097** | Via ECF |
| 5 | | |
| 6 | West Coast Fence Co., Inc.<br>P.O. Box 1017<br>Ripon, CA 95366 | Via U.S. Mail |
| 7 | | |
| 8 | **Office of the U.S. Trustee**<br>**Robert T Matsui United States Courthouse**<br>**501 I Street, Room 7-500**<br>**Sacramento, CA 95814-7304** | Via ECF |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | **Dana A. Suntag, Esq.**<br>**20 N Sutter St., 4th Floor**<br>**Stockton, CA 95202** | Via ECF and U.S. Mail |
| 13 | | |

```
14  AT T Advertising Solutions
    P O Box 989046
15  West Sacramento CA 95798-9046

16  Access Hardware Supply
    14359 Catalina Street
17  San Leandro CA 94577-5513

18  All American Rentals
    8136 Enterprise Drive
19  Newark CA 94560-3304

20  Alliance Welding Supplies
    1224 Sixth Street
21  Berkely CA 94710-1481

22  Apolonio Flores
    64 Roxbury Apt 4
23  Santa Cruz CA 95050-5847

24  Avaya Business Partner
    P O Box 93000
25  Chicago IL 60673-3000

26  Bay Cities Paving Grading
    5029 Forni Drive
    Concord CA 94520-1224
27

28
    Blossom Valley Construction
```

P O Box 611537
San Jose CA 95161-1537

ABSL Construction
29334 Pacific St
Hayward CA 94544-6018

AT T Yellow Pages
P O Box 989046
West Sacramento CA 95798-9046

Alberto Lopez
658 Washington
Los Banos CA 93635-4739

All American Rentals-SJ
2700 Monterey Road
San Jose CA 95111-3120

Alpha Bay Builders Inc
3314 Cesar Chavez Street
San Francisco CA 94110-4607

Arturo H Beltran
713 A Street
Union City CA 94587-2119

BFGC
San Luis Obispo
4115 Brood Street Suite B-6
San Luis Obispo CA 93401-7992

Bayshore Metals Inc
P O Box 882003
San Francisco CA 94188-2003

Break Away
2025 Stone Avenue
San Jose CA 95125-1447

AT T
Payment Center
Sacramento CA 95887-0001

Aberle Concrete
42100 Boscell Road
Fremont CA 94538-3107

All American Equipment Sales
8136 Enterprise Drive
Newark CA 94560-3304

All Chemical Disposal Inc
21 Great Oaks Blvd
San Jose CA 95119-1359

Alten Construction
720 12th Street

Richmond CA 94801-2365

Atherton Associates LLP
1140 Scenic Drive
P O Box 4339
Modesto CA 95352-4339

Bascom Trim Upholstery
852 Aldo Ave
Santa Clara CA 95054-2213

Berry Swenson
777 N St 5th Floor
San Jose CA 95126

Burke Industries
2250 S 10th Street
San Jose CA 95112-4197

California Track
4668 N Sonora Ave Ste 101
Fresno CA 93722-3970

Camden Dowhower
568 Mohler Road
Ripon CA 95366-9599

Carboline-Richmond -170
c o StonCor Distribution
1001 Canal Blvd
Section D
Richmond CA 94804-3533

Central Concrete Supply Co Inc
P O Box 100592
Pasadena CA 91189-0003

City of Lathrop
390 Towne Center Drive
Lathrop CA 95330-9358

City of San Jose Dept of Gen Serv
1661 Senter Road 2nd Floor
San Jose CA 95112-2522

Carl W. Collins
PO Box 3291
Modesto, CA 95353-3291

County of Alameda Constr Division
951 Turner Court Room 100
Hayward CA 94545-2651

Calstate Construction
3680 Yale Way
Fremont CA 94538-6182

Campbell Union High School Dist
3235 Union Avenue

San Jose CA 95124-2096

Centerville American Little League
4854 Whitfield Avenue
Fremont CA 94536-7158

Charles Pankow Builders
2101 Webster St Suite 1500
Oakland CA 94612-3056

City of Milpitas
1265 N Milpitas Blvd
Milpitas CA 95035-3153

City of San Jose Fire Dept
170 West SanCarlos St 4th Floor
San Jose CA 95113-2005

Costco
2201 Senter Road
San Jose CA 95112-2627

Court Galvanizing Inc
4937 Allison Parkway
Vacaville CA 95688-9346

Calvary Chapel
1175 Hillsdale Avenue
San Jose CA 95118-1223

Carboline Company
2150 Schuetz Road
St Louis MO 63146-3538

Central Concrete Supply Co Inc
755 Stockton Avenue
San Jose CA 95126-1839

Cholestech
3347 Investment Blvd
Hayward CA 94545-3808

City of Mountain View
P O Box 7355
Mountain View CA 94039-7355

City of Saratoga
13777 Fruitvale Avenue
Saratoga CA 95070-5199

Coulter Construction
1961 Old Middlefield Way
Mountain View CA 94043-2543


Cresco Equipment Rental
6300 Chestnut Street

```
 1  Gilroy CA 95020-6618

 2  DL Falk Construction
    3526 Investment Blvd
 3  Hayward CA 94545-3707

 4  Debra Van Tuyl
    c o William H Dunn Attorney at Law
 5  1350 Dell Avenue Ste 204
    Campbell CA 95008-6619

 6
    Don Chapin Company
 7  560 Crazy Horse Canyon Rd
    Salinas CA 93907-8434

 8
    El Camino Hospital
 9  2500 Grant Road
    Oak 210 Accounts Payable
10  Mountain View CA 94040-4302

    Enrique Camacho
11  14115 Candler Ave
    San Jose CA 95127-4109
12
    Fastenal Company
13  510 Parrott St Unit 3
    San Jose CA 95112-4117
14
    Fence Specialties Inc
15  2421 Industry Street
    Oceanside CA 92054-4805
16
    Franchise Tax Board
17  Bankruptcy Unit
    P O Box 2952
18  Sacramento CA 95812-2952

19  Gabriel Solis
    494 Papaya Court
20  San Jose CA 95111-2350

    Gilroy Medical Park
21  7880 Wren Ave
    Gilroy CA 95020-4943
22
    DMV Renewal
23  P O Box 942894
    Sacramento CA 94294-0894
24
    Devcon Construction Inc
25  690 Gibraltar Drive
    Milpitas CA 95035-6317
26

27

28
    Economy Lumber Co
    720 Camden Avenue
```

| | |
|---|---|
| 1 | Campbell CA 95008-4149 |
| 2 | Employment Development Department<br>Bankruptcy Special Procedures Group |
| 3 | P O Box 826880 MIC 92E<br>Sacramento CA 94280-0001 |
| 4 | |
| | Evergreen School District<br>3188 Quimby Rd |
| 5 | San Jose CA 95148-3099 |
| 6 | |
| | Fastenal Company<br>P O Box 1286 |
| 7 | Winona MN 55987-7286 |
| 8 | |
| | Flagship Facility Services Inc<br>1050 N 5th Street |
| 9 | San Jose CA 95112-4400 |
| 10 | |
| | Frank Lin Distillers<br>P O Box 610877 |
| 11 | San Jose CA 95161-0877 |
| 12 | Gagliardi Brothers |
| | 1060 Willow Suite 2 |
| 13 | San Jose CA 95125-2350 |
| 14 | Gilroy Steel Supply Inc |
| | 220 Mayock Court |
| 15 | Gilroy CA 95020-7029 |
| 16 | David S Kline |
| | 309 Second St 7 |
| 17 | Los Altos CA 94022-3623 |
| 18 | Diery Maldonado |
| | 8900 Rancho Hills Drive |
| 19 | Gilroy CA 95020-7400 |
| 20 | El Camino Hospital<br>2500 Grant Rd MS Oak 210 |
| 21 | Mountain View CA 94040-4378 |
| 22 | Encon Electronics<br>P O Box 4851 |
| 23 | Hayward CA 94540-4851 |
| 24 | Fenandes and Sons<br>2110 South Bascon Ave Ste 201 |
| | Campbell CA 95008-3205 |
| 25 | |
| | Franchise Tax Board |
| 26 | PO Box 2952<br>Sacramento, CA 95812-2952 |
| 27 | |
| 28 | |
| | Frank-Lin Distillers Products Ltd<br>c o Charles Horn Matthew Wisinski<br>LeClairRyan LLP |

| | |
|---|---|
| 1 | 44 Montgomery St 18th Floor<br>San Francisco CA 94104-4705 |
| 2 | |
| 3 | Gateway Acceptance Company<br>P O Box 4053<br>Concord CA 94524-4053 |
| 4 | |
| 5 | Gilroy Steel Supply Inc<br>c o Gateway Acceptance Co<br>P O Box 4053 |
| 6 | Concord CA 94524-4053 |
| 7 | Gradetech Inc<br>P O Box 1728 |
| 8 | San Ramon CA 94583-6728 |
| 9 | Greg Opinski Construction Inc<br>P O Box 2065 |
| 10 | 145 Riggs Avenue<br>Merced CA 95341-6465 |
| 11 | Holy Family School |
| 12 | 4850 Pearl Avenue<br>San Jose CA 95136-2701 |
| 13 | IHI Environmental |
| 14 | 640 East Wilmington Ave<br>Salt Lake City UT 84106-1421 |
| 15 | JA Gonsalves Son Construction |
| 16 | P O Box 6553<br>Napa CA 94581-1553 |
| 17 | Jos J Albanese Inc |
| 18 | 986 Walsh Ave<br>Santa Clara CA 95050-2649 |
| 19 | Kitchell |
| 20 | 650 N Delaware St<br>San Mateo CA 94401-1732 |
| 21 | Granite Construction Company<br>P O Box 720 |
| 22 | Watsonville CA 95077-0720 |
| 23 | Guntert Steel<br>222 East Fourth Street |
| 24 | Ripon CA 95366-2761 |
| 25 | Hilti Inc<br>P O Box 21148 |
| 26 | Tulsa OK 74121-1148 |
| 27 | |
| 28 | Home Depot Credit Services<br>P O Box 6029<br>The Lakes NV 88901-6029 |

| | |
|---|---|
| 1 | JT Wakimoto Management Inc |
| 2 | 1855 Hamilton Ave Ste 200<br>San Jose CA 95125-5672 |
| 3 | Juan Rivas |
| 4 | 3129 Kissell Court<br>San Jose CA 95111-2242 |
| 5 | Landscape Forms Inc<br>P O Box 78000 |
| 6 | Detroit Michigan 48278-0073 |
| 7 | Graniterock<br>P O Box 50001 |
| 8 | Watsonville CA 95077-5001 |
| 9 | HSR Inc |
| 10 | 530 Aldo Ave<br>Santa Clara CA 95054-2204 |
| 11 | Hilti Inc<br>P O Box 382002 |
| 12 | Pittsburgh PA 15250-8002 |
| 13 | Homeguard Inc |
| 14 | 510 Madera<br>San Jose CA 95112-2918 |
| 15 | Interstate Battery System<br>213 North Main Street |
| 16 | Salinas CA 93901-2815 |
| 17 | Jensen Landscape Services Inc<br>1983 Concourse Drive |
| 18 | San Jose CA 95131-1708 |
| 19 | Kingpin Hot Rods<br>696 Quinn Avenue |
| 20 | San Jose CA 95112-2635 |
| 21 | Lathrop Construction Assc<br>4001 Park Road |
| 22 | Benicia CA 94510-1172 |
| 23 | Lord Sons Inc<br>430 E Trimble Rd |
| 24 | San Jose CA 95131-1220 |
| 25 | Maruichi American Corp<br>11529 Greenstone Avenue<br>Santa Fe Springs CA 90670-4697 |
| 26 | Merchants Metals |
| 27 | 1580 W Winton Avenue<br>Hayward CA 94545-1311 |
| 28 | Milpitas Materials Company<br>1125 N Milpitas Blvd<br>Milpitas CA 95035-3152 |

| | |
|---|---|
| 1 | Native Hunt Enterprise |
| 2 | 9516 Meg Court |
|   | Gilroy CA 95020-9173 |
| 3 | O C Jones Sons Inc |
|   | 1520 Fourth Street |
| 4 | Berkeley CA 94710-1748 |
| 5 | OC Jones and Sons Inc |
|   | 1520 Fourth Street |
| 6 | Berkeley CA 94710-1774 |
| 7 | PDM Steel Service Centers Inc |
|   | 3500 Bassett Street |
| 8 | P O Box 329 |
|   | Santa Clara CA 95052-0329 |
| 9 | |
|   | Perma Green Hydroseeding Inc |
| 10 | 7096 Holsclaw Road |
|   | Gilroy CA 95020-8026 |
| 11 | |
|   | Praxair |
| 12 | 197 Praxair Dist Inc |
|   | Dept LA 21511 |
| 13 | Pasadena CA 91185-1511 |
| 14 | Master Halco |
|   | 3135 Diablo Avenue |
| 15 | Hayward CA 94545-2701 |
| 16 | Merchants Metals |
|   | P O Box 404259 |
| 17 | Atlanta GA 30384-4259 |
| 18 | Morgan Hill Unified School Dist |
|   | 15600 Concord Circle |
|   | Morgan Hill CA 95037-7118 |
| 19 | |
|   | Newton Construction Mgmt |
| 20 | P O Box 3260 |
|   | San Luis Obispo CA 93403-3260 |
| 21 | |
|   | O Connor Company |
| 22 | 312 Fileds Dr |
|   | Aberdeen NC 28315-8610 |
| 23 | |
|   | OES Equipment |
| 24 | 8145 Enterprise Dr |
|   | Newark CA 94560-3302 |
| 25 | |
|   | PGE |
| 26 | Box 997300 |
|   | Sacramento CA 95899-7300 |
| 27 | |
| 28 | Pitney Bowes |
|   | Neenah WI 54956-1005 |

| | |
|---|---|
| 1 | Praxair<br>Dept LA 21511<br>Pasadena CA 91185-1511 |
| 2 | |
| 3 | MJ Avila Company<br>13833 W California Ave<br>Kerman CA 93630-9206 |
| 4 | |
| 5 | Michael McMillian<br>1114 El Abra Way<br>San Jose CA 95125-3109 |
| 6 | |
| 7 | Mt Pleasant School District<br>3434 Martin Ave<br>San Jose CA 95148-1300 |
| 8 | |
| 9 | Normandin Chrysler Jeep<br>900 Capitol Expressway Auto Mall<br>San Jose CA 95136-1198 |
| 10 | |
| 11 | O Grady Paving Inc<br>2513 Wyandotte St<br>Mountain View CA 94043-2314 |
| 12 | |
| 13 | Parola Construction Co<br>4605 San Felipe Rd<br>San Jose CA 95135-1509 |
| 14 | |
| 15 | Pitney Bowes<br>P O Box 371896<br>Pittsburgh PA 15250-7896 |
| 16 | |
| 17 | Protection 1<br>6866 Santa Tereasa Blvd<br>San Jose CA 95119-1205 |
| 18 | |
| 19 | R S H LLP<br>Attorneys at Law<br>1001 Marshall Street Suite 400<br>Redwood City CA 94063-2054 |
| 20 | |
| 21 | Raging Waters<br>2333 South White Rd<br>San Jose CA 95148-1518 |
| 22 | |
| 23 | Robert Bothman<br>650 Quinn Ave<br>San Jose CA 95112-2604 |
| 24 | |
| 25 | Rosendin Electric<br>880 N Mabury Road<br>San Jose CA 95133-1021 |
| 26 | |
| 27 | |
| 28 | Rusciano Construction Inc<br>2828 Aiello Drive<br>San Jose CA 95111-2189 |

| | |
|---|---|
| 1 | Safe Security<br>P O Box 660826<br>Dallas TX 75266-0826 |
| 2 | |
| 3 | San Jose Water Company<br>P O Box 229<br>San Jose CA 95103-0229 |
| 4 | |
| 5 | Santa Clara County Office<br>MC 242 1290 Ridder Park Drive<br>San Jose CA 95131-2304 |
| 6 | |
| 7 | Selden Son<br>P O Box 327<br>Watsonville CA 95077-0327 |
| 8 | |
| 9 | Sims Metal<br>1900 Monterey Hwy<br>San Jose CA 95112-6100 |
| 10 | |
| 11 | RJ Dailey Construction Co<br>401 First Street<br>Los Altos CA 94022-3607 |
| 12 | |
| 13 | Ralph Larson Son Inc<br>300 8th Ave<br>San Mateo CA 94401-4221 |
| 14 | |
| 15 | Rodan Builders Inc<br>859 Cowan Rd<br>Burlingame CA 94010-1204 |
| 16 | |
| 17 | Rosendin Electric Inc<br>880 Mabury Road<br>San Jose CA 95133-1021 |
| 18 | |
| 19 | SJ Ammoroso Const Co<br>390 Bridge Parkway<br>Redwood Shores CA 94065-1061 |
| 20 | |
| 21 | San Jose Unified School Dist<br>855 Lenzen Ave<br>San Jose CA 95126-2736 |
| 22 | |
| 23 | Sandeep Sidhu<br>c o David Draheim Esq<br>Hildebrand McLeod Nelson Inc |
| 24 | 350 Frank H Ogawa Plaza 4th Floor<br>Oakland CA 94612-2050 |
| 25 | |
| 26 | Santa Clara Unified School Dist<br>1889 Lawrence Rd<br>Santa Clara CA 95051-2166 |
| 27 | |
| 28 | Service Staion Systems Inc<br>680 Quinn Ave<br>San Jose CA 95112-2635 |

```
 1   Soquel UESD
     620 Monterey Ave
 2   Capitola CA 95010-3618

 3   Radiant Electric Inc
     1805 Little Orchard Street Ste 120
 4   San Jose CA 95125-1015

 5   Robert A Bothman Inc
     650 Quinn Avenue
 6   San Jose CA 95112-2604

 7   Rolling Green Homeowners
     c o Shoreline Prooperty Mgmt
 8   1100 Water Street Suite 1A
     Santa Cruz CA 95062-1546
 9
     Rudolph and Sletten
10   1600 Seaport Blvd Suite 350
     Redwood City CA 94063-5575
11
     SVTC Technologies LLC
12   P O Box 6555
     Santa Clara CA 95056-6555
13
     San Jose Water Co
14   1251 S Bascom Ave
     San Jose CA 95128-3514
15
     Sandman Inc dba Star Concrete
     1404 South 7th Street
16   San Jose CA 95112-5927

17   Security Contractor Services Inc
     170 N 28th Street
18   San Jose CA 95116-1122

19   Sierra Lumber Fence-S Jose
     1711 Senter Road
20   San Jose CA 95112-2598

21   Sprint
     P O Box 4181
22   Carol Stream IL 60197-4181

23   Stanford University
     P O Box 20410
24   Stanford CA 94309-0410

25


26


27
     Suarez Munoz Construction
28   P O Box 20975
     Cabot Blvd
```

| | |
|---|---|
| 1 | Hayward CA 94546-8975 |
| 2 | Susan Josephine Ruscigno<br>1351 Weaver Drive |
| 3 | San Jose CA 95125-3730 |
| 4 | Teodoro Chavez<br>6570 Fairview Road |
| 5 | Hollister CA 95023-9344 |
| 6 | Tombleson Inc<br>P O Box 1388 |
| 7 | Salinas CA 93902-1388 |
| 8 | United Rentals<br>Location 545<br>1865 Tanen Street |
| 9 | Napa CA 94559-1307 |
| 10 | University California Santa Cruz<br>1156 High Street |
| 11 | Santa Cruz CA 95064-1099 |
| 12 | Vance Brown Builders<br>3197 Park Blvd |
| 13 | Palo Alto CA 94306-2233 |
| 14 | Wattis Construction<br>964 Stockton Ave |
| 15 | San Jose CA 95110-1592 |
| 16 | Swenson Assc<br>581 Division Street Ste A |
| 17 | Campbell CA 95008-6935 |
| 18 | The Swenson Group<br>207 Boeing Court |
| 19 | Livermore CA 94551-9258 |
| 20 | Tractor Equipment Sales<br>705 Tully Road |
| 21 | San Jose CA 95111-1097 |
| 22 | United States Atty for Internal Revenue<br>2500 Tulare Street Suite 4401 |
| 23 | Fresno CA 93721-1331 |
| 24 | Valhalla Builders<br>6985 Via Del Oro Ste A-5 |
| 25 | San Jose CA 95119-1336 |
| 26 | Vasona Construction<br>4120 Business Center Drive<br>Fremont CA 94538-6354 |
| 27 | |
| 28 | Wells Fargo Financial Leasing<br>P O Box 6434<br>Carol Stream IL 60197-6434 |

```
 1   Syar Concrete LLC
     P O Box 2700
 2   Napa CA 94558-0531

 3   Tilton Pacific Construction
     4150 Citris Ave
 4   Rocklin CA 95677-4000

 5   US Santa Clara Synaptics Corp Office
     3120 Scott Blvd Ste 130
 6   Santa Clara CA 95054-3326

 7   United States Department of Justice
     Civil Trial Section Western Region
 8   Box 683 Ben Franklin Station
     Washington DC 20044-0683
 9
     Valley Crest Landscape Develop
10   7039 Commerce Circle Ste A
     Pleasanton CA 94588-8006
11
     Victor Solih
12   36242 Carnation Way
     Fremont CA 94536-2644
13
     West Coast Cranes Inc
14   136 Wendell Street
     Santa Cruz CA 95060-1946
15
     West Coast Netting Inc
16   5075 Flightline Drive

17   Kingman AZ 86401-6776

18
     West Valley College 1400
19   Fruitvale Ave

20   Saratoga CA 95070

     West Valley Construction
21
     580 E McGlincey Lane
22   Campbell CA 95008-4999

23
     Winterbourne Properties
24   16125 Greenwood Lane

25   Monte Sereno CA 95030-3012

26

27

28   Zachary Dowhower
     2615 Mario Drive
```

1. Tracy CA 95376-7759
2. Zolman Construction
   565B Bragato Way
3. San Carlos CA 94070-6312
4. Internal Revenue Service
   P O Box 21126
5. Philadelphia PA 19114
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.