2010-47419
FILED
November 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003909233

CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR
West Coast Fence, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re: ) Case No. 10-47419 A-7
)
WEST COAST FENCE CO., INC., ) CHAPTER 7
)
) **DCN: CGS-005**
Debtors. )
) **ORDER GRANTING MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE BASED ON UNPAID POST-PETITION RENT**
)
) Date: November 21, 2011
) **Time: 10:00 a.m.**
) Judge: Honorable Michael McManus
_____ )

The Court, having reviewed and considered the MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE BASED ON UNPAID POST-PETITION RENT ("Motion") of creditor West Coast Fence, Inc. ("WCF") noticed for hearing as indicated above, read and considered the statement of non-opposition filed by WCF, noted the absence of any opposition to the Motion, found good cause, and issued a final ruling, and good cause appearing, does hereby grant the Motion and therefore:

**IT IS HEREBY ORDERED, DECREED, and ADJUDGED:**

1. The Motion is granted as indicated hereinafter;

2. The court approves and authorizes payment of creditor West Coast Fence, Inc.'s

RECEIVED
November 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003909233

Administrative Claim in the amount of $9,200.00 as reflected in WCF's Proof of Administrative Claim and Request For Payment filed on November 1, 2010 (Docket # 28) and Amended Proof of Administrative Claim and Request For Payment filed on November 19, 2011 (Docket #128); and

3. The provisions of Federal Rule of Bankruptcy Procedure 4001 (a)(3) are not waived.

Dated: November 22, 2011

By the Court

Michael S. McManus
United States Bankruptcy Judge

Court Service List

```
Carl W. Collins
PO Box 3291
Modesto, CA 95353-3291
```

**West Coast Fence Co., Inc.**
**P.O. Box 1017**
**Ripon, CA 95366**

```
Gary Farrar
PO Box 576097
Modesto, CA 95357-6097

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814-7304
```

ORDER GRANTING MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE BASED ON UNPAID POST-PETITION RENT

3