23

FILED
December 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003987652

THE SUNTAG LAW FIRM
A Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
LORIS L. BAKKEN (California State Bar No. 215033)
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905

Attorneys for Chapter 7 Trustee
GARY R. FARRAR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | NO: 10-47419-A-7 |
| | DC No.: SLF 7 |
| SOUTH Y FIREPLACE, INC. dba WEST COAST FENCE CO. INC., | **EXHIBITS TO FIRST AND FINAL FEE APPLICATION OF THE SUNTAG LAW FIRM, COUNSEL FOR CHAPTER 7 TRUSTEE** |
| Debtor. | |
| | **Date: January 30, 2012**<br>**Time: 10:00 a.m.**<br>**Place: Department A**<br>**The Honorable Michael S. McManus** |

Exhibit A:     Applicant's summary sheet and invoice

Exhibit B:     Applicant's resume

Exhibit C:     Order authorizing Applicant's employment

*In re South Y Fireplace, Inc. dba West Coast Fence Co.,*
**Case No.: 2010-47419-A-7**

## FIRST AND FINAL APPLICATION SUMMARY SHEET

**APPLICANT:**   The Suntag Law Firm, A Professional Corporation, Counsel to
Chapter 7 Trustee Gary R. Farrar

### PROFESSIONAL PERSONNEL:

Dana A. Suntag, Esq., shareholder; admitted to California
State Bar in 1986; $295.00 per hour; 15.50 hours

Lorris L. Bakken, Esq. associate; admitted to California State
Bar in 2001; $250.00 per hour; 49.45 hours

Zoey P. Merrill, Esq. associate; admitted to California State
Bar in 2009; $195.00 per hour; 0.10 hours

### FIRST AND FINAL FEE APPLICTION:

### LEGAL FEES

| Category | Hours | Fees |
|---|---|---|
| Administration | 10.55 | $ 2064.20 |
| Review of landlord's Administrative rent claim | 0.90 | $ 261.00 |
| Nonopposition to motion for RFS | 2.60 | $ 726.50 |
| App to Employ Auctioneer/Motion to sell at public auction | 18.29 | $ 3358.70 |
| Recovery of preferential payments & motion to Compromise | 36.58 | $ 9393.33 |
| Sale of Assets to Keity Nye and motion to sell | 18.13 | $ 3624.38 |
| **TOTAL FEES** | **87.05** | **$ 19,428.11** |



EXHIBIT A PAGE 1

## COSTS

| Category | Costs |
|---|---|
| Postage | $ 526.46 |
| Copying cost | $ 297.95 |
| CourtCall | $ 81.40 |
| Westlaw | $ 25.14 |
| **TOTAL COSTS** | $ 930.95 |
| **TOTAL FEES AND COSTS** | $ 20,359.06 |
| **TOTAL FEES AND COSTS PREVIOUSLY RECEIVED:** | $0 |



# The Suntag Law Firm, A Professional Corporation

The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, CA 95202

Telephone (209) 943-2004 • Facsimile (209) 943-0905
www.suntaglawfirm.com

Invoice submitted:

Mr. Gary R. Farrar
PO Box 576097
Modesto, CA 95357

December 30, 2011

In Reference To:   South Y Fireplace, Inc. dba West Coast Fence Co.; Case No.:
2010-47419-A-7; Administration

Invoice #1646

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2010 | DAS | Review petition and schedules | 0.50 295.00/hr | 147.50 |
| | LLB | Review Petition for conflicts; Prepare SLF employment app | 0.40 250.00/hr | 100.00 |
| | LLB | Prepare Application to Employ Quinn and supporting docs | 0.70 250.00/hr | 175.00 |
| | ZPM | Review of petition for conflict check. | 0.10 195.00/hr | 19.50 |
| 1/6/2011 | LLB | Review change of case name | 0.20 250.00/hr | 50.00 |
| 11/10/2011 | LLB | Draft SLF fee application | 2.00 250.00/hr | 500.00 |
| | MS | Prepare bills for SLF fee application | 3.00 90.00/hr | 270.00 |
| 11/14/2011 | DAS | Review & revise SLF fee application | 1.00 295.00/hr | 295.00 |
| 11/16/2011 | LLB | Revisions to SLF fee application | 0.40 250.00/hr | 100.00 |



EXHIBIT A PAGE 3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/2011 | MS | Revisions to bills & preparation of summary sheet. | 1.25 90.00/hr | 112.20 |
| 1/16/2012 | DAS | Court call re: SLF fee application | 1.00 295.00/hr | 295.00 |

|  |  | | |
|---|---|---|---|
| **For professional services rendered** | | **10.55** | **$2,064.20** |

Additional Charges :

| | | | Price | |
|---|---|---|---|---|
| 10/30/2010 | AD | Copying cost | 9.45 | 9.45 |
| | AD | Postage | 12.51 | 12.51 |
| 1/31/2011 | AD | Postage | 246.46 | 246.46 |
| | AD | Copying cost | 202.00 | 202.00 |
| 2/22/2011 | MS | Court call re Ernst application, Motion to Sell, Keith Nye | 41.20 | 41.20 |
| 4/30/2011 | AD | Postage | 4.57 | 4.57 |
| 5/31/2011 | LLB | Westlaw charges | 16.10 | 16.10 |
| 7/31/2011 | AD | Postage | 0.44 | 0.44 |
| 8/31/2011 | LLB | Westlaw charges | 9.04 | 9.04 |
| 9/30/2011 | AD | Postage | 131.24 | 131.24 |
| | AD | Copying cost | 43.25 | 43.25 |
| 11/30/2011 | MS | Postage | 131.24 | 131.24 |
| | MS | Copying cost | 43.25 | 43.25 |
| 1/16/2012 | DAS | Court call re: SLF fee application | 41.20 | 41.20 |

**Total additional charges**   **$931.95**

**Total amount of this bill**   **$2,996.15**

Balance due   $2,996.15


EXHIBIT A PAGE 4

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Dana A. Suntag | 2.50 | 295.00 | $737.50 |
| Loris L. Bakken | 3.70 | 250.00 | $925.00 |
| Maricel D. Suntag | 4.25 | 90.00 | $382.20 |
| Zoey P. Merrill | 0.10 | 195.00 | $19.50 |

EXHIBIT A PAGE 5

# The Suntag Law Firm, A Professional Corporation

The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, CA 95202
Telephone (209) 943-2004 ● Facsimile (209) 943-0905
www.suntaglawfirm.com

Invoice submitted:

Mr. Gary R. Farrar
PO Box 576097
Modesto, CA 95357

December 30, 2011

In Reference To: South Y Fireplace, Inc. dba West Coast Fence Co.; Case No.: 2010-47419-A-7; Review of landlord's Administrative rent claim

Invoice #1647

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/4/2011 | LLB | Email from Mr. Healy regarding administrative claim | 0.10 250.00/hr | 25.00 |
| 10/9/2011 | DAS | T/c with Mr. Farrar ███████████████████████ | 0.30 295.00/hr | 88.50 |
| 10/28/2011 | DAS | Review landlord's amended administrative claim; t/c with Mr. Farrar ██ ███ | 0.50 295.00/hr | 147.50 |
| | **For professional services rendered** | | **0.90** | **$261.00** |
| | Balance due | | | $261.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Dana A. Suntag | 0.80 | 295.00 | $236.00 |
| Loris L. Bakken | 0.10 | 250.00 | $25.00 |

**REDACTED**

EXHIBIT A PAGE 6

## The Suntag Law Firm, A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, CA 95202
Telephone (209) 943-2004 • Facsimile (209) 943-0905
www.suntaglawfirm.com

Invoice submitted:

Mr. Gary R. Farrar
PO Box 576097
Modesto, CA 95357

December 30, 2011

In Reference To:  South Y Fireplace, Inc. dba West Coast Fence Co.; Case No.:
2010-47419-A-7; Nonopposition to motion for RFS

Invoice #1648

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2010 | DAS | Review relief from stay motion filed by landlord | 0.30 295.00/hr | 88.50 |
| | DAS | T/c with Mr. Farrar re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ t/c with landlord's counsel re same | 0.40 295.00/hr | 118.00 |
| 12/1/2010 | DAS | Review two motions for relief from automatic stay filed by landlord | 1.00 295.00/hr | 295.00 |
| 12/2/2010 | LLB | Discussion with Dana regarding preparing a statement of nonopposition | 0.10 250.00/hr | 25.00 |
| | LLB | Prepare statement of nonopposition X 2 | 0.80 250.00/hr | 200.00 |
| | | **For professional services rendered** | **2.60** | **$726.50** |
| | | Balance due | | $726.50 |

| Timekeeper Summary | | | |
|---|---|---|---|
| Name | Hours | Rate | Amount |
| Dana A. Suntag | 1.70 | 295.00 | $501.50 |
| Loris L. Bakken | 0.90 | 250.00 | $225.00 |



**REDACTED**



EXHIBIT A PAGE 1

THE **SUNTAG**  S L F

**LAW FIRM**

# The Suntag Law Firm, A Professional Corporation

The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, CA 95202
Telephone (209) 943-2004 • Facsimile (209) 943-0905
www.suntaglawfirm.com

---

Invoice submitted:

Mr. Gary R. Farrar
PO Box 576097
Modesto, CA 95357

December 30, 2011

In Reference To: South Y Fireplace, Inc. dba West Coast Fence Co.; Case No.:
2010-47419-A-7; Application to Employ Auctioneer/Motion to sell at
public auction

Invoice #1649

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2010 | LLB | Discussion with Dana and Gary ▓▓▓▓▓▓▓▓ prepare order authorizing employment of Quinn; Review proofs of service and matrix | 0.40 250.00/hr | 100.00 |
| 12/30/2010 | LLB | Revise Application to Employ Ernst | 0.60 250.00/hr | 150.00 |
| 12/31/2010 | DAS | Review and revise draft application to employ Ernst as auctioneer | 0.25 295.00/hr | 73.75 |
| 1/3/2011 | LLB | Prepare Motion to Sell at Public Auction | 1.50 250.00/hr | 375.00 |
| | LLB | Revise Ernst employment app | 0.30 250.00/hr | 75.00 |
| 1/4/2011 | LLB | Review Proof of Service for Motion to Sell | 0.10 250.00/hr | 25.00 |
| | DAS | Review and revise draft motion to sell property at public auction | 1.00 295.00/hr | 295.00 |
| 1/5/2011 | AD | Scan, copy and prepare documents re Verified Appl to Empl Ernst and Motion for Auth to Sell Vehicles at Public Auction for e-filing and mailing. | 4.83 90.00/hr | 435.00 |
| | LLB | E-mail from Gary ▓▓▓▓▓▓▓▓ | 0.20 250.00/hr | 50.00 |

**REDACTED**



EXHIBIT A PAGE 9

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2011 | LLB | Telephone call with Mr. Farrar ▮▮▮▮▮▮▮▮ review e-mail from Mr. Farrar ▮▮▮▮▮▮▮▮ | 0.30 250.00/hr | 75.00 |
| 1/24/2011 | LLB | Telephone call to Mr. Farrar ▮▮▮▮▮▮▮▮ telephone call from Keith Nye regarding hearing date on motion to sell | 0.75 250.00/hr | 187.50 |
| | LLB | Prepare Amended Ernst Application and supporting docs | 0.70 250.00/hr | 175.00 |
| | LLB | Prepare Amended Motion to Sell at Public Auction and supporting docs | 0.70 250.00/hr | 175.00 |
| 1/25/2011 | DAS | Review and revise amended sale motions | 0.50 295.00/hr | 147.50 |
| | LLB | Revise App to Employ Ernst and Motion to Sell at Public Auction; review proof of service | 0.40 250.00/hr | 100.00 |
| | LLB | Revise Motion to Sell to Nye; review proof of service; Discussion with Mr. Farrar regarding amended motions to sell and application to employ Ernst | 0.10 250.00/hr | 25.00 |
| | AD | Amended Notice of Verified Application to Employ Ernst and Amended Notice of Motion for Authorization to Sell Vehicles at Public Auction for e-filing and mailing. | 3.36 90.00/hr | 301.95 |
| 2/18/2011 | LLB | Review tentative rulings on motion to sell, motion to sell at public auction, and app to employ Ernst | 0.30 250.00/hr | 75.00 |
| 2/22/2011 | DAS | Review and revise three draft orders on motion to sell, motion to sell at public auction, and application to employ auctioneer | 0.40 295.00/hr | 118.00 |
| | LLB | Prepare Order granting motion to sell at Public Auction | 0.40 250.00/hr | 100.00 |
| | LLB | Prepare Order authorizing employment of Ernst | 0.40 250.00/hr | 100.00 |
| | LLB | Attend hearings on Ernst App & Motion to Sell at Public Auction | 0.50 250.00/hr | 125.00 |
| 4/14/2011 | LLB | Telephone call from and to Mr. Farrar ▮▮▮▮▮▮▮▮ review PACER for orders | 0.30 250.00/hr | 75.00 |

|  | | **For professional services rendered** | **18.29** | **$3,358.70** |
|---|---|---|---|---|
| | | Balance due | | $3,358.70 |





Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Audrey A. Dutra | 8.19 | 90.00 | $736.95 |
| Dana A. Suntag | 2.15 | 295.00 | $634.25 |
| Loris L. Bakken | 7.95 | 250.00 | $1,987.50 |

EXHIBIT _A_ PAGE 10

# The Suntag Law Firm, A Professional Corporation

The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, CA 95202
Telephone (209) 943-2004 ● Facsimile (209) 943-0905
www.suntaglawfirm.com

Invoice submitted:

Mr. Gary R. Farrar
PO Box 576097
Modesto, CA 95357

December 30, 2011

In Reference To:  South Y Fireplace, Inc. dba West Coast Fence Co.; Case No.: 2010-47419-A-7; Recovery of preferential payments & motion to comp.

Invoice #1650

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/31/2011 | LLB | Telephone call from Mr. Farrar ████████████████████ ████████████████████████ | 0.50 250.00/hr | 125.00 |
| | LLB | Review code and Colliers regarding potential preference payments and late payments | 0.80 250.00/hr | 200.00 |
| 4/1/2011 | LLB | Telephone call to and from Mr. Farrar ████████████████████ ████████████████████ | 0.20 250.00/hr | 50.00 |
| 4/26/2011 | DAS | Review and revise draft preference demand letters | 1.00 295.00/hr | 295.00 |
| | LLB | Email from and to Mr. Farrar ███████████████ | 0.20 250.00/hr | 50.00 |
| | LLB | Prepare demand letters to All American Rentals, Blue Shield, Guntert Steel, Jubitz, Laborers Trust Funds for Northern California, Merchants Metals, Patelco Credit Union, SCS, West Coazst Netting Co | 2.00 250.00/hr | 500.00 |
| 5/4/2011 | LLB | Voice mail from Guntert Steel regarding demand letter | 0.10 250.00/hr | 25.00 |
| | LLB | Telephone call from and to Christine at Guntert Steel | 0.30 250.00/hr | 75.00 |
| 5/5/2011 | LLB | Receive and review documents from Guntert Steel | 0.50 250.00/hr | 125.00 |



REDACTED



EXHIBIT A PAGE 11

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/5/2011 | LLB | Email to and from Mr. Suntag regarding Guntert steel potential preference payments | | 0.20<br>250.00/hr | 50.00 |
| 5/6/2011 | LLB | Telephone call from Patelco credit union regarding demand letter; receive and review letter from Blue Shield regarding demand letter | | 0.50<br>250.00/hr | 125.00 |
| 5/9/2011 | LLB | Email from Ms. Dutra regarding message from vendor on preference issue | | 0.10<br>250.00/hr | 25.00 |
| 5/10/2011 | DAS | Review preference issues and defenses asserted by transferees | | 1.00<br>295.00/hr | 295.00 |
| | LLB | Conference with Mr. Suntag regarding status of demands re preferences | | 0.40<br>250.00/hr | 100.00 |
| 5/12/2011 | LLB | Legal research regarding ordinary course defense | | 2.00<br>250.00/hr | 500.00 |
| | LLB | Telephone call with Mr. Farrar ▓▓▓▓▓▓▓▓▓ | | 0.30<br>250.00/hr | 75.00 |
| | LLB | Review preference payments and discuss with Mr. Suntag regarding strategy and legal arguments | | 0.30<br>250.00/hr | 75.00 |
| 5/13/2011 | DAS | T/c with credit manager of SCS re demand letter | | 0.20<br>295.00/hr | 59.00 |
| | LLB | Email from Mr. Suntag regarding vendor SCS telephone call regarding late response; email from SCS regarding late response and request for information | | 0.30<br>250.00/hr | 75.00 |
| 5/17/2011 | LLB | Telephone call to Laurie Sullivan of Security Contractor Services, Inc. regarding preference payment; telephone call to Merchants Metals regarding preference payment; email to Mr. Farrar ▓▓▓▓▓▓ | | 0.50<br>250.00/hr | 125.00 |
| 5/31/2011 | LLB | Telephone call to SCS regarding preference payments; telephone call from Merchants Metals regarding info requested from Mr. Collins; discussion with Mr. Farrar ▓▓▓▓▓▓ | | 0.50<br>250.00/hr | 125.00 |
| | LLB | Telephone call to and from Merchants Metals regarding preference payments; revise letter to Merchants Metals | | 0.40<br>250.00/hr | 100.00 |
| 6/30/2011 | LLB | Telephone call to and from Merchants Metals regarding preference payment; telephone call with SCS regarding preference payment | | 0.50<br>250.00/hr | 125.00 |
| 7/8/2011 | DAS | Review and revise two draft demand letters to recipients of preferences | | 0.30<br>295.00/hr | 88.50 |
| | LLB | Prepare letter to SCS regarding preference payments; prepare letter to Merchants Metals regarding preference payments | | 0.80<br>250.00/hr | 200.00 |

**REDACTED**





EXHIBIT A PAGE 13

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/15/2011 | DAS | Review letter from secured creditor re claims to preference recoveries; t/c with Mr. Farrar ▇▇▇▇ | 0.40 295.00/hr | 118.00 |
| 7/18/2011 | LLB | Receive and review letter from Merchants Metals regarding preference payments; email to Mr. Farrar ▇▇▇▇▇▇ | 0.50 250.00/hr | 125.00 |
| | LLB | Telephone call with Mr. Farrar ▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇ | 0.20 250.00/hr | 50.00 |
| | DAS | Review letter from counsel for Merchant Metals and analysis of defenses to preference claims | 0.30 295.00/hr | 88.50 |
| 7/19/2011 | LLB | Review letter from Merchants Metals regarding potential preference payments | 0.30 250.00/hr | 75.00 |
| | DAS | T/c with Mr. Farrar re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇ | 0.30 295.00/hr | 88.50 |
| 7/21/2011 | LLB | Telephone call to Ms. Brooks regarding preference payments | 0.20 250.00/hr | 50.00 |
| 7/25/2011 | DAS | Review letter from SCS with $5000 settlement offer | 0.20 295.00/hr | 59.00 |
| | LLB | Review email to Mr. Farrar ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ SCS ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇ | 0.30 250.00/hr | 75.00 |
| 7/26/2011 | LLB | Receive and review letter from Mr. Pollak regarding settlement offer; telephone call with Mr. Farrar ▇▇▇▇▇▇▇ | 0.50 250.00/hr | 125.00 |
| 7/27/2011 | LLB | Review letters from Ms Brooks and Mr. Pollack regarding preference payments; prepare strategy regarding recovery of preference payments | 0.40 250.00/hr | 100.00 |
| | LLB | Telephone call to Ms. Brooks regarding counteroffer; telephone calls to and from Mr. Pollack regarding counteroffer | 0.50 250.00/hr | 125.00 |
| 7/28/2011 | LLB | Email from Mr. Auerbach regarding new value analysis; telephone call to Mr. Auerbach regarding the same | 0.40 250.00/hr | 100.00 |
| | LLB | Receive voice mail from Ms. Brooks regarding counteroffer on preference demand | 0.10 250.00/hr | 25.00 |
| 8/2/2011 | LLB | Telephone call to Mr. Auerbach regarding counteroffer; telephone call to and from Ms. Brooks regarding counteroffer; telephone call to Mr. Farrar ▇▇▇▇▇▇▇▇ | 0.50 250.00/hr | 125.00 |
| | LLB | Legal research regarding potential preference when contractor pays materialmen on behalf of debtor; telephone call to Mr. Farrar ▇▇▇▇▇▇ ▇▇▇▇ | 0.50 250.00/hr | 125.00 |

**REDACTED**





EXHIBIT A PAGE 13

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/8/2011 | LLB | Receive and review letter from Mr. Auerbach regarding potential preference; review 547(f)regarding the same; email to Mr. Farrar ▬▬▬▬ | 0.50 250.00/hr | 125.00 |
| | LLB | Telephone call to Ms. Brooks regarding acceptance of counteroffer | 0.10 250.00/hr | 25.00 |
| 8/9/2011 | LLB | Telephone call with Mr. Farrar ▬▬▬▬▬▬▬ | 0.10 250.00/hr | 25.00 |
| 8/10/2011 | DAS | Review and revise draft settlement agreements with Merchant Metals and SCS | 0.50 295.00/hr | 147.50 |
| | LLB | Prepare settlement agreement with Merchants Metals | 1.00 250.00/hr | 250.00 |
| | LLB | Prepare settlement agreement with SCS | 1.00 250.00/hr | 250.00 |
| | LLB | Telephone call to Mr. Auerbach regarding settlement | 0.10 250.00/hr | 25.00 |
| 8/11/2011 | LLB | Revise settlement agreements for Merchants Metals; email to Mr. Farrar ▬▬▬▬ | 0.40 250.00/hr | 100.00 |
| | LLB | Revise settlement agreements for SCS; email to Mr. Farrar ▬▬▬ ▬▬▬ | 0.40 250.00/hr | 100.00 |
| 8/12/2011 | LLB | Email to Mr. Auerbach regarding settlement agreement; email to Ms. Brooks regarding settlement agreement | 0.30 250.00/hr | 75.00 |
| 8/13/2011 | LLB | Prepare motion to comp and points and authorities | 1.50 250.00/hr | 375.00 |
| 8/14/2011 | DAS | Review and revise draft motion to compromise controversy | 1.00 295.00/hr | 295.00 |
| | LLB | Email from Mr. Suntag regarding motion to compromise; review revisions to motion | 0.30 250.00/hr | 75.00 |
| 8/15/2011 | LLB | Email from and to Ms. Brooks regarding settlement agreement; Email from and to Mr. Auerbach regarding settlement agreement | 0.30 250.00/hr | 75.00 |
| 8/16/2011 | LLB | Emails to Mr. Farrar ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬ ▬▬▬▬▬▬ | 0.40 250.00/hr | 100.00 |
| | LLB | Revise settlement agreements | 0.30 250.00/hr | 75.00 |



**REDACTED**



EXHIBIT A PAGE 14

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/17/2011 | DAS | Review and comment on potential defendants' proposed change to draft settlement agreement re preferences | 0.30 295.00/hr | 88.50 |
| | LLB | Email from Ms. Brooks regarding revisions to settlement agreement | 0.20 250.00/hr | 50.00 |
| 8/18/2011 | LLB | Revise settlement agreement; email to Ms. Brooks regarding the same | 0.30 250.00/hr | 75.00 |
| | LLB | Revise motion to comp | 1.20 250.00/hr | 300.00 |
| 8/19/2011 | LLB | Prepare Gary Farrar declaration, exhibits and Notice in support of motion to compromise | 0.80 250.00/hr | 200.00 |
| 8/25/2011 | LLB | Receive and review signed settlement agreement and check in the amount of $5000 from SCS Inc.; email to Mr. Farrar ▓▓▓▓▓▓▓▓ | 0.30 250.00/hr | 75.00 |
| 8/26/2011 | LLB | Email from Mr. Farrar ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ from Ms. Brooks regarding settlement agreement | 0.30 250.00/hr | 75.00 |
| 8/30/2011 | LLB | Email from Ms. Brooks re W-9; email to Mr. Farrar ▓▓▓▓▓▓▓ review email from Mr. Farrar ▓▓▓▓▓▓▓ | 0.30 250.00/hr | 75.00 |
| 9/18/2011 | LLB | Email to Ms. Brooks regarding status of settlement agreement | 0.10 250.00/hr | 25.00 |
| 9/19/2011 | LLB | Email from and to Ms. Brooks regarding status of settlement agreement and check | 0.10 250.00/hr | 25.00 |
| 9/21/2011 | LLB | Email from and to Mr. Pollak regarding motion to compromise; email to Ms. Brooks regarding the same | 0.30 250.00/hr | 75.00 |
| 9/22/2011 | LLB | Email from Ms. Brooks regarding status of settlement agreement; email from Mr. Pollak regarding motion to compromise | 0.20 250.00/hr | 50.00 |
| 9/23/2011 | LLB | Email from and to Ms. Brooks regarding settlement agreement and check; email to Mr. Farrar regarding settlement agreement and declaration in support of motion to comp; organize documents for filing | 0.50 250.00/hr | 125.00 |
| | LLB | Telephone call from Mr. Farrar ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.40 250.00/hr | 100.00 |
| 9/30/2011 | AD | Scan, copy and prepare documents re Motion to compromise for e-filing and mailing. | 3.08 250.00/hr | 770.83 |
| 11/3/2011 | LLB | Review tentative ruling on motion to compromise | 0.10 250.00/hr | 25.00 |



**REDACTED**



EXHIBIT A PAGE 16

|   | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/7/2011 LLB | Prepare Order on Motion to Compromise Controversy | 0.40<br>250.00/hr | 100.00 |
| | **For professional services rendered** | **36.58** | **$9,393.33** |
| | Balance due | | $9,393.33 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Audrey A. Dutra | 3.08 | 250.00 | $770.83 |
| Dana A. Suntag | 5.50 | 295.00 | $1,622.50 |
| Loris L. Bakken | 28.00 | 250.00 | $7,000.00 |

EXHIBIT A PAGE 16

## The Suntag Law Firm, A Professional Corporation

The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, CA  95202
Telephone (209) 943-2004 ● Facsimile (209) 943-0905
www.suntaglawfirm.com

Invoice submitted:

Mr. Gary R. Farrar
PO Box 576097
Modesto, CA 95357

December 30, 2011

In Reference To:  South Y Fireplace, Inc. dba West Coast Fence Co.; Case No.:
2010-47419-A-7; Sale of Assets to Keith Nye and motion to sell

Invoice #1651

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/14/2010 | DAS | Emails with Mr. Healy re sale of four vehicles for $5000; t/c with Mr. Farrar re same | 0.40<br>295.00/hr | 118.00 |
| 12/15/2010 | LLB | Prepare Motion to Sell and Supporting Docs | 1.50<br>250.00/hr | 375.00 |
|  | LLB | Prepare Sale Agreement | 1.50<br>250.00/hr | 375.00 |
| 12/17/2010 | DAS | Review and revise draft purchase/sale agreement for vehicles | 1.00<br>295.00/hr | 295.00 |
|  | DAS | Review and revise draft motion to approve sale of vehicles | 1.00<br>295.00/hr | 295.00 |
|  | LLB | E-mail from Dana regarding Sale Agreement and Motion to Sell; Revise Motion to Sell and Sale Agreement; telephone call to Gary ▮▮▮▮▮ | 0.40<br>250.00/hr | 100.00 |
| 12/20/2010 | LLB | Telephone call to Gary ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.50<br>250.00/hr | 125.00 |
| 12/21/2010 | LLB | Revise Motion to Sell;  fax Sale Agreement to Gary;  e-mail to Dana regarding Motion to Sell; fax Declaration▮▮▮▮▮▮▮▮ | 1.10<br>250.00/hr | 275.00 |
| 12/22/2010 | LLB | E-mail from Mr. Farrar ▮▮▮▮▮▮▮▮▮▮▮ e-mail to Mr. Healy regarding Purchase and Sale Agreement and Motion to Sell Vehicles | 0.30<br>250.00/hr | 75.00 |



**REDACTED**



EXHIBIT A PAGE 17

|            |     |                                                                                                    | Hrs/Rate          | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------|-------------------|-----------|
| 12/30/2010 | LLB | E-mail to Mr. Healy regarding sales agreement                                                       | 0.30 250.00/hr    | 75.00     |
| 12/31/2010 | DAS | Review email from Mr. Healy re sale of vehicles to principal of landlord                            | 0.25 295.00/hr    | 73.75     |
| 1/3/2011   | LLB | Revise Motion to Sell; e-mail from Mr. Healy regarding signed settlement agreement and filing of motion | 0.50 250.00/hr | 125.00 |
| 1/4/2011   | AD  | Scan, copy and prepare documents re Motion for Authorization to Sell Estate's Interest in Vehicles for e-filing and mailing. | 3.12 90.00/hr | 280.78 |
|            | LLB | Organize documents for filing - Motion to Sell, Application to Employ Ernst, and Motion to Sell at Public Auction; e-mail to Mr. Farrar ████████████████ | 0.50 250.00/hr | 125.00 |
| 1/24/2011  | LLB | Prepare amended Notice of Motion to Sell                                                            | 0.20 250.00/hr    | 50.00     |
| 1/25/2011  | AD  | Scan, copy and prepare documents re Notice of Continued Hearing on Motion for Authorization to Sell the Estate's Interest in Vehicles to Keith Nye. | 3.36 90.00/hr | 301.95 |
| 2/18/2011  | DAS | T/c with Mr. Farrar ███████████████████████████                                                    | 0.20 295.00/hr    | 59.00     |
|            | LLB | Prepare Stipulations regarding liens and secured interests of West Coast in the vehicles            | 0.50 250.00/hr    | 125.90    |
| 2/21/2011  | LLB | E-mail from Mr. Healy regarding stipulations regarding security interests or liens on the vehicles that are the subject of the motions to sell; telephone call to Mr. Healy regarding the same; e-mail to and from Mr. Healy regarding the same | 0.50 250.00/hr | 125.00 |
|            | LLB | Revise Stipulations regarding motions to sell; organize filing of stipulations                     | 0.50 250.00/hr    | 125.00    |
|            | LLB | Telephone call from Mr. Healy regarding overbids and appearance at the hearing on the motions by the buyer and by Mr. Healy | 0.20 250.00/hr | 50.00 |
| 2/22/2011  | LLB | Attend hearings on Motion to sell to Keith Nye                                                      | 0.30 250.00/hr    | 75.00     |

|                                       | 18.13 | $3,624.38 |
|---------------------------------------|-------|-----------|
| **For professional services rendered**  |       |           |

| Balance due |  | $3,624.38 |
|-------------|--|-----------|



**REDACTED**



EXHIBIT A PAGE 18

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Audrey A. Dutra | 6.48 | 90.00 | $582.73 |
| Dana A. Suntag | 2.85 | 295.00 | $840.75 |
| Loris L. Bakken | 8.80 | 250.00 | $2,200.90 |

## RESUMES OF PROFESSIONALS

### ATTORNEYS

**Dana A. Suntag**; admitted to California Bar, 1986. Education: Fairleigh Dickinson University (B.A. 1979, dean's list); legal education: Southwestern University School of Law (J.D. 1986, *cum laude*). Editor, Law Review, Southwestern University School of Law. Prior work experience: Kelley Drye & Warren, Los Angeles, California (associate), and Feldman, Waldman & Kline, Stockton/San Francisco, California (of counsel). Member: State Bar of California, Committee on Administration of Justice, 2008-present.

**Zoey P. Merrill**; admitted to California Bar, December 2009. Education: University of California, Santa Barbara (B.S., B.A. 2000); The George Washington University (M.F.S. 2003); Humphreys College Laurence Drivon School of Law (J.D. 2009, valedictorian).

**Loris L. Bakken**; admitted to California Bar, December 2001. Education: University of Nevada, Reno (B.S. 1995, dean's list); legal education: University of the Pacific, McGeorge School of Law (J.D. 2001, with distinction). Comment and Technical Editor, McGeorge Law Review. Prior work experience: Kroloff, Belcher, Smart, Perry & Christopherson, Stockton, California (associate), and Schneweis-Coe & Bakken (partner).

### PARALEGALS

**Deanna Fillon**. Education: University of the Pacific (B.A. 2001). Paralegal Certificate, Humphreys College 2003.

**Audrey A. Dutra.** Paralegal Certificate, Humphreys College 2001.



EXHIBIT B PAGE 1

2010-47419
FILED
October 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003022226

2

1  THE SUNTAG LAW FIRM
   A Professional Corporation
2  DANA A. SUNTAG (California State Bar No. 125127)
   LORIS L. BAKKEN (California State Bar No. 215033)
3  The Kress Building
   20 North Sutter Street, Fourth Floor
4  Stockton, California  95202
   Telephone: (209) 943-2004
5  Facsimile:  (209) 943-0905

6  Proposed Attorneys for Chapter 7 Trustee
   GARY R. FARRAR
7

8            UNITED STATES BANKRUPTCY COURT

9            EASTERN DISTRICT OF CALIFORNIA

10
   IN RE:                          )    NO: 10-47419-A-7
11                                 )
                                   )    DC No.: SLF 1
12 WEST COAST FENCE CO. INC.,      )
                                   )    ORDER AUTHORIZING EMPLOYMENT
13                                 )    OF THE SUNTAG LAW FIRM AS
           Debtor.                 )    ATTORNEYS FOR CHAPTER 7
14                                 )    TRUSTEE
                                   )
15 _____)

16
           Chapter 7 Trustee Gary R. Farrar applied to this Court for an order approving the

17 employment of the law firm The Suntag Law Firm, a Professional Corporation ("Suntag"), to

18 serve as his counsel on a general basis and to investigate this bankruptcy case. Based upon the

19 Application, the record, and the verified statement required by Federal Rule of Bankruptcy

20 Procedure 2014(a), Suntag is eligible to be employed.

21         IT IS ORDERED that the Trustee is authorized to employ Suntag effective

22 October 14, 2010, subject to the following terms and conditions pursuant to 11 U.S.C.

23 Section 328(a):

24         1.    No compensation is permitted except upon Court order following application

25 pursuant to 11 U.S.C. ¶ 330(a);

26

   ORDER AUTHORIZING EMPLOYMENT OF          1
   CHAPTER 7 TRUSTEE

RECEIVED
October 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003022226

EXHIBIT C PAGE 1

1        2.     Compensation will be at the "lodestar rate" applicable at the time that

2  services are rendered in accordance with *In re Manoa Finance Co.*, 853 F.2d 687 (9th Cir.

3  1988). No hourly rate or other term referred to in the application papers is approved unless

4  unambiguously so stated in this order or in a subsequent order of this Court.

5        3.     Except as otherwise ordered by the Court, all funds that Suntag receives in

6  connection with this matter, regardless of whether they are denominated a retainer or are said to

7  be nonrefundable, are deemed to be an advance payment of fees and property of the estate.

8        4.     Funds that are deemed to constitute an advance payment of fees shall be

9  maintained in a trust account maintained in an authorized depository, which account may be

10  either a separate interest-bearing account or trust account containing commingled funds.

11  Withdrawals are permitted only after approval of an application for compensation and after the

12  Court issues an order authorizing disbursement of a specific amount.

13        5.     Applications for interim compensation may be made more than once every

120 days.

14  Dated: October 28, 2010          By the Court

15  [

16

17                       Michael S. McManus
                     United States Bankruptcy Judge

18

19

20

21

22

23

24

25

26

ORDER AUTHORIZING EMPLOYMENT OF
COUNSEL FOR CHAPTER 7 TRUSTEE    2

EXHIBIT C PAGE 2